**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    MIKELL REEVE FRIES,

    Defendant.

---

**DEFENDANT MIKELL FRIES' MOTION TO MODIFY BOND CONDITIONS TO ALLOW FOR INTERNATIONAL TRAVEL**
_____

Defendant Mikell Fries, by and through counsel Richard K. Kornfeld and David M. Beller of Recht Kornfeld, P.C., respectfully moves this Court for an Order modifying the conditions of his bond to allow for international travel. In support of said Motion, Defendant states as follows:

On June 2, 2020, a Grand Jury charged Mr. Fries in an Indictment with a violation of Title 15, United States Code, Section 1. The Government did not seek detention, nor is there a statutory presumption of detention for the defendant and offense. The Court arraigned Mr. Fries on June 4, 2020, and set bond conditions to include Mr. Fries' providing his passport to undersigned counsel. The offices of Recht Kornfeld, P.C. have possession of Mr. Fries' passport and will retain the passport unless and until otherwise ordered by this Court.

Mr. Fries was released on a personal recognizance bond. As such, Mr. Fries is not assigned to a supervising probation officer. Therefore, probation does not take a position as to this request.

Mr. Fries is a citizen of the United States. He is President of Claxton Poultry, which employs over 2000 people. He owns a home in Claxton, GA, where he resides with his wife of

1

eighteen years, Wendy Fries, and his two teenage children, Jackson, age 16, and Jonathan, age 12. His extended family also resides in the greater Savannah/Claxton area, including his grandmother, mother, and brother.

In June 2018, well before the indictment, and before knowledge of an investigation, Mr. Fries and his three life-long friends booked a trip to Tanzania, from August 14, 2020, to August 31, 2020.  In fact, Mr. Fries and Claxton's counsel did not know he was under investigation for alleged criminal violations until the Grand Jury returned the Indictment against him in early June. His travel partners, William "Chip" Evans, Robert Sharp, and Rawls Neville, are not connected to the investigation or indictment.  Mr. Fries' family will remain in the United States while he travels abroad.  This is a special trip and one that has been in the planning stage for many years.  The trip was planned using a safari outfitter, https://bulletsafaris.com, and booked through a San Antonio, TX-based travel agency,  https://twg.travel.  Mr. Fries has paid $37,000 to date for the non-refundable trip.  There is no trip insurance to cover the cost, should this request to travel be denied.

This is a hunting safari.  Mr. Fries' pretrial conditions do not prohibit possession of firearms.  Assuming he's permitted to travel, he will travel with his own guns, with arrangements and transport of the firearms organized and verified through TWG travel, as this is their specialty.  The details of this trip, as well as the fact that Mr. Fries has paid for it in full, are set forth in more details in Exhibit A, attached hereto.

The airlines canceled the group's original flights; therefore, they booked new tickets.  The flights are through United Airlines.  Exhibit B.  The route of travel is:  Hilton Head, Savannah, GA to Washington, D.C, Washington, D.C. to Addis Ababa, Ethiopia, and Addis Ababa to Kilimanjaro International Airport, Tanzania.  The return flight will be in the reverse order.  Mr.

Fries has received a Visa from Tanzania, attached as Exhibit C.  Presently, there are no Covid 19-related travel restrictions for U.S. citizens going to Tanzania.

Mr. Fries does not have a history of non-compliance with court orders, has no criminal history, and has deep ties to the United States.  Further, he does not have connections to any foreign country, including Tanzania.  He also does not have assets outside of the United States.  Tanzania and the United States have entered into an International Extradition Treaty.  Exhibit D.  Despite the treaty, Mr. Fries agrees to execute or stipulate any form of Waiver of Extradition the Government proposes.  He further agrees to return his passport to Recht Kornfeld, P.C., upon return from Tanzania and authorize undersigned counsel to notify the Court of his doing so.  Finally, should Mr. Fries be permitted to travel, he will enroll his trip with the Smart Traveler Enrollment Program with the U.S. Embassy in Dar Es Salaam, Tanzania.

Mr. Fries and his counsel understand that this is an unusual request.   However, the facts and circumstances surrounding this trip, coupled with Mr. Fries' exemplary background, compliance with pretrial release, and deep business and personal ties to the United States establish the fact that he is not a risk of flight.  Further, the fact that Mr. Fries, an avid hunter, is allowed to possess firearms under the terms of his supervised release establish that neither the government nor the Probation Department believe him to be a danger to the community.  This is a once-in-a-lifetime trip, that is fully paid for and non-refundable, with set travel parameters.

Undersigned counsel has consulted with AUSA Heather Diefenbach Call, who indicates the Government objects to this Motion.

WHEREFORE, Defendant Mikell Fries, by and through counsel, respectfully requests that the Court issue an Order modifying the conditions of his bond to allow for international travel.

Respectfully submitted this 13th day of July 2020,


*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Defendant Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
rick@rklawpc.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2020, I electronically filed the foregoing **MOTION TO MODIFY BOND CONDITIONS TO ALLOW FOR INTERNATIONAL TRAVEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*s/ Erin Holweger*
Erin Holweger