

**RESERVATION CONFIRMATION / INVOICE**
**Date:** 6/25/2018

**Business Details:**
BULLET SAFARIS
1030 North Ranney
Sikeston MO 63801
Phone: 5735871234 - Nathan Askew

**Client Details:**
Name: Mikell Fries
Phone:
Email:
Address:

**Hunting dates:** August 2020
**Safari details:** Leopard, 2xBuffalo, Sable or Roan and Plains Game

### HUNT COSTS

| Description | Pax | Unit | Rate | Total |
|---|---|---|---|---|
| Daily Rate | 1 | 1 | | $29,106 |
| License and Government Fees | 1 | 1 | | $7,600 |
| | | | | |
| | | | | |
| | | | | |
| | | | Sub Total | $36,706 |

### TROPHY FEES

| Description | | Unit | Rate | Total |
|---|---|---|---|---|
| Trophy fee and camp transfer deposit | | | | $20,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Sub Total | $20,000 |

| | |
|---|---|
| **TOTAL COSTS** | **$56,706** |

### PAYMENTS

| | | | DATE | AMOUNT |
|---|---|---|---|---|
| 1st payment on hunt cost | | | 9/10/2018 | $5,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | Sub Total | $5,000 |

### BALANCE DUE

| | | | DUE DATE | AMOUNT |
|---|---|---|---|---|
| 2nd payment on hunt cost | | | 6/1/2019 | $15,000 |
| 3rd payment on hunt cost | | | 1/1/2020 | $16,706 |
| Trophy fee and camp transfer deposit | | | 6/1/2020 | $20,000 |
| | | | Sub Total | $51,706 |

*handwritten note: Pd 11/20/21 ck# 1650*

Thank you in advance for your payment, we appreciate your business.

Exhibit A

MARERA SAFARI LODGE &TOURS (T) LTD
P.O.BOX 1525
PHONE/FAX +255 27 3322
MOBILE PHONE: +255 784 309662 / +255 754 309662
SERENGETI ROAD PLOT NO.47
ARUSHA / TANZANIA / EAST AFRICA
E-mail:          marerasafaris@gmail.com / nathan@bulletsafaris.com

02/05/2020

TO WHOM IT MAY CONCERN:

    Mikell Fries., passport number …592876201, USA is our client and guests for this hunting season.

Please, let this letter serve as an invitation for him to come to Tanzania. They will be on Safari with our company from August 15th… to the end of August 31st.

They will be importing the following firearms for hunting with us: Merkle 470 NE S# A470116, and a Browning A-bolt 300WSM ..S#80556MV351.

Their address in Arusha will be Destination 3 Degrees Hotel, Iringa Street, Arusha Tanzania or Kibo Palace Hotel Arusha.

We ask that you offer them any needed assistance during their travels.  Please contact us immediately should you need any additional information.

Sincerely,

Hilary Daffi
Managing Director
Marera Safari Lodge & Tours (T) LTD

Tanzania Contacts:
Hilary Daffi +255 784 309 662 or +255 754 309 662
Jacqueline Jordan +255 763 212 142

Overseas Contacts:
Melisa Cansado +54 9 236 458 7445
Carol Askew +1 573 380 6106

Exhibit A