**Erin Holweger**

| **Subject:** | FW: TAZANIA FLIGHTS |

**From:** Steve Turner <steve@twg.travel>
**Sent:** Friday, July 10, 2020 12:19 PM
**To:** Rob Sharp <rsharp@popeconstructionco.com>; Mikell Fries <mikell_fries@ClaxtonPoultry.com>; Rawls Neville <rneville@tidewaterequip.com>; Chip Evans <chipevans72@hotmail.com>
**Cc:** INFO <info@twg.travel>; Nathan Askew <nathanaskew@yahoo.com>
**Subject:** TAZANIA FLIGHTS

.

| **Booking Reference** | HRBKHT |
|---|---|
| **Names** | SHARP, ROBERT INGRAM<br>FRIES, MIKELL REEVE<br>NEVILLE, BRANTLEY R<br>EVANS II, WILLIAM VAN SCIVER |

| **AIR** | | | | |
|---|---|---|---|---|
| UNITED<br>**Flight Number**<br>UA6043 | **From:**<br>Hilton Head, Savannah (SAV), GA | **Leaving:**<br>Fri 14 Aug 02:15PM | **Seat Number:** | |
| | | | **Type:** | Embraer 175 Jet |
| **Class:**<br>Economy | **Destination:**<br>Dulles, Washington (IAD), DC | **Arriving:**<br>Fri 14 Aug 03:52PM | **Operated By:** | /Mesa Airlines DBA United Express |
| | | | **Flying Time:** | 1h37m |
| | | | **Stops:** | 0 |
| | | | **Carrier Ref:** | |
| | | | **Status:** | |
| **AIR** | | | | |
| ETHIOPIAN AIRLINES<br>**Flight Number**<br>ET0501 | **From:**<br>Dulles, Washington (IAD), DC | **Leaving:**<br>Sat 15 Aug 11:00AM | **Seat Number:** | |
| | | | **Type:** | Boeing 777-200lr |
| **Class:**<br>Business | **Destination:**<br>Bole, Addis Ababa (ADD), Ethiopia - Terminal 2 | **Arriving:**<br>Sun 16 Aug 07:15AM | **Operated By:** | Ethiopian Airlines |
| | | | **Flying Time:** | 13h15m |
| | | | **Stops:** | 0 |
| | | | **Carrier Ref:** | HKKWOM |
| | | | **Status:** | Confirmed |
| **AIR** | | | | |
| ETHIOPIAN AIRLINES<br>**Flight Number**<br>ET0815 | **From:**<br>Bole, Addis Ababa (ADD), Ethiopia - Terminal 2 | **Leaving:**<br>Sun 16 Aug 10:15AM | **Seat Number:** | |
| | | | **Type:** | Airbus A350 Jet |
| **Class:**<br>Business | **Destination:**<br>Kilimanjaro | **Arriving:**<br>Sun 16 | **Operated By:** | Ethiopian Airlines |

1

Exhibit B

| | | | | |
|---|---|---|---|---|
| | (JRO), Tanzania | Aug 12:50PM | **Flying Time:** | 2h35m |
| | | | **Stops:** | 0 |
| | | | **Carrier Ref:** | HKKWOM |
| | | | **Status:** | Confirmed |
| **AIR** | | | | |
| ETHIOPIAN AIRLINES **Flight Number** ET0814 | **From:** Kilimanjaro (JRO), Tanzania | **Leaving:** Sun 30 Aug 06:10PM | **Seat Number:** | |
| | | | **Type:** | Airbus A350 Jet |
| **Class:** Business | **Destination:** Bole, Addis Ababa (ADD), Ethiopia | **Arriving:** Sun 30 Aug 08:40PM | **Operated By:** | Ethiopian Airlines |
| | | | **Flying Time:** | 2h30m |
| | | | **Stops:** | 0 |
| | | | **Carrier Ref:** | HKKWOM |
| | | | **Status:** | Confirmed |
| **AIR** | | | | |
| ETHIOPIAN AIRLINES **Flight Number** ET0500 | **From:** Bole, Addis Ababa (ADD), Ethiopia - Terminal 2 | **Leaving:** Sun 30 Aug 10:40PM | **Seat Number:** | |
| | | | **Type:** | Boeing 777-200lr |
| | | | **Operated By:** | Ethiopian Airlines |
| **Class:** Business | **Destination:** Dulles, Washington (IAD), DC | **Arriving:** Mon 31 Aug 08:40AM | **Flying Time:** | 17h |
| | | | **Stops:** | 1 - Dublin |
| | | | **Carrier Ref:** | HKKWOM |
| | | | **Status:** | Confirmed |
| **AIR** | | | | |
| UNITED **Flight Number** UA6043 | **From:** Dulles, Washington (IAD), DC | **Leaving:** Mon 31 Aug 10:45AM | **Seat Number:** | |
| | | | **Type:** | Embraer 175 Jet |
| **Class:** Economy | **Destination:** Hilton Head, Savannah (SAV), GA | **Arriving:** Mon 31 Aug 12:35PM | **Operated By:** | /Mesa Airlines DBA United Express |
| | | | **Flying Time:** | 1h50m |
| | | | **Stops:** | 0 |
| | | | **Carrier Ref:** | |
| | | | **Status:** | |

To ensure our future success, we have temporarily reduced our business hours. Our new hours are Monday – Friday from 9 am - 1 pm cst.

At TWG Travel, we will continue to strive on offering our exceptional customer service and be ready to guide you when your next travels await.

Exhibit B

The current Covid-19 situation has affected all of us and we are striving to keep up with all the information as it is received.

On June 1, 2019, **the new regulations of IATA Resolution 830d will enter into force**. These changes mean that travel agencies will be obligated to actively request the travelers' contact information for every flight booking. The contact information will be provided to the airlines in order for the airline to contact the passenger directly in the event of any flight modifications and to be able to inform them about flight changes.

The contact details are exclusively used by the airlines for flight-related information, not for marketing or advertising purposes.

Your contact email and phone number will be shared with the airline for these flight related modifications, unless you advise us you want to opt out.





Click the image above to purchase travel insurance now
6222 De Zavala Rd, Ste 103
San Antonio, TX 78249
Phone: 210-858-9833 Fax: 210-858-9831 Email: steve@twg.travel
www.twg.travel

All quotes are subject to change without notice until such time as a confirmed reservation has been made, payment received and tickets issued.

This email is for the use of the intended recipient(s) only and may contain information that may be confidential. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

Exhibit B