

# THE UNITED REPUBLIC OF TANZANIA
# MINISTRY OF HOME AFFAIRS
# IMMIGRATION SERVICES DEPARTMENT

## VISA GRANT NOTICE





### Applicant Details:

| | |
|---|---|
| Applicant's Name: | MIKELL REEVE FRIES |
| Date of Birth: | 1974-Nov-11 |
| Place of Birth: | UNITED STATES OF AMERICA |
| Nationality: | AMERICAN |
| Passport Number: | 592876201 |

### Application Details:

| | |
|---|---|
| Date of visa application: | 2020-Jun-12 |
| Application ID: | 20HP-H06N-DA12 |
| Visa Fee Paid: | (US$) 100.00 |
| Control Number: | 991091925524 |

### Grant Details:

| | |
|---|---|
| Visa Type: | Multiple Entry Visa - A1 |
| Visa approved date: | 2020-Jun-19 |
| Visa validity: | 1 Year |
| Visa start date: | 2020-Aug-10 |
| Visa end date: | 2021-Aug-10 |

**Visa Conditions**

- *Employment Prohibited*
- *Visitor must not arrive before the Visa start date.*
- *For Multiple Entry Visa, duration of stay should not exceed 90 days on each entry.*

Commissioner General of Immigration
2020-Jun-19

Exhibit C

TANZANIA IMMIGRATION SERVICES DEPARTMENT