IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY, and
4.     ROGER BORN AUSTIN

    Defendants.

---

**UNOPPOSED GOVERNMENT MOTION TO EXTEND THE GOVERNMENT'S DISCOVERY DEADLINE**

---

The United States of America respectfully moves the Court for an order extending the government's discovery deadline by one week, to Tuesday, August 11, 2020.

AS GROUNDS for this motion, the government states as follows:

1.     The Discovery Orders in this case require the government to disclose materials on or before August 4, 2020. (ECF Nos. 28, 29, 30, 45).

2.     The government has been diligent to date in fulfilling its discovery obligations and has already produced more than 12.6 million documents. The government anticipates making another production tomorrow, August 4, 2020, to comply with its deadline. Because of the volume of materials, the government will

provide this production on physical media, which will be shipped by common carrier to the defendants.

3. Tropical Storm Isaias is projected to hit the Washington, D.C. area the evening of Monday, August 3, 2020, and Washington, D.C. and surrounding counties are currently under a Tropical Storm Warning. The storm is projected to bring 3 to 6 inches of rainfall to the area. This Tropical Storm may impede the government's ability to access the office tomorrow to provide the materials to a common carrier. Even if the government is able to access the office, the Tropical Storm may impede the common carrier's ability to retrieve and timely deliver the media to the defendants.

4. Accordingly, the government seeks a brief extension of one week to complete the production of processed discovery presently within its possession. While the government recognizes that it will likely be able to send the materials out shortly after the Tropical Storm leaves the Washington, D.C. region, it seeks one week in an abundance of caution.

5. The government continues to receive documents in its ongoing investigation, and will continue to produce those materials to defendants after the documents are loaded and processed for production. For example, one such set of documents was received on July 30, 2020. The government is working diligently to process and produce those materials to defendants. As additional discovery materials are generated, the government will continue to promptly disclose the

same to the defendants.

6.   The United States has consulted with counsel for the defendants and they have no objection to this request.

WHEREFORE, the government respectfully requests that the Court extend the deadline for the government's discovery by one week, to Tuesday, August 11, 2020.

Respectfully submitted this 3rd day of August, 2020.

By:   *s/ Heather D. Call*
HEATHER D. CALL
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 598-2623
E-mail: Heather.Call@usdoj.gov

*Attorney for the United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of August 2020, I electronically filed the foregoing **UNOPPOSED GOVERNMENT MOTION TO EXTEND THE GOVERNMENT'S DISCOVERY DEADLINE** with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record in the above-captioned matter.

By: s/ *Heather D. Call*
HEATHER D. CALL
Trial attorney
United States Department of Justice
Antitrust Division
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 598-2623
Email: Heather.Call@usdoj.gov

*Attorney for the United States*