IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**CHIEF JUDGE PHILIP A. BRIMMER**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY, and
4. ROGER BORN AUSTIN

    Defendants.

---

**ORDER**

---

    THIS MATTER coming before the Court upon motion of the government to extend the government's discovery deadline, and the Court having considered the same, it is therefore

    **ORDERED** that the discovery deadline for the government in this case be extended to August 11, 2020.

    Dated this \_\_\_\_ day of _____, 2020.

                                                        BY THE COURT:

                                                       _____
                                                       PHILIP A. BRIMMER
                                                     Chief United States District Judge