DEFENDANT              ROGER BORN AUSTIN

YOB:                   1956

ADDRESS:               Bowdon, GA

COMPLAINT FILED?       _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

OFFENSE:               Count 1: 15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

LOCATION OF OFFENSE:   Larimer & Weld Counties, Colorado and elsewhere

PENALTY:               Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:                FBI Special Agent LaNard Taylor
                       Commerce OIG Special Agent Matthew Koppenhaver
                       USDA OIG Special Agent Derek Repp

AUTHORIZED BY:         Hetal J. Doshi              Michael Koenig
                       Assistant U.S. Attorney     Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less   __X__ over five days   _____ other

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                           _____ Yes   __X__ No

1