DEFENDANT            TIMOTHY R. MULRENIN

YOB:                 1962

ADDRESS:             Wilmington, DE

COMPLAINT FILED?         ____ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   _X_ NO

OFFENSE:             Count 1: 15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

LOCATION OF OFFENSE: Larimer & Weld Counties, Colorado and elsewhere

PENALTY:             Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:              FBI Special Agent LaNard Taylor
                     Commerce OIG Special Agent Matthew Koppenhaver
                     USDA OIG Special Agent Derek Repp

AUTHORIZED BY:       Hetal J. Doshi              Michael Koenig
                     Assistant U.S. Attorney     Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less   _X_ over five days   ___ other

THE GOVERNMENT:

___ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                          ___ Yes   _X_ No

1