**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAYSON JEFFREY PENN, et al.,

    Defendants.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS

The United States of America, by and through counsel, Christopher Maietta, Trial Attorney, United States Department of Justice, Antitrust Division, respectfully moves pursuant to District of Colorado Local Rule 47.1 to restrict documents to the Court in the above-captioned case. The undersigned attorney has prepared a brief in support of this motion and a brief for *in camera* review of the relevant documents (filed under seal).

The brief for *in camera* review relates to a third party's claim of attorney-client and work product privileges with respect to a particular recording obtained during the investigation. The undersigned respectfully requests a "Level 4" Restriction which would make the related court order revealing the contents of those documents, the brief filed in support of this motion, the brief for *in camera* inspection of those documents, and related Exhibits, viewable only by the Court.

/

/

/

/

/

Due to the sensitive nature of the motion to restrict access to documents, the supporting brief, the brief for *in camera* inspection by the Court, and the related documents, the undersigned has not conferred with counsel for any of the above-named defendants regarding the filing of this motion.

Dated this 1st day of December, 2020.

                                        Respectfully submitted,

                                        */s/ Christopher Maietta*
                                        CHRISTOPHER MAIETTA
                                        Trial Attorney
                                        United States Department of Justice
                                        Antitrust Division, New York Field Office
                                        26 Federal Plaza, Suite 3630
                                        New York, New York 10278
                                        Telephone: 212-824-1350
                                        Mobile: 202-702-4056
                                        Fax:  212-335-8000
                                        E-mail:  Christopher.Maietta@usdoj.gov
                                        *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

      I certify that on this 1st day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      */s/ Christopher Maietta*
      CHRISTOPHER MAIETTA
      Trial Attorney
      United States Department of Justice
      Antitrust Division, New York Field Office
      26 Federal Plaza, Suite 3630
      New York, New York 10278
      Telephone: 212-824-1350
      Mobile: 202-702-4056
      E-mail:  Christopher.Maietta@usdoj.gov
      *Attorney for the United States of America*