IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

    Defendants.

---

**DEFENDANTS' JOINT MOTION TO VACATE MOTIONS
AND EXPERT DISCLOSURE DEADLINES PENDING
THE COURT SETTING A NEW TRIAL DATE**

---

Defendants Jayson Penn, Mikell Fries, Scott Brady, Roger Austin, Timothy Mulrenin, William Kantola, Jimmie Little, William Lovette, Gary Roberts and Rickie Blake, by and through their respective counsel, respectfully move this Court for an Order vacating the current motions and expert disclosure deadlines. In support of said Motion, Defendants state as follows:

1.     On June 2, 2020, the Grand Jury indicted Defendants Penn, Fries, Brady and Austin on one count of conspiracy to restrain trade, in violation of Title 15 U.S.C. § 1 (Doc. 1). The Defendants subsequently filed a Joint Unopposed Motion for a Designation of Complexity and an Ends of Justice Exclusion of 180 Days From the Speedy Trial Calendar (Doc. 49), which this Court

1

granted on July 8, 2020, finding that this case is complex within the meaning of the Speedy Trial Act, and that an exclusion of 180 days was necessary to allow for effective and necessary pretrial and trial preparation. (Doc. 76).

2. The Court set a 10-day trial commencing on February 16, 2021. (Doc. 76).

3. On October 6, 2020, the Grand Jury returned a Superseding Indictment, charging additional Defendants Mulrenin, Kantola, Little, Lovette, Roberts and Blake with conspiring with Defendants Penn, Fries, Brady, Austin, and other unnamed individuals to restrain trade, in violation of Title 15 U.S.C. § 1, and defendant Little with making a false statement and obstructing justice, in violation of Title 18 U.S.C. §§ 1001 and 1512(c). (Doc. 101).

4. On October 29, 2020, Defendants filed a Joint Unopposed Motion for An Additional Ends of Justice Exclusion of 180 Days from the Speedy Trial Calendar (Doc. 188), which this Court granted on November 17, 2020, finding that an additional exclusion of 180 days was necessary to allow for effective and necessary pretrial and trial preparation. (Doc. 198).

5. The Court reset the Trial Preparation Conference for July 30, 2021 and rescheduled the 10-day trial to commence on August 2, 2021 (Doc. 198). The pretrial motions deadline is currently May 21, 2021 and the responses to the pretrial motions shall be filed by June 11, 2021, pursuant to the Court's Minute Order dated February 27, 2021 (Doc. 247).

6. On February 5, 2021, Defendants filed a Motion For Status Conference (Doc. 235), seeking clarity regarding trial and related dates. The Court has not acted on this motion.

7. On February 12, 2021, this Court entered General Order 2021-3 which, *inter alia*, continued all criminal jury trials in the District of Colorado, other than designated pilot trials. Accordingly, this General Order continued the August 2nd jury trial in the instant case, inasmuch as this case has not been designated as a pilot trial. No new trial date has been set.

8. Defendants continue to receive new discovery on a weekly basis which, in turn, affects defense counsel's legal and factual analysis, defense investigation, consideration of potential experts, and contemplation of pretrial motions. For example, on April 15, 2021, the government produced over 170,000 documents.

9. This Court already has found that the above-referenced case is complex, under Title 18, United States Code, Section 3161(h)(7)(B)(ii) and (iv), due, in part, to the volume of documentary material and other evidence subject to pretrial disclosure or discovery (to date, more than 14 million documents, apparently with more to come).

10. Given the ongoing discovery by the government, as well as the fact that no trial date currently exists, the expert and motions deadlines are not tenable or realistic. Defendants simply will not be in a position to have determined which experts are necessary for their defense at trial, to engage these experts, and to disclose a summary of their expert opinions.

11. Similarly, Defendants are not in a position to file all pretrial motions by mid-May in light of receiving large volumes of new discovery on a regular basis.

12. Inasmuch as the motions and expert disclosure dates are triggered by the trial date, and no trial date currently exists in the instant matter, the parties respectfully ask this Court to vacate the motions and expert disclosure deadlines, and to reset said dates once a new trial date is established.

13. The government has indicated that it opposed this Motion.

WHEREFORE, Defendants Jayson Penn, Mikell Fries, Scott Brady, Roger Austin, Timothy Mulrenin, William Kantola, Jimmie Little, William Lovette, Gary Roberts and Rickie Blake, by and through their respective counsel, respectfully request that the Court issue an Order vacating the motions and expert disclosure deadlines.

Respectfully submitted this 28th day of April 2021,


*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Defendant Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
rick@rklawpc.com


*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
Attorney for Defendant Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com


*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Defendant Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8876
mtubach@omm.com


*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorney for Defendant Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Defendant Timothy R. Mulrenin
555 11th Street, N.W., Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Elizabeth.Prewitt@lw.com


*s/ James A. Backstrom*
JAMES A. BACKSTROM,
COUNSELLOR AT LAW
Attorney for Defendant William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com


*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Defendant Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com


*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for Defendant William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

5

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Defendant Gary Brian Roberts
400 Galleria Pkwy. SE
Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com


*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Defendant Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com


### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2021, I electronically filed the foregoing **DEFENDANTS' JOINT MOTION TO VACATE MOTIONS AND EXPERT DISCLOSURE DEADLINES PENDING THE COURT SETTING A NEW TRIAL DATE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*s/ Erin Holweger*
Erin Holweger