IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby given that the law firm of Latham & Watkins LLP has moved its office to 1271 Avenue of the Americas, New York, NY 10020. All other contact information for the firm and its attorneys remains the same. Please revise your records accordingly.

Respectfully submitted this 3rd day of May, 2021.

                                 */s/ Caroline Rivera*
                                 Caroline Rivera
                                 **LATHAM & WATKINS LLP**
                                 1271 Avenue of the Americas
                                 New York, NY  10022
                                 Tel: (212) 906-1200
                                 Fax: (212) 751-4864
                                 caroline.rivera@lw.com

                                 *Attorney for Defendant Timothy R. Mulrenin*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of May, 2021, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

                                                      */s/ Caroline Rivera*
                                                      Caroline Rivera