IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    MIKELL REEVE FRIES,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

COMES NOW, Kelly L. Page of Recht Kornfeld, P.C. hereby enters her appearance as counsel for the above-named Defendant and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Kelly L. Page*
KELLY L. PAGE
Attorney for Defendant Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
kelly@rklawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2020, I electronically filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Erin Holweger*
Erin Holweger