IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAYSON JEFFREY PENN, et al.,<br><br>*Defendants.* | Case No. 1:20-cr-00152-PAB |

**RICKIE PATTERSON BLAKE'S CONSENT MOTION TO WITHDRAW
HIS MOTION FOR SEVERANCE OR, IN THE ALTERNATIVE,
FOR AN ENDS OF JUSTICE FINDING AND A CONTINUANCE (Dkt. 319)**

On July 30, 2021, Mr. Blake, through undersigned counsel, moved to sever, or, in the alternative, for an ends of justice finding and a continuance, in light of a scheduling conflict between the October 25, 2021 trial date in this case and the trial date in another case involving Mr. Blake's counsel, *United States v. Harwin*, which was set for trial on November 1, 2021 in the Middle District of Florida. Dkt. 319. In a minute order entered by the Court on July 30, 2021, the Court ordered that the parties were to respond to Mr. Blake's motion by tomorrow, August 6, 2021. Dkt. 322. At a status conference held today in the *Harwin* case, undersigned counsel informed the Court that the scheduling conflict had not yet been resolved, that trial in this case remains set for October 25, 2021, and that responses to Mr. Blake's pending motion are due tomorrow. Undersigned counsel moved for a continuance of the trial date in *Harwin* as an alternative way to resolve the scheduling conflict. The Government did not oppose the motion for a continuance. In an endorsed order filed by the Court in *Harwin* following the status conference, the Court granted

the unopposed motion for a continuance. Accordingly, the scheduling conflict has now been resolved.

Undersigned counsel promptly apprised counsel for the Government in this case of the Court's endorsed order in *Harwin* and informed the Government of Mr. Blake's intention, in light of that order, to move to withdraw his pending motion in this case. Counsel for the Government informed undersigned counsel that the Government consents to Mr. Blake's motion to withdraw. Accordingly, Mr. Blake hereby asks to withdraw his motion to sever, or, in the alternative, for an ends of justice finding and a continuance (Dkt. 319).

Date: August 5, 2021                                              Respectfully submitted,

Wendy L. Johnson                                                   /s/ *Barry J. Pollack*
RMP LLP                                                            Barry J. Pollack
5519 Hackett Road, Suite 300                                       ROBBINS, RUSSELL, ENGLERT, ORSECK
Springdale, Arkansas 72762                                         & UNTEREINER LLP
Telephone: (479) 443-2705                                          2000 K Street N.W., 4th Floor
Fax: (479) 443-2718                                                Washington, D.C. 20006
wjohnson@rmp.law                                                   Telephone: (202) 775 4500
                                                                   Fax: (202) 775 4510
                                                                   bpollack@robbinsrussell.com

                         *Counsel for Mr. Blake*

## CERTIFICATE OF SERVICE

On this 5th day of August, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Colorado by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

Respectfully submitted,

*/s/ Barry J. Pollack*
Barry J. Pollack

*Counsel for Mr. Blake*