IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN,<br>5.   TIMOTHY R. MULRENIN,<br>6.   WILLIAM VINCENT KANTOLA,<br>7.   JIMMIE LEE LITTLE,<br>8.   WILLIAM WADE LOVETTE,<br>9.   GARY BRIAN ROBERTS, and<br>10. RICKIE PATTERSON BLAKE,<br><br>        Defendants. | No. 20-cr-00152-PAB |

**DEFENDANTS' RESPONSE TO NON-PARTY PILGRIM'S PRIDE CORPORATION'S (1) OPPOSITION TO DEFENDANTS' MOTION TO RESTRICT AND (2) MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF ITS MOTION TO QUASH AND/OR MODIFY SUBPOENA**

Defendant William Lovette, on behalf of all Defendants, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully submit this response to Pilgrim's Pride Corporation's Opposition to Defendants' Motion to Restrict and its Motion for Leave to File a Reply in Further Support of its Motion to Quash and/or Modify Subpoena (ECF # 375). As outlined in Defendants' motion to restrict access to their joint response to Pilgrim's Motion to Quash and/or Modify Subpoena (ECF # 373) ("Pilgrim's Opposition"), Defendants believe there are sufficient grounds under Local Rule 47.1 to restrict the information set forth in their Joint Response to Pilgrim's Motion to Quash and/or Modify Subpoena from

1

public or government access. However, Defendants did not intend to restrict such information from Pilgrim's or to inhibit Pilgrim's rights.

Upon receipt of Pilgrim's Opposition, counsel for Defendant William Lovette, who were responsible for making the filing and who are exclusively responsible for any error, promptly conferred with counsel for Pilgrim's to explain the error and to remedy it. Counsel have since provided Pilgrim's counsel with an unredacted copy of Defendants' Joint Response to Pilgrim's Motion to Quash and/or Modify Subpoena subject to Pilgrim's agreement to keep confidential the confidential information (as reasonably designed by Defendants) contained therein.

Accordingly, Defendants respectfully submit that Pilgrim's Pride Corporation's Opposition to Defendants' Motion to Restrict is moot.

Defendants take no position on Pilgrim's Pride Corporation's Motion for Leave to a File a Reply. However, to the extent the Court permits Pilgrim's to file a reply, Defendants do not object to Pilgrim's filing such response by September 1, 2021, rather than the date that Pilgrim's originally requested.

Dated: August 26, 2021

Respectfully submitted,

*s/ James P. McLoughlin, Jr.*
John A. Fagg, Jr.
James P. McLoughlin, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: 704-331-3622
Facsimile: 704-378-2092
Email: jimmcloughlin@mvalaw.com

*Attorney for Defendant William Wade Lovette*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August 2021, I electronically filed the foregoing **DEFENDANTS' RESPONSE TO NON-PARTY PILGRIM'S PRIDE CORPORATION'S (1) OPPOSITION TO DEFENDANTS' MOTION TO RESTRICT AND (2) MOTION FOR LEAVE TO FILE A REPLY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ James P. McLoughlin, Jr.