IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
**2.**    **MIKELL REEVE FRIES,**
**3.**    **SCOTT JAMES BRADY,**
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS,
10.    RICKIE PATTERSON BLAKE,

    Defendants.

## DEFENDANTS MIKELL FRIES AND SCOTT BRADY'S JOINT MOTION FOR LEAVE TO RESTRICT ACCESS TO RESPONSE TO THE UNITED STATES' *JAMES* BRIEF AND LOG

    Defendants, Mikell Fries and Scott Brady, by and through their respective counsel, hereby jointly move pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and District of Colorado Local Rule 47.1 for leave to restrict access to their joint response to the United States' *James* Brief and amended Log. Mr. Fries and Mr. Brady request Level 1 restriction, limiting access to the Court and the parties in this case. In support of the requested relief, Mr. Fries and Mr. Brady state as follows:

    1.    By Order dated August 4, 2021, ECF No. 326, the Court ordered the government to submit by August 13, 2021, a James brief and James log addressing the applicability of Federal

1

Rule of Evidence 801(d)(2)(E) (the "co-conspirator exclusion" to the hearsay rule) to out-of-court statements the government plans to offer as part of its case-in-chief. The Court ordered the defendants to submit their responses by August 27, 2021. *Id.* On August 26, 2021, the Court authorized Defendants to file joint and individual responses to the Government's James brief. ECF No. 381.

2. On August 13, 2021, in accordance with the Court's order, the government submitted a James brief with five attachments. ECF Nos. 358, 358-1 through 358-5. The government sought leave to file the James brief and four of the attachments under Level 1 restriction. ECF No. 359. On August 25, 2021, the Court granted the government's motion to restrict. ECF No. 378.

3. On August 27, 2021, Mr. Fries and Mr. Brady filed their Joint Response to the government's James brief (ECF No. 394). The Joint Response discusses and responds to the documents referred to by the government in its James Brief, which the Court has now restricted under Level 1, and identifies unindicted co-conspirators and the names of victims and their employees.

4. Restriction at Level 1 remains appropriate under D.C.Colo.LCrR 47.1 for the reasons explained in the government's Motion to Restrict, ECF No. 359, and as found by the Court, ECF No. 378. Accordingly, Mr. Fries and Mr. Brady incorporate the government's arguments from its August 16, 2021 Motion, ECF No. 359.

5. Accordingly, Mr. Fries and Mr. Brady respectfully requests leave to restrict their Joint Response to the United States' James Brief (ECF No. 394).

Respectfully submitted this 27th day of August, 2021,

| | |
|---|---|
| *s/ Bryan B. Lavine* <br> Bryan B. Lavine <br> TROUTMAN PEPPER HAMILTON SANDERS LLP <br> Attorney for Scott James Brady <br> 600 Peachtree St. NE, Suite 3000 <br> Atlanta, GA 30308 <br> (404) 885-3170 <br> Bryan.lavine@troutman.com | *s/ Richard K. Kornfeld* <br> Richard K. Kornfeld <br> RECHT KORNFELD, P.C. <br> Attorney for Defendant Mikell Reeve Fries <br> 1600 Stout Street, Suite 1400 <br> Denver, Colorado 80202 <br> (303) 573-1900 <br> rick@rklawpc.com |

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2021, I electronically filed the foregoing **DEFENDANTS MIKELL FRIES AND SCOTT BRADY'S JOINT MOTION FOR LEAVE TO RESTRICT ACCESS TO RESPONSE TO THE UNITED STATES'** *JAMES* **BRIEF AND LOG** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Erin Holweger*
Erin Holweger