# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## GOVERNMENT'S WITNESS LIST FOR *JAMES HEARING*

The United States of America respectfully files the attached witness list in advance of the *James* hearing on September 2, 2021 at 8:30 a.m.

Respectfully submitted this 31st day of August, 2021.

                                                                   /s/ *Michael Koenig*
                                                                     MICHAEL KOENIG
                                                                       HEATHER CALL
                                                                       PAUL TORZILLI
                                                                       CAROLYN SWEENEY
                                                                       Antitrust Division
                                                                       U.S. Department of Justice
                                                                       450 Fifth Street NW, Suite 11048

Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of August, 2021, I electronically filed the foregoing GOVERNMENT'S WITNESS LIST FOR JAMES HEARING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

/s/ *Michael Koenig*
MICHAEL KOENIG
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorney for the United States

3