# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

Case No. ___ 1:20-cr-000152-PAB _____          Date: ____ 9/2/2021 _____

Case Title: ___ *U.S. v. Jayson Penn et al.* _____

           _____Government_____ WITNESS LIST
           (Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Special Agent LaNard Taylor | 9/2 and 9/8/2021; 4 hours |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |