IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: September 2, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

  Plaintiff,

v.

1. JAYSON JEFFREY PENN,

Anna Pletcher
Chad Williams
Michael Tubach

2. MIKELL REEVE FRIES,

Richard Kornfeld
David Beller
Kelly Page

3. SCOTT JAMES BRADY,

Bryan Lavine
Megan Rahman
Laura Kuykendall

4. ROGER BORN AUSTIN,

Laura Carwile
Michael Feldberg
Julie Withers

5. TIMOTHY R. MULRENIN,

Caroline Rivera
Elizabeth Prewitt
Marci LaBranche

6. WILLIAM VINCENT KANTOLA,

James Backstrom
Roxann Henry

7. JIMMIE LEE LITTLE,

Dennis Canty
Mark Byrne

8. WILLIAM WADE LOVETTE,

James McLoughlin
John Fagg
Katherine McDiarmid

9. GARY BRIAN ROBERTS, and

Anthony Lake
Richard Tegtmeier
Craig Gillen

10. RICKIE PATTERSON BLAKE,

Barry Pollak
Wendy Johnson

  Defendants.

---

**COURTROOM MINUTES**

---

**JAMES HEARING**

**8:31 a.m.     Court in session.**

Appearances of counsel.  Defendants present on bond.  Defendant Jimmie Little appears by VTC.

Government witness, Special Agent Lanard Taylor, sworn.

8:40 a.m.     Direct examination of Special Agent Taylor by Mr. Koenig.

**Exhibits 1, underlying 1 series, 2, underlying 2 series, and 3 are admitted.**

James Log Entry 17, 109, 129, 204, and 225 are withdrawn by Mr. Koenig.

**10:16 a.m.     Court in recess.**
**10:31 a.m.     Court in session.**

10:33 a.m.     Continued direct examination of Special Agent Taylor by Mr. Koenig.

James Log Entry 140 is withdrawn by Mr. Koenig.

**11:09 a.m.     Court in recess.**
**11:15 a.m.     Court in session.**

Continued direct examination of Special Agent Taylor by Mr. Koenig.

**Exhibit 5 is admitted.**

11:30 a.m.     Cross examination of Special Agent Taylor by Ms. Prewitt.

Discussion regarding logistics and scheduling.

Counsel is permitted to waive their client's appearance for the September 8, 2021 hearing.

**12:15 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    3:23