# ATTACHMENT A



Known Sample of Blake's Handwriting — Exhibit 2-335 at 1

## Known Sample of Blake's Handwriting

**RSCS Feed Flow Thru Calculation**
George's Farms, Inc. and George's Foods, LLC
Period 01 2018
December 31, 2017 - January 27, 2018

Purple Label
Reduced IMOR
20 Head

| Item | Cost |
|---|---|
| **Live Delivered:** | |
| Feed Expense | $0.2161 |
| Chick Cost | $0.0778 |
| Grower Pay | $0.0639 |
| Other Grow Out Expenses | $0.0030 |
| Catching and Hauling | $0.0164 |
| DOA, Field and Plant Condemn | $0.0017 |
| Live Delivered Cost | $0.3789 |
| **First Processing:** | |
| Offal & Giblet Credit | ($0.0198) |
|  | $0.3590 |
| Total WOG Yield w/ F&T | 71.54% |
| WOG Meat Cost | $0.5019 |
| Labor | $0.0603 |
| Utilities & Misc Plant Overhead | $0.0427 |
| Depreciation | $0.0089 |
| Plant WOG Cost Exit Chiller | $0.6137 |
| **KFC Process** | |
| Fat & Tail Yield | 98.11% |
| Total Yielded Meat Cost | $0.6255 |
| Labor | $0.0391 |
| Utilities & Misc Plant Overhead | $0.0190 |
| Depreciation | $0.0015 |
| Packaging Cost | $0.0377 |
| Marinade Ingredient Cost | $0.0094 |
| Downgrade/Rejects | $0.0074 |
| Total Plant Cost | $0.7397 |
| Corporate Overhead | $0.0361 |
| RSCS Admin Fee | $0.0015 |
| Supplier Margin | $0.0967 |
| Return Per Bird Margin | $0.0673 |
| Total FOB Cost | $0.9413 |
| Discount | |
| Total FOB Cost | $0.9413 |

Handwritten notes:
- CO    8pc
- Pilgrim  .9748
- Claxton  .9506
- Mar-Jac  .9514
- Tyson  .9606
- George's  .9413
- Koch  .9682
- Case  .

## Exhibit 2-335 at 3

**RSCS Feed Flow Thru Calculation**
George's Farms, Inc. and George's Foods, LLC
Period 13 2017
December 03, 2017 - December 30, 2017

Purple Label
Reduced IMOR
20 Head

| Item | Cost |
|---|---|
| **Live Delivered:** | |
| Feed Expense | $0.2170 |
| Chick Cost | $0.0778 |
| Grower Pay | $0.0639 |
| Other Grow Out Expenses | $0.0030 |
| Catching and Hauling | $0.0164 |
| DOA, Field and Plant Condemn | $0.0017 |
| Live Delivered Cost | $0.3798 |
| **First Processing:** | |
| Offal & Giblet Credit | ($0.0198) |
|  | $0.3599 |
| Total WOG Yield w/ F&T | 71.54% |
| WOG Meat Cost | $0.5031 |
| Labor | $0.0603 |
| Utilities & Misc Plant Overhead | $0.0427 |
| Depreciation | $0.0089 |
| Plant WOG Cost Exit Chiller | $0.6150 |
| **KFC Process** | |
| Fat & Tail Yield | 98.11% |
| Total Yielded Meat Cost | $0.6268 |
| Labor | $0.0391 |
| Utilities & Misc Plant Overhead | $0.0190 |
| Depreciation | $0.0015 |
| Packaging Cost | $0.0377 |
| Marinade Ingredient Cost | $0.0094 |
| Downgrade/Rejects | $0.0074 |
| Total Plant Cost | $0.7410 |
| Corporate Overhead | $0.0361 |
| RSCS Admin Fee | $0.0015 |
| Supplier Margin | $0.0967 |
| Return Per Bird Margin | $0.0756 |
| Total FOB Cost | $0.9509 |
| Discount | |
| Total FOB Cost | $0.9509 |

Handwritten notes:
- AO    8pc
- Pilgrim  1.0099
- Claxton  .9916
- Mar-Ja  .9730
- Tyson
- Georges  .9509
- Koch
- Case