# EXHIBIT A

| **PLEASE WRITE LEGIBLY** | Full Name: _____ Dr. / Mr. / Mrs. /Ms. / Miss |
|---|---|
| Juror #: _____ | Age: _____   Gender: _____ Female _____ Male _____ Neither |

**1. Residence:**

County: _____

City/Town: _____

Neighborhood: _____

*[Do not list your street address]*

How long have you lived at your current location? _____

Housing: _____ Own house _____ Rent house _____ Rent apartment _____ Other

Your place of birth: _____

If you were born outside Colorado, when did you move here? _____

What other communities have you lived in during the last ten years? _____

_____

**2. Your current marital status:**

_____ Never married, living alone

_____ Engaged

_____ Married for _____ years

_____ Partnered for _____ years

_____ Divorced for _____ years

_____ Separated for _____ years

_____ Widowed for _____ years

_____ Other: _____

**3. What is the highest level of education you completed?**

_____ Grade school (0-8th grade)

_____ Some high school

_____ High school graduate

_____ Trade / tech school degree or certificate

_____ Some college or Associate's (AA) degree

_____ College graduate (major): _____

Institution name: _____

_____ Some Post-graduate study (major): _____

_____

Institution name: _____

_____ Post-graduate degree (major): _____

Institution name: _____

**4. What is your employment status?**

_____ Working more than one job

_____ Employed full time

_____ Employed part time

_____ Self employed

_____ Homemaker

_____ Full-time Student

_____ Unemployed

_____ Retired in _____ (year)

_____ Other: _____

**5. Please list your current occupation/position, previous three occupations/positions, and accompanying information. If you are unemployed or retired, list your most recent occupation(s).**

| | Occupation/Title | Employer | Dates | Duties/Responsibility |
|---|---|---|---|---|
| Current | _____ | _____ | _____ | _____ |
| Previous | _____ | _____ | _____ | _____ |
| Previous | _____ | _____ | _____ | _____ |
| Previous | _____ | _____ | _____ | _____ |

**6. Have you had training or job experience in any of the following (check all that apply):**

| | | | |
|---|---|---|---|
| _____ Accounting or Finance | _____ Sales | _____ Government | _____ Social Sciences |
| _____ Computer Science / IT | _____ Competitive Bidding | _____ Politics | _____ Healthcare |
| _____ Marketing or Advertising | _____ Pricing of Products or Services | _____ Legal Industry | _____ Counseling |
| _____ Creative Arts | _____ Purchasing of Goods or Materials | _____ Law Enforcement | _____ Not-for-profits |
| _____ Human Resources | _____ Requests for Proposals (RFPs) | _____ Military Service | _____ Farming / Agriculture |
| _____ Education | _____ Research / Data Analysis | _____ Criminal Justice | _____ Cannabis Industry |

**If you checked any areas in question 6, please explain:**

**Do you have very close family or friends involved in any of these areas?  If so, which?**

7.  **Have you, any relatives, or any close family members ever owned or operated a business?** _____ Yes _____ No

 **If YES, please describe:**

8.  **List any organizations, non-profits, civic clubs, professional associations, recreational groups, or clubs to which you belong. Also list any offices or leadership positions you have held.**

9.  **Have you or any of your family members ever served as an officer or director of a corporation, including non-profits?** _____ Yes _____ No **If yes, please explain, including who, position held, for how long, and name of organization(s).**

10.  **How many times have you served on a jury in the following types of cases and how many times did you reach a verdict for each type of case?**

| No. of Cases | No. of Verdicts Reached | In which court(s) did you serve? |
|---|---|---|
| ____ Criminal | ____ | _____ |
| ____ Civil | ____ | _____ |

**Did you ever serve as foreperson?** ____ Yes ____ No
**Have you served on a grand jury?** ____ Yes ____ No
**How would you describe your jury service?** ____ Positive ____ Mixed ____ Negative
**How would you describe your prior jury service?**

11. **Prior experience with the legal system (select all that apply to you):**

   a)  I have been: ___ Plaintiff ___ Defendant ___ Witness ___ Expert ___ Victim ___ Other
   b)  My family member or friend has been: ___ Plaintiff ___ Defendant ___ Witness ___ Expert ___ Victim ___ Arrested ___ Other
   c)  Have you or anyone close to you ever been involved in any way with Antitrust litigation or Antitrust issues? ___ Yes ___ No
   d)  Have any companies you worked for been accused of, investigated for, or charged with wrongdoing? ___ Yes ___ No

   **If you selected any of the above, please explain (including whether it was a civil or criminal case *and* the outcome):**

   e)  Have you ever been questioned by law enforcement, either as a witness, victim, or potential suspect? ___ Yes ___ No

   **If yes, please explain your experience with being questioned.**

   **If yes, was the interview by law enforcement recorded or memorialized in any way?** ___ Yes ___ No **If yes, please explain.**

**12. Please list your main sources of news:**

**Please list any other websites, TV shows, YouTube shows, magazines, newspapers, blogs, radio shows, podcasts or other sources of media that you read, watch or listen to on a regular basis:**

**How often do you watch financial news channels or read financial publications or reports?**
___Very often   ___Often   ___Sometimes   ___ Rarely   ___Never

**13. Do you think that any types of chicken farming/production are inappropriate or morally wrong?**   _____ Yes   _____ No
**If yes, please explain your thoughts and/or feelings:**

