IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    JAYSON JEFFREY PENN, et al.,

Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    The United States

    DATED at Denver, Colorado this 6th day of October, 2021.

    s/ Yixi (Cecilia) Cheng
Name of Attorney

United States Department of Justice
Firm Name

950 Pennsylvania Ave, N.W.
Office Address

Washington, DC 20530
City, State, ZIP Code

202-705-8342
Telephone Number

Yixi.cheng@usdoj.gov
Primary CM/ECF E-mail Address