EXHIBIT J

| | |
|---|---|
| **From:** | securefilecollaboration@doc.gov |
| **Sent:** | Thursday, September 17, 2020 10:57 AM |
| **To:** | Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Taylor, Lanard D. (CID) (FBI) <ldtaylor@fbi.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov> |
| **Subject:** | LITTLE interview |



SKUiiflUE COLLABORATION

# Koppenhaver, Matthew sent you a secure message

Updated LITTLE interview. Please delete all previous versions.

Respectfully
Matt

Access message

Secured by kiteworksl

<5   Attachments expire on Oct 17, 2020

p   1 PDF
IRF--Interview of Jimmie Lee Little.pdf

This message requires that you sign in to access the message and any file attachments.