# Exhibit A

## 8pc Chicken Strips

PEG # 370751          MFG # 3648

| DATE | P.O. | QTY ORDER | QTY REV. |
|---|---|---|---|
| 8.18.16 | 50861554 | 168 | 84 |
| 8.29.16 | 50926519 | 252 | 80 |
| 9.01.16 | 51011608 | 500 | 305 |
| 9.07.16 | 51087538 | This was revised while I was on ~~VACATION~~. | 56 |
| 9.14.16 | 51155748 | " VACATION Revised " | 112 |

No Inventory of 3648 for these two PO's:

51238209  ⎱ → HAD to Revise PO's
51322609  ⎰   to ADD more strips
            to cover pet.

Hopefully these PO's show up on time.

| DUE DATE | P.O. | QTY ORDER | QTY Ship |
|---|---|---|---|
| 10.04.16 | 51357461 | (Full Truck) 1008 cs — HAD to Revise to ADD Tenders | 182 |
| 10.12.16 | 51449987 | 168 cs | ? |
| 10.18.16 | 51540346 | 1008 cs (Full Truck) | ? |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0575920

# PO BARCODE WORKSHEET

Door: 3

5043116

685-69?

**Vendor:** GEORGE'S FOODS

**Appt Time:** 0900   **Date:** 102716   **Late?** Y/(N)
**Arrival Time:** 506   **Date:** 102716
**Dock Time:** _____   **Depart Time:** _____

**Freight Code:** C   P   (E)
**Pallet Exchange?**   Y/N
**Pallets In:** 20   **Pallets Out:** 0

**Trailer Locked?**   (Y)/N
**Seal Intact?**   (Y)/N
**Seal #:** 1541919

**Thermo King Settings:**   Frz ___   Refrg ___
**Trailer Temps:**   Frz ___   Refrg ___

Trailer Structural Integrity Good?   Y/N
Trailer Clean?   Y/N
Evidence of actual/potential contamination?   Y/N
Unshielded/Unprotected Glass?   Y/N
Evidence of Tampering?   Y/N
Product Temps Verified to Meet Matrix Requirements?   Y/N
Code Dates Verified to Meet Matrix Requirements?   Y/N
Contamination from Unlike Product?   Y/N

**Driver to Fill Out:**
   **Trailer #:** 419
   **Wheels Chocked?**   Y/N
   **Current Reefer Setting:** _____
   **Print Driver's Name:** Glenn
   **Verification:** ( X ) Driver's License Verified
   Known

**Receiver Signature:** _____
**Recvg Office Signature:** _____
   **Audited:** _____   **Closed on RP:** _____

*See Tally Sheet History for Receipt Information including Temperatures per item and Use By dates.

10/4/2011 Revised                                              Ver 7.0

(handwritten margin notes: $60, BAD DATES, log 247133, P ___, R ___)

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001518



# SHIPPER BILL OF LADING
## NON-NEGOTIABLE



**4173531**

REF. NUMBER: 9177
SALES ORDER: 765976

SHIP DATE: 10/26/2016    PAGE 1 OF 1
DEL DATE: _____    Time: 16:16:38
DEL TIME: _____

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

SHIP TO: 4871   SHIP PO:
001 - MCLANE FOODSERVICE ALBANY
NORTH EAST INDUSTRIAL PARK
BLDG 22
GUILDERLAND CENTER, NY 12085

TEL NO:
P.O. #: 5043116

FROM ADDRESS: 19992 Senedo Road, Edinburg, VA 22824
**Product of USA**
FREIGHT BILL ADDRESS: Georges Foods, 19992 Senedo Road, Edinburg, VA 22824

CARRIER: GEORGE'S FOODS-EDINBURG    PSR TIME: 15:42    Trailer #: 419    SEAL #: 1541919

This is a time sensitive shipment and delivery must not be delayed. If a delay occurs in transit which may result in a late delivery, Georges Farms, your dispatcher and the receiver must be notified.

Please pay particular attention to the temperature specified both here and on the shipper's envelope. The reefer settings is as follows:

**5** degrees for **10** hrs., then run your reefer at **20** degrees thereafter

Also, note you may have a temperature recorder on board. If so, the information below applies to you.

DTR on board [✓]    DTR Serial #: DH181304M0

NOTICE: You will be responsible for having your last receiver to sign the tape from the DTR. If you fail to have this signed and returned along with the freight bill, you will be fined $200.00

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

| PRODUCT CODE | SHIPPED CASES | DESCRIPTION | NET WEIGHT (Subject to correction) |
|---|---|---|---|
| 1957 | 420 | 8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP | 21,292.05 |
| 5416 | 140 | KFC DRUM & THIGH W/O FAT INJ CVP | 7,037.00 |

| | IN | OUT |
|---|---|---|
| PALLETS | 0 | 0 |
| TUBS | 0 | 0 |
| LIDS | 0 | 0 |

The property described to the left is in good order for transportation, except as noted, marked, consigned, and destined as indicated above and the carrier agrees to carry said property to its place of delivery at the specified destination.

