**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**GOVERNMENT'S MOTION FOR LEAVE TO SUPPLEMENT ITS
MOTIONS REGARDING AUTHENTICATION OF EVIDENCE**

---

    The government respectfully moves the Court for leave to supplement its two prior motions regarding authentication of evidence. Specifically, the government seeks leave to supplement its (1) Motion for Pre-Trial Ruling Regarding Authentication of Evidence Pursuant to Federal Rules of Evidence 902(11) and 902(13) (ECF 622); and (2) Motion for Pre-Trial Ruling Regarding Authentication of Evidence Pursuant to Federal Rules of Evidence 902(11), 902(13), and 902(14) (ECF 623), with the proposed Supplemental Motion Regarding Authentication of Exhibits, attached as Exhibit A.

Since filing its motions on authentication on October 11, 2021 (ECF 622 and 623), the government has had an opportunity to update and revise its list of trial exhibits, which it will file on October 18, 2021.[1]  For ease of the defendants and the Court, the government has prepared a table mapping each certification of authenticity to a corresponding exhibit on the government's exhibit list.  The government now seeks leave to supplement with this information.

Respectfully submitted this 18th day of October, 2021.

By:  s/ Heather D. Call
Heather D. Call
Michael T. Koenig
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov

---

[1] The exhibit list which the government will file later today is related to and consistent with the proposed motion and attachment.