# Exhibit 2

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 2-1 | Norman W. Fries, Inc. d/b/a Claxton Poultry Farms | Claxton Poultry Farms | CLA_0000001 – CLA_0074691; CLA_0074703 – CLA_0085058; CLA_0085060 – CLA_0103901; CLA_0103903 – CLA_0128849; CLA_0128851 – CLA_0149622; CLA_0149624 – CLA_0149778; CLA_0149780 – CLA_0151727; CLA_0151730 – CLA_0188662; CLA_0188665 – CLA_0190599; CLA_0190601 – CLA_0190923; CLA_0190926 – CLA_0191204; CLA_0191206 – CLA_0221163; CLA_0221253 – CLA_0297048 | 902(11) and 902(13) |
| 2-2 | Norman W. Fries, Inc. d/b/a Claxton Poultry Farms | Claxton Poultry Farms (Documents received in connection with the *In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | CLAXTON_0000001 – CLAXTON_081696; CLAXTON_0181725 – CLAXTON_0217897 | 902(11) and 902(13) |

1

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 3-1 | George's, Inc. | George's, Inc. | GEODOJ_0000015 – GEODOJ_0100407; GEODOJ_0100408 – GEODOJ_0160865; GEODOJ_0160866 – GEODOJ_0206473; GEODOJ_0206474 – GEODOJ_0219792; GEODOJ_0219793 – GEODOJ_0225705 | 902(11) and 902(13) |
| 3-2 | George's, Inc. | George's, Inc. | GEODOJ_0225748 – GEODOJ_0225751; GEODOJ_0225753 – GEODOJ_0225784; GEODOJ_0225961 – GEODOJ_0225973; GEODOJ_0225997 – GEODOJ_0304784; GEODOJ_0304785 – GEODOJ_0333964; GEODOJ_0333965 – GEODOJ_0581768; GEODOJ_0596332 – GEODOJ_0600955; GEODOJ_0602339 – GEODOJ_0612308; GEODOJ_0612309 – GEODOJ_0636753; GEODOJ_0636754 – GEODOJ_0672788; GEODOJ_0672789 – GEODOJ_0672841 | 902(11) and 902(13) |
| 3-3 | George's, Inc. | George's, Inc. (Documents received in connection with the *In Re Broiler Chicken Antitrust Litigation*, | GEO_0000000159 – GEO_0000847437; GEO_000140749 – GEO_000142284; GEO_0001424665 – GEO_0001436083; GEO_0001436461 – GEO_0001437321 | 902(11) and 902(13) |

2

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | | Case No. 1:16-cv-08637 (N.D. Ill.)) | | |
| 3-4 | George's, Inc. | George's, Inc. (Documents received in connection with the *In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | GEO_0000000159-GEO_0000847437; GEO_0001404749-GEO_0001422467, with the exception of two powerpoint files and two files with filename "[Unnamed Presentation]" produced at GEO0001422366 - GEO_0001422383, GEO_0001422385-GEO_0001424553 with the exception of travel and expense reports, GEO_0001424554-GEO_0001424664 with the exception of company financial statements, and call logs, contact files, text message reports, and text message attachments collected from mobile devices, and GEO_0001424665-GEO_0001436082. | 902(11) and 902(13) |
| 4-1 (Revised) | JBS USA Food Company | Pilgrim's Pride (documents received in connection with the *In Re Broiler* | See chart containing Bates range attached to Pilgrim's Certificate. | 902(11) and 902(13) |

