# Exhibit 16-1

## CERTIFICATE OF AUTHENTICITY

I, Chad Brown, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Perdue Farms Inc. (hereinafter "the entity"), and my title is IT Security Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records maintained on Perdue Farms Inc.'s servers. The attached records are labeled as Bates numbers:

- PER-000003707;
- PER-000003708;
- PER-000003709;
- PER-000067899;
- PER-000059563;
- PER-000152837;
- PER-000152838;
- PER-000152926;
- PER-000154157;
- PER-000155262;
- PER-000155321;
- PER-000155661;
- PER-000188033;
- PERDUE0000035417;
- PERDUE0000046428;
- PERDUE0001606800;
- PERDUE0001619817;
- PERDUE0001619819; and
- PERDUE0002298499.

I further state that all records listed in this certificate were generated by an electronic process or system of Perdue Farms Inc. that produces an accurate result from records sent or received, and that those records were kept in the ordinary course of the business activity of the entity, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records, except for documents that were time-stamped in accordance with production specifications requested by the Department of Justice; and

2.      the process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

10-06-2021
_____
Date

_____
Signature