IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | |
| 2. MIKELL REEVE FRIES, | |
| 3. SCOTT JAMES BRADY, | No. 20-cr-00152-PAB |
| 4. ROGER BORN AUSTIN, | |
| 5. TIMOTHY R. MULRENIN, | |
| 6. WILLIAM VINCENT KANTOLA, | |
| 7. JIMMIE LEE LITTLE, | |
| 8. WILLIAM WADE LOVETTE, | |
| 9. GARY BRIAN ROBERTS, and | |
| 10. RICKIE PATTERSON BLAKE, | |
| Defendants. | |

## DEFENDANTS' MOTION TO RESTRICT ACCESS TO THEIR JOINT TRIAL BRIEF

Defendants, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court to restrict Section IV.B of Defendants' Joint Trial Brief, as well as the discussions related to Section IV.B in the introductory paragraph and the associated Exhibit 1. Doc. 665. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction is necessary because the relevant information relates to aspects of the government's criminal investigation that are not yet public, including the government's actions with respect to certain witnesses.

The government has represented that its investigation is still ongoing and that the "necessity in the secrecy of the ongoing investigation outweighs the presumption of public access," including to the identities of "victims, witnesses, and uncharged individuals." Doc. 359

1

at 2-3.  The Court previously granted the government's request for restriction on this basis.  Doc. 378.  Indeed, redacting information about an ongoing criminal investigation is common practice.  *See, e.g.*, *Matter of Search of 1638 E. 2nd Street, Tulsa, Okl.*, 993 F.2d 773, 775-76 (10th Cir. 1993).  Accordingly, Defendants respectfully request leave to file under Level 1 restriction Section IV.B of Defendants' Joint Trial Brief, as well as the discussions related to Section IV.B in the introductory paragraph and the associated Exhibit 1.

Defendants are filing under restriction a complete version of Defendants' Joint Trial Brief, as well as a public version with appropriate redactions.

Dated:  October 18, 2021

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  October 18, 2021       *s/ Michael F. Tubach*

                                                                Michael F. Tubach