# Exhibit A9

# Telephone Calls Between Jimmie Little and Bill Kantola During Review Period



**Total: 884**

ID: GDX-007          SOURCE: 68000, 8063, 8041          9

# Telephone Calls Between Jimmie Little and Carl Pepper During Review Period



**Total: 353**

ID: GDX-008          SOURCE: 8000, 8063, 8041, 8042          10

# Telephone Calls Between Jimmie Little and Ric Blake During Review Period



**Total: 70**

| Year | Calls |
|------|-------|
| 2012 | 31 |
| 2013 | 8 |
| 2014 | 13 |
| 2015 | 15 |
| 2016 | 3 |