# Exhibit A10

# Hidden Columns in Excel Spreadsheet



ID: GDX-012.1        SOURCE: 1036.xlsx

# Hidden Columns in Excel Spreadsheet



ID: GDX-012.2			SOURCE: 1036.xlsx						2

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.3					SOURCE: 1036.xlsx					3

# Hidden Columns in Excel Spreadsheet



Column **L** is hidden now

ID: GDX-012.4          SOURCE: 1036.xlsx                                                                4

# Hidden Columns in Excel Spreadsheet



Column **M** is selected

ID: GDX-012.5              SOURCE: 1036.xlsx                                      5

# Hidden Columns in Excel Spreadsheet



ID: GDX-012.6                    SOURCE: 1036.xlsx                                                                 6

# Hidden Columns in Excel Spreadsheet



ID: GDX-012.7          SOURCE: 1036.xlsx          7