# Exhibit A5



SOURCES: EX. 1615, 6184, 6045, 9237, 9240





# October 29, 2014



SOURCES: EX. 940, 8024, 9248