# Exhibit A6



ID: GDX-013.4          SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251



ID: GDX-013.4          SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251



ID: GDX-013.5          SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251



ID: GDX-013.5          SOURCE: 1074, 9235-37, 9240, 9242, 9244, 9245, 9247, 9248, 9251

# October 4-10, 2012



SOURCES: EX. 1406, 9258, 1429,
1409, 8041, 1408, 1430, 1533,
1432, 9202, 8087, 1505, 1540,
1434, 9202, 8055, 1431, 1191,
1008, 813, 1055, 9143, 9242, 9237,
9235, 9244, 9251, 9236

# October 4-10, 2012



| KFC First Round Bids | | |
|---|---|---|
| Company (Defendant(s)) | 8 Piece (Purple) | Dark Meat |
| KOCH FOODS | $0.9710 | $0.6710 (-.30) |
| GEORGE'S | $0.9694 | $0.6894 (-.28) |
| Tyson | $1.0534 | $0.7634 (-.29) |
| Claxton Chicken | $0.9620 | $0.662 (-.30) |
| Pilgrim's | $0.9885 | $0.6885 (-.30) |

SOURCES: EX. 1406, 9258, 1429, 8041, 1408, 1430, 1533,
1432, 9202, 8087, 1505, 1540, 1434, 9202, 8055, 1431, 1191,
1008, 813, 1055, 9143, 1411, 1105, 1513, 1553, 1500, 1525, 813,
1008, 1191, 9143, 1055, 9242, 9237, 9235, 9244, 9251, 9236



# November 28, 2012

**From:** Roger Austin
**Sent:** Wednesday, November 28, 2012 8:51 AM
**To:** Justin Gay; Scott Tucker
**Subject:**

**I will also be having some other discussions today to get the pulse.**

| | | | | |
|---|---|---|---|---|
| **10:35 AM** | GEORGES | Ric Blake | 8 minutes | Roger Austin — pilgrim's |
| **1:29 PM** | pilgrim's — Roger Austin | | 15 minutes | Scott Brady — Claxton Chicken |
| **2:44 PM** | pilgrim's — Roger Austin | | 11 minutes | Bill Kantola — KOCH FOODS |

Goverment Exhibit
20-cr-152-PAB
1544

SOURCES: EX. 1544, 1564, 1408, 1428, 4002, 8087, 1500, 8088, 1442, 9202, 8041, 1008, 1055, 813, 9143, 9236, 9235, 9237, 9242

# November 29, 2012

I have some better information.





on behalf of   Scott Tucker [Scott.Tucker@pilgrims.com]

**Sent:** 11/29/2012 7:31:16 PM
**To:** Roger.Austin@pilgrims.com
**Subject:** Price Reduction Spreadsheet

## 8 Piece Quotes

| | |
|---|---|
| Good Guys | $0.9770 |
| George's | $0.9632 |
| Claxton | $0.9620 |
| Koch | $0.9561 |





SOURCES: EX. 1544, 4002, 8087, 1428, 1546, 8089, 1538, 1539, 1008, 1055, 813, 9143, 9236, 9235, 9237, 9242

# August 26, 2014



SOURCES: EX. 1226, 1237, 1160, 8087, 1051, 8024, 9091, 8041, 8088, 6082, 1055, 9143, 9235, 9248, 9245, 9237, 9240

# August 27, 2014



SOURCES: EX. 1160, 8091, 1240, 8093, 1132, 1239, 1020, 8041, 6082, 1238, 9143, 606, 813, 9240, 9242, 9237

# Telephone Calls Between Jimmie Little and Specified Individuals During Review Period



ID: GDX-010          SOURCE: 5021, 8000, 8063, 8041, 8042, 8055

12