# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

          v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

      Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

      KOCH FOODS, INC.

    DATED at Chicago, Illinois this 22nd day of October, 2021.

                                 */s/ Michael E. Martinez*
                                 Signature of Attorney

                                 Michael E. Martinez
                                 Name of Attorney

                                 K&L Gates LLP
                                 Firm Name

                                 70 W. Madison St., Suite 3300
                                 Office Address

                                 Chicago, Illinois, 60602
                                 City, State, ZIP Code

310706990.1

312.807.4404
Telephone Number

Michael.Martinez@klgates.com
Primary CM/ECF E-mail Address