**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

          v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

      Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

KOCH FOODS, INC.

    DATED at Chicago, Illinois this 22nd day of October, 2021.

                                    */s/ Brian J. Smith*
                                      Signature of Attorney

                                      Brian J. Smith
                                      Name of Attorney

                                      K&L Gates LLP
                                        Firm Name

                                      70 W. Madison St., Suite 3300
                                      Office Address

                                      Chicago, Illinois, 60602
                                      City, State, ZIP Code

310706926.1

312.807.4202
Telephone Number

Brian.J.Smith@klgates.com
Primary CM/ECF E-mail Address

310706926.1