# Exhibit A3

## Time Conversions for Emails, Text Messages, and Phones Calls

| Exhibit and Pin Cite | Record Date & Time | Time Zone of Record | Source of Time Zone | Conversion | Corresponding Eastern Date & Time |
|---|---|---|---|---|---|
| **1429** Item 3389 | 21:07:21 10/04/2012 | Coordinated Universal Time ("UTC") | Reflected on Record | 4 hours behind | 5:07 P.M. October 4, 2012 |
| **1430** Item 670 | 21:22:57 10/5/2012 | UTC | Reflected on Record | 4 hours behind | 5:22 P.M. October 5, 2012 |
| **1432** Item 2967 | 14:15:45 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 10:15 A.M. October 8, 2012 |
| **1432** Item 2969 | 14:17:52 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 10:17 A.M. October 8, 2012 |
| **1432** Item 2985 | 18:06:33 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 2:06 P.M. October 8, 2012 |
| **1432** Item 2988 | 18:16:05 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 2:16 P.M. October 8, 2012 |
| **1434** Item 10688 | 22:02:12 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 6:02 P.M. October 8, 2012 |
| **1432** Item 3005 | 15:32:22 10/9/2012 | UTC | Reflected on Record | 4 hours behind | 11:32 A.M. October 9, 2012 |
| **1432** Item 3011 | 17:49:21 10/9/2012 | UTC | Reflected on Record | 4 hours behind | 1:49 P.M. October 9, 2012 |

| | | | | | |
|---|---|---|---|---|---|
| **1431**<br>**Item 3445** | 00:27:44<br>10/10/2012 | UTC | Reflected on Record | 4 hours behind | 8:27 P.M.<br>October 9, 2012 |
| **1441**<br>**Item 3293** | 14:46:48<br>11/05/2012 | UTC | Reflected on Record | 4 hours behind | 9:47 A.M.<br>November 5, 2012 |
| **1441**<br>**Item 3294** | 14:59:39<br>11/05/2012 | UTC | Reflected on Record | 4 hours behind | 9:59 A.M.<br>November 5, 2012 |
| **1441**<br>**Item 3303** | 16:20:43<br>11/05/2012 | UTC | Reflected on Record | 4 hours behind | 11:20 A.M.<br>November 5, 2012 |
| **1440**<br>**Item 15781** | 15:00:29<br>11/13/2012 | UTC | Reflected on Record | 4 hours behind | 11:00 A.M.<br>November 13, 2012 |
| **1442**<br>**Item 3466** | 19:44:42<br>11/28/2012 | UTC | Reflected on Record | 5 hours behind | 2:44 P.M.<br>November 28, 2012 |
| **245**<br>**Item 22176** | 15:45:53<br>12/23/2013 | UTC | Reflected on Record | 5 hours behind | 10:45 A.M.<br>December 23, 2013 |
| **245**<br>**Item 22204** | 17:57:08<br>12/24/2013 | UTC | Reflected on Record | 5 hours behind | 12:57 P.M.<br>December 24, 2013 |
| **246**<br>**Item 22836** | 16:50:37<br>01/28/2014 | UTC | Reflected on Record | 5 hours behind | 11:50 A.M.<br>January 26, 2013 |
| **246**<br>**Item 22873** | 15:12:15<br>01/29/2014 | UTC | Reflected on Record | 5 hours behind | 10:12 A.M.<br>January 27, 2013 |
| **246**<br>**Item 22875** | 15:42:59<br>01/29/2014 | UTC | Reflected on Record | 5 hours behind | 10:42 A.M.<br>January 28, 2013 |
| **1231**<br>**Item 33925** | 12:56:42<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 8:57 A.M.<br>August 15, 2014 |

