# Exhibit A6

# October 4-10, 2012



SOURCE: EX. 1409, 9258, 1429, 1409, 8041, 1432, 9202, 8095, 1505, 1540, 1434, 9242, 9236, 9237, 9235, 9244, 9202, 1564, 1500, 1507, 9275, 9281, 9278, 9279

# October 4-10, 2012



| Company (Defendant(s)) | 8 Piece (Purple) | Dark Meat |
|---|---|---|
| Koch Foods | $0.9710 | $0.6710 (-.30) |
| George's | $0.9694 | $0.6894 (-.28) |
| Tyson | $1.0534 | $0.7634 (-.29) |
| Claxton Chicken | $0.9620 | $0.662 (-.30) |
| Pilgrim's | $0.9885 | $0.6885 (-.30) |

SOURCE: EX. SOURCE: EX. 1409, 9258, 1429, 1409, 8041, 1432, 9202, 8095, 1505, 1540, 1434, 9242, 9236, 9237, 9235, 9244, 9202, 1564, 1500, 1507, 9275, 9281, 9278, 9279, 9202, 8055, 1431, 1406, 9258, 9251, 1411, 1105, 1513, 1553, 1525

# November 28, 2012



SOURCES: EX. 1544, 1564, 1408, 1428, 4002, 8087, 1500, 8088, 1442, 9202, 8041, 9236, 9279, 9235, 4002, 9237, 1500, 9275, 9242, 9202

# November 28-29, 2012



SOURCES: EX. 1544, 1568, 1569,1564, 1408, 1428, 4002, 8087, 1500, 8088, 1442, 9202, 8041, 9236, 9279, 9235, 4002, 9237, 1500, 9275, 9242, 9202

# August 15-18, 2014



# August 15-18, 2014



SOURCE: 1074, 1062, 8095, 1231, 1144, 8055, 1000, 1540, 8096, 8041, 1177, 8095, 1233, 560, 1221, 977, 1234, 453, 1132, 1235, 1236, 9259, 9251, 9247, 9236, 9242, 9237, 9235, 9244, 9248, 9202, 1500, 1564, 4002, 9279, 9277, 9278, 9281, 9275

# August 26, 2014



SOURCES: EX. 1226, 1237, 1160,
8095, 1051, 9091, 8041, 8096, 6082,
1238, 9280, 9235, 4002, 9248, 9245,
9237, 1500, 9240, 1507, 9275, 9278

# August 27, 2014



SOURCES: EX. 1238, 1240, 8093, 1132, 1239, 1020, 8041, 6082, 9237, 1500, 8091, 9242, 9202, 9240, 1507, 9275, 9276, 9281

# November 13, 2012



SOURCES: EX. 1160, 127, 8041, 1440, 1564, 1408, 1507, 8091, 1426, 1443, 1505, 8096, 1505, 1406, 1500, 1427, 9203, 8095, 1444, 9236, 1564, 9240, 9237, 1500, 9235, 4002, 9275, 9277, 9278, 9279



SOURCES: EX. 1160, 127, 8041, 1440, 1564, 1408, 1507, 8091, 1426, 1443, 1505, 8096, 1505, 1406, 1500, 1427, 9203, 8095, 1444, 9236, 1564, 9240, 9237, 1500, 9235, 4002, 9275, 9277, 9278, 9279