# Exhibit A10

# Hidden Columns in Excel Spreadsheet



All columns are visible

ID: GDX-012.1               SOURCE: 1036.xlsx                                    1

# Hidden Columns in Excel Spreadsheet



Column **L** is selected

ID: GDX-012.2		SOURCE: 1036.xlsx		2

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.3           SOURCE: 1036.xlsx                                    3

# Hidden Columns in Excel Spreadsheet



Column L is hidden now

ID: GDX-012.4             SOURCE: 1036.xlsx                                        4

# Hidden Columns in Excel Spreadsheet



Column **M** is selected

ID: GDX-012.5            SOURCE: 1036.xlsx                                           5

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.6  SOURCE: 1036.xlsx  6

# Hidden Columns in Excel Spreadsheet



Both **L** and **M** columns
are hidden now

ID: GDX-012.7             SOURCE: 1036.xlsx                                           7