# **Exhibit A**

| | |
|---|---|
| **From:** | Call, Heather (ATR) <Heather.Call@usdoj.gov> |
| **Sent:** | Thursday, October 28, 2021 3:02 AM |
| **To:** | Brimmer_Chambers@cod.uscourts.gov |
| **Cc:** | Call, Heather (ATR); Sweeney, Carolyn (ATR); Torzilli, Paul (ATR); Rogowski, Jillian (ATR); Cheng, Cecilia (ATR); Tubach, Michael; rick@rklawpc.com; Pletcher, Anna T.; bryan.lavine@troutman.com; david@rklawpc.com; megan.rahman@troutman.com; mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; elizabeth.prewitt@lw.com; caroline.rivera@lw.com; johnfagg@mvalaw.com; jabber@backstromlaw.com; cgillen@gwllawfirm.com; markbyrne@byrnenixon.com; jenniferderwin@byrnenixon.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; denniscanty@byrnenixon.com; henry.roxann@me.com; frankschall@mvalaw.com; fieldinghuseth@mvalaw.com; jimmcloughlin@mvalaw.com; henry.roxann@me.com; kaitlinprice@mvalaw.com; Quinn, Brian P.; Butte, Laura (ATR) |
| **Subject:** | United States v. Penn, et al., 1:20-cr-00152-PAB |
| **Attachments:** | ECF No 753 USA Supplemental Exhibit List.pdf |

[EXTERNAL MESSAGE]

Dear Chief Judge Brimmer,

This evening the government filed a supplemental exhibit list, attached here for the Court's convenience.

The Government is also providing a mapping from the Summary Exhibits attached to ECF No. 723 to the Government's Trial Exhibits already provided to the Court. Please let us know if any additional level of specificity or a different format would be helpful:

| Dkt 722, Exhibit Number | Government Trial Exhibit Number |
|---|---|
| A1 | 90-10 |
| A2 | 90-11 |
| A3 | 90-12 |
| A4 | 1-1, 2-1, 3-1, 4-1, 7-1, 8-1, 9-1, 10-1, 10-2, 10-3, 5-1, 14-1, 14-2, 14-3, 16-1, 17-1, 18-1, 18-3, 20-1 |
| A5 | 16-2, 17-2, 3-2, 9-2 |
| A6 | 14-4, 14-5, 14-8, 14-9, 10-5, 10-8, 10-10, 10-11, 14-6, 14-7 |
| A7 | 10-4 |
| A8 | 18-2 |
| A9 | 50-3, 50-2, 50-1, 50-4 |
| A10 | 10-9 |

Regards,

Heather Call

**Heather Diefenbach Call**
Trial Attorney
Washington Criminal II Section

1

Antitrust Division, USDOJ
(202) 598-2623 (office)