# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 18, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,
    Michael Koenig
    Carolyn Sweeney
    Heather Call
    Paul Torzilli
    Laura Butte
    Jillian Rogowski

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
    Michael Tubach
    Anna Pletcher
    Brian Quinn

2. MIKELL REEVE FRIES,
    Richard Kornfeld
    David Beller
    Kelly Page

3. SCOTT JAMES BRADY,
    Bryan Lavine
    Megan Rahman
    Laura Kuykendall

4. ROGER BORN AUSTIN,
    Michael Feldberg
    Laura Carwile
    Julie Withers

5. TIMOTHY R. MULRENIN,
    Elizabeth Prewitt
    Marci LaBranche

6. WILLIAM VINCENT KANTOLA,
    Roxann Henry
    James Backstrom

7. JIMMIE LEE LITTLE,
    Mark Byrne
    Dennis Canty

8. WILLIAM WADE LOVETTE,
    John Fagg, Jr.
    Frank Schall
    Dru Nielsen
    James McLoughlin
    Catherine Prater

9. GARY BRIAN ROBERTS, and
    Craig Gillen
    Richard Tegtmeier

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 17**

**8:31 a.m.**     **Court in session.**

Defendants' presence is not required for today's hearing.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**10:17 a.m.**     **Court in recess.**
**10:38 a.m.**     **Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**12:03 p.m.**     **Court in recess.**
**1:39 p.m.**     **Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**3:23 p.m.**     **Court in recess.**
**3:40 p.m.**     **Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Discussion regarding scheduling.

**ORDERED:**  **The jury trial is continued to November 19, 2021 at 11:00 a.m. until 12:00 p.m. and 3:00 p.m. until 5:00 p.m. in Courtroom A201 before Chief Judge Philip A. Brimmer.**

**5:02 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:17