## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. **JIMMIE LEE LITTLE,**
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

**DEFENDANT JIMMIE LITTLE'S RESPONSE TO GOVERNMENT'S REVISED JURY INSTRUCTION RE DISMISSAL OF OBSTRUCTION COUNT**

1

On November 11, 2014, the Government moved to dismiss with prejudice Count 3 (Obstruction of Justice). On the morning of November 12, 2014, counsel for Mr. Little proposed that the Court instruct the jury that the Government moved to dismiss the obstruction count, defendant Little did not object, and the Court granted the defendant Little's motion. The Government said that was fine, and the Court said it would so instruct the jury the following Monday. This is a straightforward instruction that does not prejudice either party and was agreed to by the Government and the Court.

The Government now has backtracked and proposes that the jury be instructed that the obstruction count is "no longer before you" and the jury should not speculate about why the charge is no longer part of this trial. In spite of the instruction, speculation is inevitable. Counsel for Mr. Little is concerned the jury will speculate that Mr. Little pled guilty to the obstruction count.

The Government provided three out-of-circuit model jury instructions in support of its new proposal. The Eighth Circuit model instruction notes that circumstances may require a more specific treatment of the reasons for dismissal. (Eighth Circuit Model Criminal Jury Instruction

//
//
//
//
//
//
//

2.11, Note 2.)  Defendant Little maintains that the instruction originally agreed upon by the parties and the Court should be given.  It is appropriate and does not prejudice either party.

| | |
|---|---|
| Dated: November 22, 2021 | Respectfully submitted, |
| | /s/ Mark A. Byrne |
| | Mark A. Byrne (Cal. Bar No. 116657) |
| | e-mail: markbyrne@byrnenixon.com |
| | Jennifer L. Derwin (Cal. Bar No. 222420) |
| | e-mail: jenniferderwin@byrnenixon.com |
| | **BYRNE & NIXON LLP** |
| | 888 West Sixth Street, Suite 1100 |
| | Los Angeles, California 90017 |
| | Telephone: 213-620-8003 |
| | Facsimile: 213-620-8012 |
| | |
| | *Attorneys for Defendant Jimmie Little* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

    /s/ Mark A. Byrne
Mark A. Byrne

4