IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-CR-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT 9, GARY BRIAN ROBERTS

To:    The clerk of court and all parties of record:

Undersigned counsel, Richard Tegtmeier, and his law firm, Sherman & Howard L.L.C., notifies this court and all parties of record that the address for Sherman & Howard L.L.C. has changed as described below, effective immediately:

| Old Address: | New Address: |
|---|---|
| Sherman & Howard L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO  80202 | Sherman & Howard L.L.C.<br>675 Fifteenth Street, Suite 2300<br>Denver, CO  80202 |

53623448.1

DATED: December 13, 2021

        *s/ Richard Tegtmeier*
        Richard Tegtmeier, Colo. Atty. Reg. No. 2544
        Sherman & Howard L.L.C.
        675 Fifteenth Street, Suite 2300
        Denver, CO 80202
        Phone Number: 303.299.8163
        E-mail: rtegtmeier@shermanhoward.com

        *Attorney for Defendant Gary Brian Roberts*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 13, 2021, the foregoing Notice of Change of Address was filed via the USDC-Colorado CM/ECF system which will serve notice on all parties of record.

        *s/ Richard Tegtmeier*

53623448.1