# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  December 14, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

_Parties:_                                   _Counsel:_

UNITED STATES OF AMERICA,          Michael Koenig
                                             Carolyn Sweeney
                                             Heather Call
                                             Paul Torzilli
                                             Laura Butte
                                             Jillian Rogowski
                                             Cecilia Cheng

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,              Michael Tubach
                                             Anna Pletcher
                                             Brian Quinn
2. MIKELL REEVE FRIES,               Richard Kornfeld
                                             David Beller
                                             Kelly Page
3. SCOTT JAMES BRADY,                Bryan Lavine
                                             Megan Rahman
                                             Laura Kuykendall
4. ROGER BORN AUSTIN,                Michael Feldberg
                                             Laura Carwile
                                             Julie Withers
5. TIMOTHY R. MULRENIN,              Elizabeth Prewitt
                                             Marci LaBranche
6. WILLIAM VINCENT KANTOLA,          Roxann Henry
                                             James Backstrom
7. JIMMIE LEE LITTLE,                Mark Byrne
                                             Dennis Canty
8. WILLIAM WADE LOVETTE,             John Fagg, Jr.
                                             Frank Schall
                                             Dru Nielsen
                                             James McLoughlin
                                             Catherine Prater
9. GARY BRIAN ROBERTS, and           Craig Gillen
                                             Richard Tegtmeier

10.  RICKIE PATTERSON BLAKE,                    Wendy Johnson
                                                Barry Pollack

        Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 27**

**7:58 a.m.       Court in session.**

Discussion regarding a response to the jury note provided December 13, 2021.

The court will provide a response to the jury consistent with the discussions held.

**8:01 a.m.       Court in recess.**
**5:01 p.m.       Court in session.**

Jury present.

Jury excused until December 15, 2021, at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**5:04 p.m.       Court in recess.**

Trial continued.
Total time in court:    00:06