IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 15, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

<u>Parties:</u>                                                    <u>Counsel:</u>

UNITED STATES OF AMERICA,           Michael Koenig
                                                            Carolyn Sweeney
                                                            Heather Call
                                                            Paul Torzilli
                                                            Laura Butte
                                                            Jillian Rogowski
                                                            Cecilia Cheng

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,            Michael Tubach
                                                            Anna Pletcher
                                                            Brian Quinn

2. MIKELL REEVE FRIES,             Richard Kornfeld
                                                            David Beller
                                                            Kelly Page

3. SCOTT JAMES BRADY,              Bryan Lavine
                                                            Megan Rahman
                                                            Laura Kuykendall

4. ROGER BORN AUSTIN,             Michael Feldberg
                                                            Laura Carwile
                                                            Julie Withers

5. TIMOTHY R. MULRENIN,            Elizabeth Prewitt
                                                            Marci LaBranche

6. WILLIAM VINCENT KANTOLA,     Roxann Henry
                                                            James Backstrom

7. JIMMIE LEE LITTLE,                 Mark Byrne
                                                            Dennis Canty

8. WILLIAM WADE LOVETTE,         John Fagg, Jr.
                                                            Frank Schall
                                                            Dru Nielsen
                                                            James McLoughlin
                                                            Catherine Prater

9. GARY BRIAN ROBERTS, and        Craig Gillen
                                                            Richard Tegtmeier

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 28**

**11:15 a.m.    Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note and a potential mistrial.  Defendants will review the proposed modified Allen instruction.

Discussion regarding covid issue.

**11:42 a.m.    Court in recess.**
**12:23 p.m.    Court in session.**

Discussion regarding response to the note.

The Court will provide a modified Allen instruction to the jury.

Discussion regarding attorneys missing at Government's counsel table.

**12:58 p.m.    Court in recess.**
**1:18 p.m.    Court in session.**

Discussion regarding tendered modified Allen instruction.

Jury present.

Court reads the modified Allen instruction to the jury.

Jury excused.

**1:27 p.m.    Court in recess.**
**3:19 p.m.    Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

**4:07 p.m.     Court in recess.**
**4:30 p.m.     Court in session.**

Continued discussion regarding a response to the note.

4:42 p.m.     Jury present.

Jury excused until December 16, 2021 at 8:30 a.m.

Counsel will meet on December 16, 2021 at 8:00 a.m. for further discussion on a response to the jury note.

**ORDERED:  Bond is continued as to all defendants.**

**4:56 p.m.     Court in recess.**

Trial continued.
Total time in court:    2:25