IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN,<br>5.   TIMOTHY R. MULRENIN,<br>6.   WILLIAM VINCENT KANTOLA,<br>7.   JIMMIE LEE LITTLE,<br>8.   WILLIAM WADE LOVETTE,<br>9.   GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>    Defendants. | No. 20-cr-00152-PAB |

**DEFENDANTS PENN'S, FRIES'S, AND BLAKE'S REPLY AND SUPPLEMENT TO DEFENDANTS' JOINT MOTION FOR AN ENDS OF JUSTICE EXCLUSION OF A MAXIMUM OF 27 DAYS FROM THE SPEEDY TRIAL CALENDAR PURSUANT TO TITLE 18, UNITED STATES CODE, SECTIONS 3161(h)(7)(A) AND (B)(i), (ii), and (iv)**

Defendants Jayson J. Penn, Mikell R. Fries, and Rickie P. Blake, by and through their respective counsel, respectfully supplement the earlier filed Motion for an Ends of Justice ("EOJ") continuance to March 22, 2022, ECF No. 926, and reply to the Government's Opposition, ECF No. 929. In support of this Motion, Messrs. Penn, Fries, and Blake states as follows:

## BACKGROUND

Following the Court's declaration of a mistrial on December 16, 2021, Doc. 920, the Court set a new trial for February 22, 2022. *Id*.; *see* Doc. 925. On December 29, 2021,

1

Defendants filed ECF No. 926, explaining the need for an Ends of Justice extension of the trial date for many reasons, including the schedules of counsel for Messrs. Blake, Penn, and Lovette. The government filed an opposition. ECF No. 929.

## MR. PENN'S COUNSEL'S CONFLICT

In its opposition to Defendants' joint motion for an ends of justice exclusion from the Speedy Trial Act period, the Government argues that it is a "red herring" that Mr. Penn's trial counsel have another trial beginning on February 7, 2022. ECF No. 929 at 2. The Government suggests that attorneys at Latham & Watkins can handle that previously-scheduled trial and Mr. Tubach and Ms. Pletcher need not participate. *Id*. The Government is wrong. Mr. Tubach and Ms. Pletcher are lead trial counsel in the February 7, 2022 trial, which the California state court scheduled prior to this Court setting the retrial in this matter. Latham & Watkins withdrew as counsel from the California matter in April 2021 (when Mr. Tubach and Ms. Pletcher entered their appearances) and has not worked on the case since. *See* Exhibit A (Notice of Withdrawal of Latham & Watkins LLP as Counsel for Ford Motor Company and Ford Motor Company of Canada, Ltd.).

## MR. FRIES'S COUNSEL'S CONFLICT

David Beller, counsel for Mr. Fries, inadvertently failed to inform the Court of his own scheduling conflict, but does so now with apologies for the earlier omission. Mr. Beller is scheduled to be a hearing board member in Colorado Supreme Court case 20CF004, from February 22-24, 2022.

Mr. Beller serves by appointment of the Colorado Supreme Court on the Colorado Board of Law Examiners, Character and Fitness Committee. The Committee is charged with enforcing

2

the character and fitness standards set forth in C.R.C.P. 208 in the review of applications for admission to practice law in Colorado.  The Committee enforces the character and fitness standards, and participates in inquiry panels as well as hearing boards.  *See* C.R.C.P. 202.3(3).  As a committee member, Mr. Beller is required to participate on hearing boards empaneled by the Office of the Presiding Disciplinary Judge pursuant to C.R.C.P. 209.2.

All hearings conducted pursuant to C.R.C.P. 209 shall be conducted by a hearing board consisting of the Presiding Disciplinary Judge and two members of the Character and Fitness Committee who did not participate in an inquiry panel interview of the bar applicant.  *Id.*  The two Character and Fitness Committee members, at least one of whom shall be an attorney, are to be selected at random by the clerk for the Presiding Disciplinary Judge.  *Id.* at 209.2(2).

