IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

     Defendants.

Criminal Case No. 20-cr-00152-PAB

**DEFENDANTS' MOTION FOR LEAVE TO FILE A JOINT MOTION TO REITERATE AND REAFFIRM THEIR PRIOR ARGUMENTS, OBJECTIONS, AND POSITIONS TO PRESERVE THEM FOR APPELLATE REVIEW**

Defendants, by and through undersigned counsel, respectfully submit this Motion for Leave to File a Motion to Reiterate and Reaffirm their Prior Arguments, Objections, and Positions to Preserve them for Appellate Review, in accordance with the Court's December 22, 2021, Order Resetting Trial Dates and Deadlines (Doc. 925). That order required any party seeking to file a substantive motion to "submit a motion for leave to file such motion." *Id*. at 2.  While such a preservation motion is hardly substantive, in that the Defendant's do not seek reconsideration of the Court's prior rulings unless otherwise stated in different pleadings, in deference to the Court's Order, Leave is nonetheless requested.

Such a Motion, instead, seeks to ensure that all arguments, objections, and positions raised

in the First Trial are renewed and preserved for the Retrial and appellate review of the Trial and

Retrial, and not deemed waived or abandoned in any way.  It is the understanding of Defendants

that the Court has stated as much, including in the December 22, 2021 Order (*Id.*).  However, such

a pleading is necessary for the appropriate appellate record.

Accordingly, Defendants respectfully request that the Court grant leave to file the attached

motion to reiterate and reaffirm prior arguments, objections, and positions for appellate

preservation purposes.

Dated:  February 3, 2022                              Respectfully submitted,

*s/ John A. Fagg, Jr.*                               *s/ Michael F. Tubach*
John A. Fagg, Jr.                                    Michael F. Tubach
MOORE & VAN ALLEN PLLC                               O'MELVENY & MYERS LLP
Attorney for William Wade Lovette                    Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700                   Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                                  San Francisco, California 94111-3823
(704) 331-3622                                       (415) 984-8700
johnfagg@mvalaw.com                                  mtubach@omm.com

*s/ Richard K. Kornfeld*                             *s/ Michael S. Feldberg*
Richard K. Kornfeld                                  Michael S. Feldberg
RECHT KORNFELD, P.C.                                 REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                      FELDBERG LLP
1600 Stout Street, Suite 1400                        Attorney for Roger Born Austin
Denver, CO 80202                                     750 Third Avenue, Suite 2400
(303) 573-1900                                       New York, NY 10017
rick@rklawpc.com                                     (212) 381-1965
                                                     mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*                                    *s/ Elizabeth Prewitt*
Bryan Lavine                                         Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON                             LATHAM & WATKINS LLP-DC
SANDERS LLP                                          Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady                       1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000                     New York, NY 10020
Atlanta, GA 30308                                    (212) 906-1200
(404) 885-3170                                       elizabeth.prewitt@lw.com
Bryan.lavine@troutman.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797

jabber@backstromlaw.com


*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700

cgillen@gwllawfirm.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com


*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514

bpollack@robbinsrussell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Candace Edington*