**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.    RICKIE PATTERSON BLAKE,

    Defendants.

**DEFENDANTS' JOINT MOTION TO RESTRICT ACCESS TO
THEIR JOINT MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF
SPECIAL AGENT LANARD TAYLOR**

Defendants, through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully request that the Court restrict access to their Joint Motion in Limine to Exclude Certain Testimony of Special Agent LaNard Taylor, as attached to their Joint Motion for Leave to File a Motion in Limine by Order of this Court (Dec. 22, 2021 Order, Doc. 935), and on the grounds set forth in their Joint Brief in Support.

Dated:  February 3, 2022                          Respectfully submitted,

s/ *Michael F. Tubach*                            s/ *Richard K. Kornfeld*
Michael F. Tubach (Cal. Bar No. 145955)           Richard K. Kornfeld
O'MELVENY & MYERS LLP                             RECHT KORNFELD, P.C.
Two Embarcadero Center, 28th Floor                1600 Stout Street, Suite 1400
San Francisco, CA 94111-3823                      Denver, CO  80202
Telephone: 415-984-8700                           303-573-1900
Facsimile: 415-984-8701                           Fax: 303-446-9400
E-mail:  mtubach@omm.com                          Email: rick@rklawpc.com
*Attorneys for Defendant Jayson Jeffrey Penn*     *Attorney for Defendant Mikell Reeve Fries*

s/ *Bryan B. Lavine*                              s/ *Michael S. Feldberg*
Bryan B. Lavine                                   Michael S. Feldberg
TROUTMAN PEPPER HAMILTON                          REICHMAN JORGENSEN LEHMAN &
SANDERS LLP                                       FELDBERG LLP
600 Peachtree Street, N. E., Suite 3000           750 Third Avenue, 24th Floor
Atlanta, Georgia 30308                            New York, New York 10017
404-885-3170                                      212-381-4970
Fax: 404-962-6613                                 Fax: 212-381-4971
Email: bryan.lavine@troutman.com                  Email: mfeldberg@reichmanjorgensen.com
*Attorney for Defendant Scott James Brady*        *Attorney for Defendant Roger Born Austin*

s/ *Elizabeth B. Prewitt*                         s/ *James A. Backstrom*
Elizabeth B. Prewitt                              James A. Backstrom, Counsellor at Law
LATHAM & WATKINS LLP                              1515 Market Street, Suite 1200
85 Third Avenue                                   Philadelphia, PA 19102-1932
New York, New York 10022                          215-864-7797
Tel: (212) 906-1200                               Email: jabber@backstromlaw.com
Fax: (212) 751-4864                               *Attorney for Defendant William Vincent*
Email: elizabeth.prewitt@lw.com                   *Kantola*
*Attorney for Defendant Timothy R. Mulrenin*

s/ *Mark A. Byrne*                                s/ *John A. Fagg, Jr.*
Mark A. Byrne (Cal. Bar No. 116657)               John A. Fagg, Jr.
BYRNE & NIXON LLP                                 MOORE & VAN ALLEN PLLC
888 West Sixth Street, Suite 1100                 100 North Tryon Street, Suite 4700
Los Angeles, CA 90017                             Charlotte, NC 28202
Telephone: 213-620-8003                           704-331-3622
Facsimile: 213-620-8012                           Fax: 704-378-2092
Email: markbyrne@byrnenixon.com                   Email: johnfagg@mvalaw.com
*Attorney for Defendant Jimmie Lee Little*        *Attorney for Defendant William Wade Lovette*

| | |
|---|---|
| s/ *Craig Allen Gillen* | s/ *Barry J. Pollack* |
| Craig Allen Gillen | Barry J. Pollack |
| GILLEN WITHERS & LAKE, LLC | ROBBINS RUSSELL ENGLERT ORSECK & UNTEREINER LLP |
| 400 Galleria Parkway, Ste 1920 | 2000 K Street N.W., 4th Floor |
| Atlanta, GA 30339 | Washington, DC 20006 |
| Telephone: (404) 842-9700 | 202-775-4514 |
| Facsimile: 404-842-9750 | Fax: 202-775-4510 |
| E-mail: cgillen@gwllawfirm.com | Email: bpollack@robbinsrussell.com |
| *Attorney for Defendant Gary Brian Roberts* | *Attorney for Defendant Rickie Patterson Blake* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2022, I electronically filed the foregoing **DEFENDANTS' JOINT MOTION TO RESTRICT ACCESS TO THEIR JOINT MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF SPECIAL AGENT LANARD TAYLOR** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*/s/ Bryan Lavine*
Bryan Lavine