**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

    Defendants.

---

**DEFENDANTS' JOINT MOTION FOR LEAVE
TO FILE A MOTION IN LIMINE**

---

Defendants, through undersigned counsel, pursuant to this Court's December 22, 2021 Order Re-Setting Trial Dates and Deadlines (Doc. 925), respectfully seek leave to file the Joint Motion in Limine attached hereto as **Exhibit A**, which addresses the anticipated testimony of Special Agent LaNard Taylor. Special Agent Taylor has been identified as the government's first witness at trial (Doc. 936; *see also* Doc. 935 (identifying Special Agent Taylor as the sponsoring witness for 20 summary exhibits and 11 substantive e-mails between Defendants and other non-parties)). As the Court is aware, the government did not call Special Agent Taylor or Special Agent Matthew Koppenhaver in the previous trial, following objection by Defendants (Defs.' Joint

Obj. to the Abuse of Overview Test., Doc. 782; Def. Brady's Trial Br., Doc. 658, at 3-6), extensive discussion on the record, and adverse rulings (Doc. 604 at 4; *see also* Trial Tr. (Vol. 7) at 1383:22-25, 1384-87; *id.* (Vol. 8) at 1624:5-25, 1625:1-11, 1626:5-25, 1627, 1628:1-11, 1629:6-25, 1630:1-22).

For the following reasons, Defendants submit there is good cause for the Court to consider their motion: (1) Special Agent Taylor's prominent positioning as the government's first substantive witness (estimated to testify for 8 hours) and his anticipated endorsement of summary and e-mail exhibits; and (2) certain irrelevant, unduly prejudicial facts relating to Special Agent Taylor's investigation that were not elicited during the prior proceedings and, as more fully set out in the Joint Motion in Limine, are unique to Defendant Scott Brady.[1]

| | |
|---|---|
| Dated:  February 3, 2022 | Respectfully submitted, |
| s/ *Michael F. Tubach* | s/ *Richard K. Kornfeld* |
| Michael F. Tubach (Cal. Bar No. 145955) | Richard K. Kornfeld |
| O'MELVENY & MYERS LLP | RECHT KORNFELD, P.C. |
| Two Embarcadero Center, 28th Floor | 1600 Stout Street, Suite 1400 |
| San Francisco, CA 94111-3823 | Denver, CO  80202 |
| Telephone: 415-984-8700 | 303-573-1900 |
| Facsimile: 415-984-8701 | Fax: 303-446-9400 |
| E-mail:  mtubach@omm.com | Email: rick@rklawpc.com |
| *Attorneys for Defendant Jayson Jeffrey Penn* | *Attorney for Defendant Mikell Reeve Fries* |

---

[1] Although a portion of this Joint Motion in Limine focuses on the government's conduct toward Mr. Brady, the prejudice arising from Special Agent Taylor's testimony on this and other challenged subjects would be borne by all Defendants and, accordingly, Defendants bring this motion jointly.

| | |
|---|---|
| s/ *Bryan B. Lavine* | s/ *Michael S. Feldberg* |
| Bryan B. Lavine | Michael S. Feldberg |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| 600 Peachtree Street, N. E., Suite 3000 | 750 Third Avenue, 24th Floor |
| Atlanta, Georgia 30308 | New York, New York 10017 |
| 404-885-3170 | 212-381-4970 |
| Fax: 404-962-6613 | Fax: 212-381-4971 |
| Email: bryan.lavine@troutman.com | Email: mfeldberg@reichmanjorgensen.com |
| *Attorney for Defendant Scott James Brady* | *Attorney for Defendant Roger Born Austin* |
| | |
| s/ *Elizabeth B. Prewitt* | s/ *James A. Backstrom* |
| Elizabeth B. Prewitt | James A. Backstrom, Counsellor at Law |
| LATHAM & WATKINS LLP | 1515 Market Street, Suite 1200 |
| 85 Third Avenue | Philadelphia, PA 19102-1932 |
| New York, New York 10022 | 215-864-7797 |
| Tel: (212) 906-1200 | Email: jabber@backstromlaw.com |
| Fax: (212) 751-4864 | *Attorney for Defendant William Vincent Kantola* |
| Email: elizabeth.prewitt@lw.com | |
| *Attorney for Defendant Timothy R. Mulrenin* | |
| | |
| s/ *Mark A. Byrne* | s/ *John A. Fagg, Jr.* |
| Mark A. Byrne (Cal. Bar No. 116657) | John A. Fagg, Jr. |
| BYRNE & NIXON LLP | MOORE & VAN ALLEN PLLC |
| 888 West Sixth Street, Suite 1100 | 100 North Tryon Street, Suite 4700 |
| Los Angeles, CA 90017 | Charlotte, NC 28202 |
| Telephone: 213-620-8003 | 704-331-3622 |
| Facsimile: 213-620-8012 | Fax: 704-378-2092 |
| Email: markbyrne@byrnenixon.com | Email: johnfagg@mvalaw.com |
| *Attorney for Defendant Jimmie Lee Little* | *Attorney for Defendant William Wade Lovette* |
| | |
| s/ *Craig Allen Gillen* | s/ *Barry J. Pollack* |
| Craig Allen Gillen | Barry J. Pollack |
| GILLEN WITHERS & LAKE, LLC | ROBBINS RUSSELL ENGLERT ORSECK & UNTEREINER LLP |
| 400 Galleria Parkway, Ste 1920 | |
| Atlanta, GA 30339 | 2000 K Street N.W., 4th Floor |
| Telephone: (404) 842-9700 | Washington, DC 20006 |
| Facsimile: 404-842-9750 | 202-775-4514 |
| E-mail: cgillen@gwllawfirm.com | Fax: 202-775-4510 |
| *Attorney for Defendant Gary Brian Roberts* | Email: bpollack@robbinsrussell.com |
| | *Attorney for Defendant Rickie Patterson Blake* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2022, I electronically filed the foregoing **DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE A MOTION IN LIMINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*/s/ Bryan Lavine*
Bryan Lavine