**14. Are you a vegan, vegetarian, or pescatarian?  If so, which?**

**15. How often do you eat chicken?**   ___Very often   ___Often   ___Sometimes   ___ Rarely   ___Never

**16.   Do you have strong positive or negative feelings about any of the following chicken companies?**

a)   Claxton Chicken   ___ Yes   ___ No        **If Yes to any, please explain:**
b)   George's             ___ Yes   ___ No
c)   Koch Foods          ___ Yes   ___ No
d)   Pilgrim's Pride      ___ Yes   ___ No
e)   Tyson                ___ Yes   ___ No

**17. Do you have any strong positive or negative thoughts, feelings, or opinions about large corporations?** _____ Yes  _____ No
**Please explain your answer:**

**18. What areas of business do you think the CEO of a large company would be intimately knowledgeable about?**
**(Check all that apply)**
____ Marketing  ____ Budgeting  ____ Sales  ____ Human Resources  ____ Legal  ____ Operations  ____ Other
**If you had to *choose just one* of the above as being what the CEO would know *most* about, which would you choose? (Check only one)**
____ Marketing  ____ Budgeting  ____ Sales  ____ Human Resources  ____ Legal  ____ Operations  ____ Other

**19. Do you feel that, if accused of a crime, a CEO is probably guilty?**   _____ Yes  _____ No    **Please explain your answer:**

**20. Do you have any strong positive or negative thoughts, feelings, or opinions about federal, state, or local law enforcement agencies?**  _____ Yes  _____ No    **Please explain your answer:**

21. **Do you have any strong positive or negative thoughts, feelings, or opinions about prosecutors/government lawyers?**
\_\_\_\_\_ Yes  \_\_\_\_\_ No   **Please explain your answer:**

22. **If you were a juror in this trial, would the testimony of an FBI agent be more credible than other witnesses?**
\_\_\_\_\_ Yes  \_\_\_\_\_ No   **Please explain your answer:**

23. **This is a case brought by the federal government against senior corporate executives. Does the fact that the government spent time and effort bringing this case to trial make you think the defendants are guilty of a crime?** \_\_\_\_\_ Yes  \_\_\_\_\_ No
**Please explain your answer:**

24. **Do you believe the government should offer a deal to someone who has pleaded guilty to a crime in exchange for testifying against another person?** \_\_\_\_\_ Yes  \_\_\_\_\_ No   **Please explain your answer:**

25. **Do you think that white-collar criminals, when caught, are generally only given a slap on the wrist?** \_\_\_\_\_ Yes  \_\_\_\_\_ No
**Please explain your answer:**

26. **If a defendant does not testify, would you hold it against him or her?** \_\_\_\_\_ Yes  \_\_\_\_\_ No
**Please explain your answer:**

27. **With regard to government regulation of financial markets, do you think that:**
\_\_\_\_ There should be more regulation than currently exists.  \_\_\_\_ Government regulation should remain the same as is.
\_\_\_\_ There should be less regulation than currently exists.  \_\_\_\_ I have no opinion about this issue.

28. **Consumer markets involve the buying and selling of products or services in an economy. With regard to government regulation of consumer markets, do you think that:**
\_\_\_\_ There should be more regulation than currently exists.  \_\_\_\_ Government regulation should remain the same as is.
\_\_\_\_ There should be less regulation than currently exists.  \_\_\_\_ I have no opinion about this issue.

29. **Are you familiar with the term "price-fixing?"** \_\_\_\_\_ Yes  \_\_\_\_\_ No   **If yes, what do you understand price-fixing to mean?**

30. Do you think, as a customer, you have been harmed in any way by companies violating laws or regulations that are meant to safeguard free and fair competition in the marketplace?  _____ Yes  _____ No   **If yes, please explain.**

31. Have you read, or heard, anything about this case before today?  _____ Yes  _____ No  _____ Not sure

    **IF YES or NOT SURE, explain what you have read or heard (or think you have read or heard) about this case:**

    **Would this affect how you judge the facts of this case or any of the people accused?**

32. The court will instruct you that you must not conduct any research on this matter before jury selection commences, or during your jury service.  Do you think that you can follow that instruction?

    ____ Yes  ____ No  ____ Not Sure   **IF NO OR NOT SURE, please explain:**

33. If you sit as a juror in this case, your job will be to listen to all the evidence and determine if the government has proven the defendant guilty beyond a reasonable doubt. If the government fails to prove its case beyond a reasonable doubt, do you *have any reluctance or hesitancy* about your ability to find a defendant not guilty?

    ____ Yes  ____ No  ____ Not Sure   **IF YES or NOT SURE, please explain:**

34. Is there anything not already covered by this questionnaire that might affect your ability to be a fair and impartial juror, affect your ability to sit through a trial and pay attention to all the evidence, or prevent you from sitting in judgment of another person?

    ____ Yes  ____ No  ____ Not sure   **IF YES or NOT SURE, please explain:**

*Room for additional explanations:*

_____

_____

_____

_____

_____

**I, the undersigned, declare under penalty of perjury that the answers set forth above are true and correct to the best of my knowledge and belief. I have not discussed my answers with anyone else or received assistance in completing the questionnaire.**

Your Name (printed) _____

Your Signature: _____

Date: _____, 2021