_____ _____
(Drivers Signature)        (Date and Time)

9am  10:27
Apt Time In 506 Out 609
Received by: Msevilla
Pallets In 20  Out 0  Damaged ___
Total Cases Received 560  Cases Refused 0
Short 0  Over 0  Damaged 0  Product Temp 31
Driver Name/Company: George's
Driver Signature: _____
Seal# 1541919  Seal Intact (Y) or N
Subject to Future Claims: (Y) or N
Product Hold: Y or (N)

NOTICE to Consignee: All claims for short weight, box shortages, damaged product, defective product, and/or out of specification product will not be allowed or considered unless verbal and written notice thereof is given to George's Farms the day of delivery or the next working day (If delivered on a non-working day)

_____ _____
(Consignee's Signature)    (Date and Time)

Subject to Section 7 conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ _____
(Consignor's Signature)    (Date and Time)

| 7373 | 560 | TOTALS | 28,329.05 | TRUCK IN: |
|---|---|---|---|---|
| | | | | TRUCK OUT: |

Georges Farms -Shipper, per _____    agent, per _____

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001519

**PICK LIST**
**SALES ORDER #: 765976**

From: Georges Farms

Date: 10/26/2016
Time: 16:16:45

Ship To: 001 - MCLANE FOODSERVICE ALBANY
NORTH EAST INDUSTRIAL PARK
GUILDERLAND CENTER, NY 12085

| # | PRODUCT | ORD QTY | BOXED | NEEDED | POUNDS | PRODUCT DESCRIPTION |
|---|---------|---------|-------|--------|--------|---------------------|
| 1 | 1957 | 420 | 420 | 0 | 21,292.05 | 8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP |
| 2 | 5416 | 140 | 140 | 0 | 7,037.00 | KFC DRUM & THIGH W/O FAT INJ CVP |
| | ORDER TOTALS: | 560 | 560 | | 28,329.05 | |

REPORT - PICK LIST

Page 1  of 1

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001520

## PALLET SUMMARY
### SALES ORDER # 765976

**on:** Georges Farms  
**Date:** 10/26/2016  
**Time:** 16:16:49

**PRODUCT:** 1957   8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP

**Pallet Tag:** PEV3382889

| | | | | |
|---|---|---|---|---|
| 47.26 10/26/2016 | 50.46 10/26/2016 | 48.36 10/26/2016 | 50.06 10/26/2016 | 51.21 10/26/2016 |
| 49.81 10/26/2016 | 49.56 10/26/2016 | 49.96 10/26/2016 | 50.21 10/26/2016 | 50.56 10/26/2016 |
| 51.11 10/26/2016 | 49.16 10/26/2016 | 50.06 10/26/2016 | 49.41 10/26/2016 | 50.71 10/26/2016 |
| 50.71 10/26/2016 | 50.16 10/26/2016 | 50.76 10/26/2016 | 49.86 10/26/2016 | 48.86 10/26/2016 |
| 53.31 10/26/2016 | 50.26 10/26/2016 | 49.21 10/26/2016 | 49.76 10/26/2016 | 51.26 10/26/2016 |
| 50.36 10/26/2016 | 50.56 10/26/2016 | 47.86 10/26/2016 | 49.61 10/26/2016 | 47.26 10/26/2016 |
| 48.31 10/26/2016 | 50.41 10/26/2016 | 50.46 10/26/2016 | 48.46 10/26/2016 | 50.31 10/26/2016 |

**Product Date/Totals:** 10/26/2016   35   1745.65  
**Pallet Total Cases:** 35   **Pallet Total Weight:** 1745.65

**Pallet Tag:** PEV3382931

| | | | | |
|---|---|---|---|---|
| 49.41 10/26/2016 | 49.61 10/26/2016 | 49.91 10/26/2016 | 49.41 10/26/2016 | 49.06 10/26/2016 |
| 49.71 10/26/2016 | 48.76 10/26/2016 | 49.01 10/26/2016 | 49.66 10/26/2016 | 48.31 10/26/2016 |
| 49.71 10/26/2016 | 50.21 10/26/2016 | 48.16 10/26/2016 | 50.26 10/26/2016 | 49.71 10/26/2016 |
| 49.66 10/26/2016 | 48.91 10/26/2016 | 49.91 10/26/2016 | 49.81 10/26/2016 | 50.46 10/26/2016 |
| 50.31 10/26/2016 | 49.51 10/26/2016 | 49.86 10/26/2016 | 49.41 10/26/2016 | 49.36 10/26/2016 |
| 48.11 10/26/2016 | 51.06 10/26/2016 | 51.06 10/26/2016 | 51.21 10/26/2016 | 51.16 10/26/2016 |
| 49.71 10/26/2016 | 50.46 10/26/2016 | 51.06 10/26/2016 | 50.61 10/26/2016 | 49.41 10/26/2016 |