3

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | | *Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | | |
| 4-2 (Revised) | JBS USA Food Company | Pilgrim's Pride | See chart containing Bates range attached to Pilgrim's Certificate. | 902(11) and 902(13) |
| 5-1 | Koch Foods, Inc. | Koch Foods, Inc. (including Documents received in connection with the *In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)). | See Bates ranges included in Koch Foods, Inc. Certificate. | 902(13) |
| 6-1 | Mar-Jac Poultry Inc. | Mar-Jac Poultry Inc. | MJPoultry-0000000009 – MJPoultry-0000545820 | 902(13) |
| 6-2 | Mar-Jac Poultry Inc. | Mar-Jac Poultry Inc. (Documents received in connection with the *In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | MAR-JAC_0000000001 – MAR-JAC_0000866804; MAR-JAC_SD_00000000001 – MAR-JAC_SD_0000000253; MJP-000001 – MJP-012738; MJP-0000012739 – MJP-0000012749 | 902(13) |
| 7-1 | Tyson Foods, Inc. | Tyson Foods, Inc. | TY-000000100 – TY-007000987 | 902(11) and 902(13) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 7-2 | Tyson Foods, Inc. | Tyson Foods, Inc. (Documents received in connection with the *In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | TF-0000000001 – TF-0007971851; CV-0000000001 – CV-0000005242 | 902(11) and 902(13) |
| 7-3 | Tyson Foods, Inc. | Tyson Foods, Inc. | TY-009001646 – TY-007001747 | 902(11) and 902(13) |
| 8-1 | O.K. Foods, Inc. | O.K. Foods, Inc. | OKFoodsDOJ-00002580 – OKFoodsDOJ-00474212 | 902(13) |
| 9-1 | Case Farms, LLC | Case Farms, LLC | CASEDOJ-AT-0000031883; CASEDOJ-BR-0000028574; CASEDOJ-RD-0000081363. | 902(11) and 902(13) |
| 9-2 | Case Farms, LLC | Case Farms LLC (including documents received in connection with the *In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)). | CASEDOJ-AT-0000012450; CASEDOJ-AT-0000012451; CASEDOJ-RD-0000018730; CASEDOJ-RD-0000018731; CASEDOJ-RD-0000018732; CASEFOODS0000093796; CASEFOODS0000093797. | 902(11) and 902(13) |
| 10-1 | Chick-fil-A Inc. | Chick-fil-A Inc. | CFA_0000001 – CFA_0017756 | 902(11) and 902(13) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
|  |  |  |  |  |
| 10-2 | Chick-fil-A Inc. | Chick-fil-A Inc. | CFA_0017757 – CFA_0019198 | 902(11) and 902(13) |
| 11-1 | Cajun Operating Company | Church's Chicken/Cajun Operating Company | CHURCH-ATR001-00000001 | 902(11) and 902(13) |
| 11-2 | Cajun Operating Company | Church's Chicken/Cajun Operating Company | CHURCHS0000093 – CHURCHS0013558 | 902(11) and 902(13) |
| 12-1 | Golden Corral Corporation | Golden Corral Corporation | GC-ATR001-00000001 – GC-ATR001-00000008 | 902(11) and 902(13) |
| 12-2 | Golden Corral Corporation | Golden Corral Corporation | GC-0000001389—GC-0000001395; GC-0000337800—GC-0000337806; GC-0000000016—GC-0000000025; GC-0000336516; GC-0000111255—GC-0000111256; GC-0000001689; GC-0000084471—GC-0000084476; GC-0000279304—GC-0000279308; GC-0000070794—GC-0000070795; GC-0000002064—GC-0000002065; GC-0000012773—GC-0000012774; GC-0000291467—GC-0000291470; GC-0000290536—GC-0000290538; GC-0000291861; | 902(11) and 902(13) |

6

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
|  |  |  | GC-0000043478—GC-0000043479; GC-0000134932; GC-0000043480—GC-0000043481; GC-0000013492—GC-0000013494; GC-0000043809-GC-0000043811 |  |
| 13-1 | Restaurant Supply Chain Solutions, LLC | Restaurant Supply Chain Solutions, LLC (RSCS) | RSCS000001 – RSCS030053 | 902(11) and 902(13) |
| 14-1 | Supply Management Services, Inc. | Supply Management Services, Inc. (SMS) | SMS-0001-SMS0684; SMS-00000685 – SMS-00052142 | 902(11) and 902(13) |
| 15-1 | Sysco Corporation | Sysco Corporation | SYSCO-00000001 – SYSCO-00002024; | 902(11) and 902(13) |
| 15-2 | Sysco Corporation | Sysco Corporation | SYS-BR-0006237143 – SYS-BR-0006237144; SYS-BR-0006237147 – SYS-BR-0006237148; SYS-BR-0004856491 – SYS-BR-0004856492; SYSCO-00002025 - SYSCO-00002077. Exhibits pertaining to Melissa's Hoyt's 30(b)(6) deposition taken on December 3, 2020 (Exhibits 1-2, 2002-2017, 2019, and 2022-23). | 902(11) and 902(13) |
| 16-1[1] | Perdue Farms Inc. | Perdue Farms Inc. | PER-000003707— PER-000003709; | 902(13) |

---

[1] This certification is newly-disclosed in this filing and was previously provided to the defendants.