| | | | | | |
|---|---|---|---|---|---|
| **1231**<br>Item 33928 | 15:18:37<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:18 A.M.<br>August 15, 2014 |
| **1231**<br>Item 33929 | 15:26:50<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:26 A.M.<br>August 15, 2014 |
| **1231**<br>Item 33930 | 15:34:51<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:34 A.M.<br>August 15, 2014 |
| **1231**<br>Item 33932 | 15:35:17<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:35 A.M.<br>August 15, 2014 |
| **1231**<br>Item 33933 | 15:42:45<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:42 A.M.<br>August 15, 2014 |
| **1231**<br>Item 33954 | 19:27:37<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 3:27 P.M. ET<br>August 15, 2014 |
| **1231**<br>Item 33958 | 19:50:19<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 3:50 P.M. ET<br>August 15, 2014 |
| **1231**<br>Item 33961 | 19:52:18<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 3:52 P.M. ET<br>August 15, 2014 |
| **1233**<br>Item 27203 | 20:08:33<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 4:08 P.M. ET<br>August 15, 2014 |
| **1231**<br>Item 33964 | 20:11:47<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 4:11 P.M. ET<br>August 15, 2014 |
| **1234**<br>Item 49451 | 20:21:22<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 4:21 P.M.<br>August 15, 2014 |
| **1234**<br>Item 49452 | 20:28:18<br>08/15/2014 | UTC | Reflected on Record | 4 hours behind | 4:28 P.M.<br>August 15, 2014 |

| | | | | | |
|---|---|---|---|---|---|
| **1235** Item 27248 | 13:41:39 08/18/2014 | UTC | Reflected on Record | 4 hours behind | 9:41 A.M. August 18, 2014 |
| **1235** Item 27255 | 14:34:41 08/18/2014 | UTC | Reflected on Record | 4 hours behind | 10:34 A.M. August 18, 2014 |
| **1235** Item 27267 | 17:25:08 08/18/2014 | UTC | Reflected on Record | 4 hours behind | 1:25 P.M. August 18, 2014 |
| **1235** Item 27273 | 18:41:03 08/18/2014 | UTC | Reflected on Record | 4 hours behind | 2:41 P.M. August 18, 2014 |
| **1239** Item 15979 | 18:58:22 08/18/2014 | UTC | Reflected on Record | 4 hours behind | 2:58 P.M. August 18, 2014 |
| **1235** Item 27278 | 19:21:30 08/18/2014 | UTC | Reflected on Record | 4 hours behind | 3:21 P.M. August 18, 2014 |
| **1239** Item 16253 | 13:55:02 08/26/2014 | UTC | Reflected on Record | 4 hours behind | 9:55 A.M. August 26, 2014 |
| **353** Item 13373 | 13:51:32 04/01/2014 | UTC | Reflected on Record | 4 hours behind | 9:51 A.M. April 1, 2014 |
| **353** Item 13374 | 14:51:28 04/01/2014 | UTC | Reflected on Record | 4 hours behind | 10:51 A.M. ET April 1, 2014 |
| **354** Item 3746 | 13:38:01 04/18/2014 | UTC | Reflected on Record | 4 hours behind | 9:38 A.M. April 18, 2014 |
| **494** Item 42655 | 15:02:44 10/17/2014 | UTC | Reflected on Record | 4 hours behind | 11:02 A.M. October 17, 2014 |
| **765** Item 103501 | 15:32:55 09/05/2017 | UTC | Reflected on Record | 4 hours behind | 11:32 A.M. September 5, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| **765**<br>**Item 103510** | 15:46:42<br>09/05/2017 | UTC | Reflected on Record | 4 hours behind | 11:46 A.M.<br>September 5, 2017 |
| **765**<br>**Item 103533** | 16:41:25<br>09/05/2017 | UTC | Reflected on Record | 4 hours behind | 12:41 P.M.<br>September 5, 2017 |
| **766**<br>**Item 103592** | 13:37:27<br>09/06/2017 | UTC | Reflected on Record | 4 hours behind | 9:37 A.M.<br>September 6, 2017 |
| **766**<br>**Item 103597** | 13:48:21<br>09/06/2017 | UTC | Reflected on Record | 4 hours behind | 9:48 A.M.<br>September 6, 2017 |
| **766**<br>**Item 103623** | 17:41:16<br>09/06/2017 | UTC | Reflected on Record | 4 hours behind | 1:41 P.M.<br>September 6, 2017 |