On January 20, 2021, Mr. Beller was appointed to be a hearing board member in case 20CF004.  The hearing was scheduled for May 4-6, 2021.  On March 21, 2021, the Parties continued the hearing to September 21-23, 2021.  On September 7, 2021, the Parties again continued the hearing, now scheduled for February 22-24, 2022.

## MR. BLAKE'S COUNSEL'S CONFLICT

As to Mr. Pollack, counsel for Mr. Blake, the Government says it is "unlikely … that jury deliberations in that case [would] spill over to the start of trial in this case." (ECF No. 929).  Mr. Pollack's trial in Baltimore can start no earlier than January 24, 2022.  The government is plainly incorrect.  Evidence presentation is estimated to take four weeks, which means the jury would not begin deliberations until sometime after Friday, February 18, 2022.  Even if the jury deliberates only a single day following a four-week trial, Mr. Pollack could not appear in Denver for the start of a retrial in this matter on February 22, 2022.  The trial was delayed from January

3

11, 2022 by a Standing Order issued by the District of Maryland on December 22, 2021 because of the COVID-19 positivity rate in Maryland. That situation has further deteriorated since December 22nd.  Indeed, it was reported today that the Governor of the State of Maryland has issued a 30-day state of emergency order, saying that "Maryland is expected to see its 'most challenging' phase of the pandemic in the next four to six weeks."  *See* "Hogan declares state of emergency as Maryland enters its 'most challenging time' of the pandemic," The Washington Post, January 4, 2022 available at www.washingtonpost.com/dc-md-va/2022/01/04/hogan-declares-emergency-coronavirus/ (noting hospitalization rate in Maryland has increased 500% in the past seven days and projecting an additional 250% increase in the coming weeks).  Accordingly, it is unclear that trial can begin on January 24th.  Any delay in the start of Mr. Pollack's trial in Baltimore would only increase the portion of the retrial for which Mr. Pollack would be unavailable if the retrial in this case were to begin on February 22nd.

## JURY POOL CONSIDERATIONS

### Boulder County Fire

Since the filing of the Defendants' Joint EOJ Motion, horrific and destructive wildfires have occurred in Boulder County, destroying 6,200 acres and leaving almost 1,000 homes and businesses destroyed.  Countless others are currently without power, gas, and water.  Over 35,000 potential jurors are currently impacted.  *See* Boulder Office of Emergency Management, www.boulderoem.com.

### COVID-19 Pandemic

According to the Colorado State Department of Public Health and Environment, Colorado is experiencing the highest Covid-positivity rate since the pandemic began in March

4

2020.  As of the date of this filing, Colorado has a state positivity rate of 26.19%, up 4.69% since yesterday.  *See* www.covid19.colorado.gov.  Since the conclusion of trial on December 16, 2021, at least five members of the defense teams have tested positive.  Given these unprecedented high positive rates and the contagious nature of the Omicron variant, Colorado state courts have largely suspended all jury trials, at least through January, and in some cases, at least through February 14, 2022.  This includes Adams County, Broomfield County, Boulder County, Denver County, Clear Creek County, Eagle County, Garfield County, Grand County, Jackson County, Jefferson County, Larimer County, Moffat County, Pitkin County, Routt County, Rio Blanco County, Summit County, and Weld County.  The Centers for Disease Control classifies Denver's community transmission trend as "high."  www.covid.cdc.gov.

## CONCLUSION

A modest modification of the retrial date from February 22, 2022, to March 22, 2022, with a maximum exclusion of 27 days, would ensure continuity of counsel, protect the integrity of the jury pool, and better safeguard all interested persons from Covid-19 exposure.  Mr. Penn, Mr. Fries, and Mr. Blake respectfully requests the Court grant Defendants' Ends of Justice motion.

Dated: January 4, 2022

Respectfully submitted,

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

5

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

6

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated: January 4, 2022

*s/ Erin Holweger*
Paralegal to Mssrs. Kornfeld, Beller, and Ms. Page