**Product Date/Totals:** 10/26/2016   35   1741.95  
**Pallet Total Cases:** 35   **Pallet Total Weight:** 1741.95

**Pallet Tag:** PEV3383742

| | | | | |
|---|---|---|---|---|
| 50.81 10/26/2016 | 50.26 10/26/2016 | 51.41 10/26/2016 | 48.11 10/26/2016 | 50.81 10/26/2016 |
| 49.96 10/26/2016 | 50.46 10/26/2016 | 50.41 10/26/2016 | 51.11 10/26/2016 | 51.11 10/26/2016 |
| 48.11 10/26/2016 | 49.01 10/26/2016 | 49.36 10/26/2016 | 51.16 10/26/2016 | 51.06 10/26/2016 |
| 48.36 10/26/2016 | 49.26 10/26/2016 | 50.11 10/26/2016 | 50.96 10/26/2016 | 51.01 10/26/2016 |
| 49.41 10/26/2016 | 49.41 10/26/2016 | 49.36 10/26/2016 | 51.36 10/26/2016 | 50.41 10/26/2016 |
| 52.16 10/26/2016 | 51.31 10/26/2016 | 51.26 10/26/2016 | 49.06 10/26/2016 | 50.31 10/26/2016 |
| 50.31 10/26/2016 | 50.66 10/26/2016 | 49.96 10/26/2016 | 50.46 10/26/2016 | 49.66 10/26/2016 |

**Product Date/Totals:** 10/26/2016   35   1757.95  
**Pallet Total Cases:** 35   **Pallet Total Weight:** 1757.95

**Pallet Tag:** PEV3383750

| | | | | |
|---|---|---|---|---|
| 50.51 10/26/2016 | 51.36 10/26/2016 | 49.11 10/26/2016 | 50.01 10/26/2016 | 50.11 10/26/2016 |
| 50.21 10/26/2016 | 51.21 10/26/2016 | 48.81 10/26/2016 | 50.26 10/26/2016 | 49.56 10/26/2016 |
| 50.56 10/26/2016 | 50.16 10/26/2016 | 50.21 10/26/2016 | 49.56 10/26/2016 | 49.81 10/26/2016 |
| 48.66 10/26/2016 | 49.21 10/26/2016 | 48.61 10/26/2016 | 49.16 10/26/2016 | 49.11 10/26/2016 |
| 49.96 10/26/2016 | 50.86 10/26/2016 | 51.01 10/26/2016 | 51.01 10/26/2016 | 50.11 10/26/2016 |
| 48.96 10/26/2016 | 48.61 10/26/2016 | 47.91 10/26/2016 | 48.36 10/26/2016 | 47.46 10/26/2016 |
| 51.06 10/26/2016 | 49.51 10/26/2016 | 50.31 10/26/2016 | 50.16 10/26/2016 | 49.51 10/26/2016 |

**Product Date/Totals:** 10/26/2016   35   1741  
**Pallet Total Cases:** 35   **Pallet Total Weight:** 1741

**REPORT - PALLET SUMMARY**   Page 1 of 4

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001521

## PALLET SUMMARY
### SALES ORDER # 765976

...on: Georges Farms

Date: 10/26/2016
Time: 16:16:49

**Pallet Tag:** PEV3388832

| | | | | |
|---|---|---|---|---|
| 50.56 10/25/2016 | 50.31 10/25/2016 | 51.71 10/25/2016 | 52.11 10/25/2016 | 51.46 10/25/2016 |
| 51.31 10/25/2016 | 51.61 10/25/2016 | 52.46 10/25/2016 | 51.21 10/25/2016 | 50.96 10/25/2016 |
| 50.86 10/25/2016 | 47.56 10/25/2016 | 50.86 10/25/2016 | 52.26 10/25/2016 | 52.56 10/25/2016 |
| 54.06 10/25/2016 | 52.26 10/25/2016 | 52.81 10/25/2016 | 50.51 10/25/2016 | 52.11 10/25/2016 |
| 53.46 10/25/2016 | 51.86 10/25/2016 | 51.81 10/25/2016 | 51.91 10/25/2016 | 51.16 10/25/2016 |
| 52.36 10/25/2016 | 49.51 10/25/2016 | 51.61 10/25/2016 | 52.56 10/25/2016 | 50.01 10/25/2016 |
| 50.36 10/25/2016 | 51.51 10/25/2016 | 51.01 10/25/2016 | 50.66 10/25/2016 | 51.56 10/25/2016 |