7

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | | | PER-000067899; PER-000059563; PER-000152837; PER-000152838; PER-000152926; PER-000154157; PER-000155262; PER-000155321; PER-000155661; PER-000188033; PERDUE000035417; PERDUE000046428; PERDUE0001606800; PERDUE0001619817; PERDUE0001619819; PERDUE0002298499 | |
| 20-1 | AT&T Inc. | AT&T Inc. | ATT-ATR001-00000001; ATT-ATR002-00000001; ATT-ATR006-00000001 – ATT-ATR006-00014552; ATT-ATR007-00000001 – ATT-ATR007-00000200; ATT-ATR008-00000001 – ATT-ATR008-00000007; | 902(11) and 902(13) |
| 20-2 | AT&T Inc. | AT&T Inc. | ATT-ATR003-00000001 – ATT-ATR003-00000006; | 902(11) and 902(13) |
| 20-3 | AT&T Inc. | AT&T Inc. | ATT-ATR004-00000001 – ATT-ATR004-00025554; | 902(11) and 902(13) |
| 20-4 | AT&T Inc. | AT&T Inc. | ATT-ATR005-00000001 – ATT-ATR005-00001964; | 902(11) and 902(13) |
| 20-5 | AT&T Inc. | AT&T Inc. | ATT-ATR009-00000001 – ATT-ATR009-00010442; | 902(11) and 902(13) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 20-6 | AT&T Inc. | AT&T Inc. | ATT-ATR010-00000001 – ATT-ATR010-00000417; | 902(11) and 902(13) |
| 20-7 | AT&T Inc. | AT&T Inc. | ATT-ATR011-00000001 – ATT-ATR011-00015462; | 902(11) and 902(13) |
| 20-8 | AT&T Inc. | AT&T Inc. | ATT-ATR012-00000001 – ATT-ATR012-00060464; | 902(11) and 902(13) |
| 20-9 | AT&T Inc. | AT&T Inc. | ATT-ATR013-00000001 – ATT-ATR013-00007826 | 902(11) and 902(13) |
| 21-1 | CenturyLink Inc. | CenturyLink Inc. | CENLINK-ATR001-00000001 – CENLINK-ATR001-00000010 | 902(11) |
| 22-1 | Cellular South, Inc. d/b/a C Spire | Cellular South Inc. (C Spire) | CSPIRE-ATR001-00000001 – CSPIRE-ATR001-00000015 | 902(11) |
| 22-2 | Cellular South, Inc. d/b/a C Spire | Cellular South Inc. (C Spire) | CSPIRE-ATR002-00000001 – CSPIRE-ATR002-00000013 | 902(11) |
| 23-1 | Charter Communications Inc. | Charter Communications Inc. | CHARTER-ATR001-00000001 – CHARTER-ATR001-00000004 | 902(11) and 902(13) |
| 24-1 | Comcast Cable Communications Inc. | Comcast Corp. | COMCAST-ATR001-00000001 – COMCAST-ATR001-00000013 | 902(11) and 902(13) |
| 24-2 | Comcast Cable Communications Inc. | Comcast Corp. | COMCAST-ATR002-00000001 – COMCAST-ATR002-00000008 | 902(11) |
| 25-1 | T-Mobile US Inc. | T-Mobile US Inc. | TMOBILE-ATR001-00000001 – TMOBILE-ATR001-00000011 | 902(11) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 26-1 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VERIZON-ATR001-00000001 – VERIZON-ATR001-00000011; | 902(11) and 902(13) |
| 26-2 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VERIZON-ATR002-00000001 – VERIZON-ATR002-00000148; | 902(11) and 902(13) |
| 26-3 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VERIZON-ATR003-00000001 – VERIZON-ATR003-00000080 | 902(11) and 902(13) |
| 26-4 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VERIZON-ATR004-00000001 – VERIZON-ATR004-00000812 | 902(11) and 902(13) |
| 26-5 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR001-00000001 – VZW-ATR001-00012581; VZW-ATR004-00000001 – VZW-ATR004-00012593; VZW-ATR005-00000001 – VZW-ATR005-00006489; | 902(11) and 902(13) |
| 26-6 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR002-00000001 – VZW-ATR002-00000012 | 902(11) and 902(13) |
| 26-7 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR003-00000001 – VZW-ATR003-00000023 | 902(11) and 902(13) |