**Product Date/Totals:** 10/25/2016   35   1800.9
**Pallet Total Cases:** 35   **Pallet Total Weight:** 1800.9

**Pallet Tag:** PEV3388834

| | | | | |
|---|---|---|---|---|
| 52.41 10/25/2016 | 51.41 10/25/2016 | 51.06 10/25/2016 | 51.96 10/25/2016 | 52.06 10/25/2016 |
| 51.36 10/25/2016 | 52.46 10/25/2016 | 50.11 10/25/2016 | 50.11 10/25/2016 | 52.51 10/25/2016 |
| 52.06 10/25/2016 | 50.36 10/25/2016 | 51.21 10/25/2016 | 52.16 10/25/2016 | 51.51 10/25/2016 |
| 51.51 10/25/2016 | 51.51 10/25/2016 | 50.86 10/25/2016 | 50.76 10/25/2016 | 50.96 10/25/2016 |
| 51.81 10/25/2016 | 52.66 10/25/2016 | 52.01 10/25/2016 | 51.66 10/25/2016 | 50.71 10/25/2016 |
| 50.91 10/25/2016 | 52.01 10/25/2016 | 50.36 10/25/2016 | 52.21 10/25/2016 | 52.81 10/25/2016 |
| 52.06 10/25/2016 | 51.86 10/25/2016 | 50.66 10/25/2016 | 51.41 10/25/2016 | 51.06 10/25/2016 |

**Product Date/Totals:** 10/25/2016   35   1802.55
**Pallet Total Cases:** 35   **Pallet Total Weight:** 1802.55

**Pallet Tag:** PEV3388836

| | | | | |
|---|---|---|---|---|
| 51.76 10/25/2016 | 49.16 10/25/2016 | 50.96 10/25/2016 | 52.31 10/25/2016 | 53.36 10/25/2016 |
| 52.06 10/25/2016 | 51.56 10/25/2016 | 51.11 10/25/2016 | 51.81 10/25/2016 | 49.31 10/25/2016 |
| 51.36 10/25/2016 | 51.71 10/25/2016 | 51.56 10/25/2016 | 52.06 10/25/2016 | 51.56 10/25/2016 |
| 51.91 10/25/2016 | 51.01 10/25/2016 | 50.46 10/25/2016 | 50.36 10/25/2016 | 50.96 10/25/2016 |
| 51.46 10/25/2016 | 49.76 10/25/2016 | 50.71 10/25/2016 | 51.31 10/25/2016 | 51.51 10/25/2016 |
| 51.66 10/25/2016 | 51.66 10/25/2016 | 51.16 10/25/2016 | 51.41 10/25/2016 | 51.01 10/25/2016 |
| 50.56 10/25/2016 | 51.31 10/25/2016 | 51.26 10/25/2016 | 52.21 10/25/2016 | 51.01 10/25/2016 |

**Product Date/Totals:** 10/25/2016   35   1794.35
**Pallet Total Cases:** 35   **Pallet Total Weight:** 1794.35

**Pallet Tag:** PEV3388838

| | | | | |
|---|---|---|---|---|
| 51.46 10/25/2016 | 50.71 10/25/2016 | 52.41 10/25/2016 | 51.31 10/25/2016 | 51.21 10/25/2016 |
| 48.86 10/25/2016 | 50.51 10/25/2016 | 49.31 10/25/2016 | 49.26 10/25/2016 | 50.31 10/25/2016 |
| 50.06 10/25/2016 | 51.51 10/25/2016 | 51.21 10/25/2016 | 52.26 10/25/2016 | 52.16 10/25/2016 |
| 51.81 10/25/2016 | 49.81 10/25/2016 | 51.16 10/25/2016 | 52.21 10/25/2016 | 51.26 10/25/2016 |
| 50.91 10/25/2016 | 50.21 10/25/2016 | 51.06 10/25/2016 | 51.06 10/25/2016 | 51.66 10/25/2016 |
| 51.01 10/25/2016 | 51.41 10/25/2016 | 51.31 10/25/2016 | 51.16 10/25/2016 | 50.76 10/25/2016 |
| 51.96 10/25/2016 | 51.71 10/25/2016 | 51.01 10/25/2016 | 51.66 10/25/2016 | 50.76 10/25/2016 |

**Product Date/Totals:** 10/25/2016   35   1786.45
**Pallet Total Cases:** 35   **Pallet Total Weight:** 1786.45

**PRODUCT:**   5416   KFC DRUM & THIGH W/O FAT INJ CVP

**REPORT -**

Page 3 of 4

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001522