| 26-8 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR009-00000001 – VZW-ATR009-00001564 | 902(11) and 902(13) |
| 26-9 | Verizon | Verizon/Cellco Partnership | VZW-ATR010-00000001 – VZW-ATR010-00001491 | 902(11) and 902(13) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | | d/b/a Verizon Wireless | | |
| 26-10 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR011-00000001 – VZW-ATR011-00005366 | 902(11) and 902(13) |
| 26-11 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR013-00000001 – VZW-ATR013-00000880 | 902(11) and 902(13) |
| 26-12 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR014-00000001 – VZW-ATR014-00001431 | 902(11) and 902(13) |
| 26-13 | Verizon | Verizon/Cellco Partnership d/b/a Verizon Wireless | VZW-ATR015-00000001 – VZW-ATR015-00001756 | 902(11) and 902(13) |
| 27-1 | Verizon Business | Verizon Business | VZB-ATR001-00000001 – VZB-ATR001-00000011 | 902(11) and 902(13) |
| 28-1 | Windstream Services LLC | Windstream | WINDSTREAM-ATR001-00000001 – WINDSTREAM-ATR001-00000085 | 902(11) and 902(13) |
| 28-2 | Windstream Services LLC | Windstream | WINDSTREAM-ATR002-00000001 – WINDSTREAM-ATR002-00000003 | 902(11) |
| 28-3 | Windstream Services LLC | Windstream | WINDSTREAM-ATR003-00000001 – WINDSTREAM-ATR003-00000010 | 902(11) and 902(13) |
| 30-1 | Transperfect | Apple iPhone 8+ (A1897) owned by Carl Pepper | TY-001642732 – TY-001642738; TY-001670902; TY-001632749; TY-001643172; TY-001645464 – TY-001645465; TY- | 902(14) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| | | | 001670903 – TY-001670904 | |
| 30-1 | Transperfect | Apple iTunes backup of 4th generation iPad (P102AP) owned by Carl Pepper | TY-001670902 | 902(14) |
| 30-1 | Transperfect | Apple iPhone XR (A191A4) owned by Kelley Davidson | TY-001909367; TY-001909391 – TY-001909394; TY-001909411 | 902(14) |
| 31-1 | Federal Bureau of Investigation (FBI) Computer Analysis Response Team (CART) | Apple iPhone 8 (A1863) owned by Scott Brady | 'Image identifier 356703089926520' (Brady-SW-ATR005-00000001) | 902(14) |
| 31-1 | Federal Bureau of Investigation (FBI) Computer Analysis Response Team (CART) | Apple iPhone 11 (A2111) owned by Jimmie Little | 'Image identifier 353986101328550' (Volume BR_CHICK_063) | 902(14) |
| 32-1 | Digital Discovery | Apple iPhone 5s used by Jason McGuire | IMEI: 013852007225294 Bates: OKFoodsDOJ-0000538– OKFoodsDOJ-0000558 | 902(14) |
| 33-1 | Digital Discovery | iTunes Backup of Greg Tench | SN: C76RJ0ZQGRY5 IMEI: | 902(14) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
|  |  |  | 355767076939292 Bates: MJPoultry-0000000006 |  |
| 33-2 | Digital Discovery | iTunes Backup of Greg Tench | SN: C76RJ0ZQGRY5 IMEI: 355767076939292 Bates: MJPoultry-0000000006 | 902(14) |
| 33-3 | Digital Discovery | iTunes Backup of Greg Tench | SN: C76RJ0ZQGRY5 IMEI: 355767076939292 Bates: MJPoultry-0000000006 | 902(14) |
| 34-1 | ELIJAH | iPhone 6s Model, A1688 used by Joe Grendys | Image Identifier EMT-00005605 Bates: KOCHFOODS-0000485010, KOCHFOODS-0000485057, KOCHFOODS-0000485064 | 902(14) |
| 34-1 | ELIJAH | Blackberry Bold 9930 ID A000002615E412 used by Joe Grendys | Image Identifiers EMT-00001744 & EMT-00005604 Bates: KOCHFOODS-0000484998 KOCHFOODS-0000485009; KOCHFOODS-0000485230 – KOCHFOODS-0000485241; KOCHFOODS-0000485243 – KOCHFOODS-0000485256 | 902(14) |
| 35-1 | Consilio | iPhone 8 Plus (MQ962) Used by Justin Gay | IMEI 35300909170 0587 | 902(14) |

13

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 35-2 | Consilio | iPhone XS mobile (MTAL2LL/A) Used by Jayson Penn | SN: C39XTBX0KPFT IMEI 357201097624152 | 902(14) |
| 35-3 | Consilio | Samsung Galaxy S6 Used by Tim Stiller | SN: 1215fc5a82540305 ESN 990007037762207 | 902(14) |
| 35-3 | Consilio | Samsung Galaxy S8 Used by Tim Stiller | SN RF8JA05XQNY IMEI 359031081440259 | 902(14) |
| 35-4 | Consilio | iPhone 6s (N71AP) Used by Brenda Ray | SN: C7JR50VRGRYD IMEI: 355690077385259 | 902(14) |
| 35-5 | Consilio | Samsung Galaxy S6 Used by Tim Stiller | ESN 990007037762207 Bates: See Bates ranges included in Consilio Certificate. | 902(14) |
| 35-5 | Consilio | Samsung Galaxy S8 Used by Tim Stiller | IMEI: 359031081440259 Bates: PILGRIMS-DOJ-0000925994, PILGRIMS-DOJ-0000926072, PILGRIMS-DOJ-0000926097, PILGRIMS-DOJ-0000931622, PILGRIMS-DOJ-0000931623, PILGRIMS-DOJ-0000931625, PILGRIMS-DOJ-0000931626, PILGRIMS-DOJ-0000931627, PILGRIMS-DOJ-0000931629 | 902(14) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 35-5 | Consilio | iPhone XS (MTAL2) Used by Jayson Penn | SN: C39XTBX0KPFT IMEI 357201097624152 Bates: PILGRIMS-DOJ-0000508952, PILGRIMS-DOJ-0000509278, PILGRIMS-DOJ-00005092 79 | |
| 35-5 | Consilio | iPhone 7 (MNAJ2LL/A) Operated by Jayson Penn | SN: F72SHK3XHG71 Bates: See Bates ranges included in Consilio Certificate. | 902(14) |
| 35-5 | Consilio | iPhone 6s (N71AP) Used by Brenda Ray | SN: C7JR50VRGRYD IMEI: 355690077385259 Bates: PILGRIMS-DOJ-0000017567 – PILGRIMS-DOJ-0000017569, PILGRIMS-DOJ-0000017566, PILGRIMS-DOJ-0000021196 – PILGRIMS-DOJ-0000021204 | 902(14) |
| 35-5 | Consilio | iPhone 8 Plus (MQ962) Used by Justin Gay | IMEI 353009091700587 Bates: PILGRIMS-DOJ-0000099830 - PILGRIMS-DOJ-0000104500, PILGRIMS-DOJ-0000528482 – 0000528490, PILGRIMS-DOJ-0004646569 - 0004652791 | 902(14) |

| Exh. No. | Certifying Entity | Source of Records | Document Identifiers | 902 Certification Attested |
|---|---|---|---|---|
| 35-6 | Consilio | iPhone 6 Used by Mikell Fries | Serial number: DNPPG9TRG5MG IMEI 35912 10621 84336 Bates: CLA_0149779 Claxton_0181706 | 902(14) |
| 35-6 | Consilio | iPad Used by Mikell Fries | Serial number: DMQP3ACLG5VW Bates: CLA_0074696 | 902(14) |
| 36-1 | FTI Consulting, Inc. | iPhone 7 (MNAJ2LL/A) Operated by Jayson Penn | SN: F72SHK3XHG71 | 902(14) |

16