IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO FILE OMNIBUS MOTIONS *IN LIMINE*

The government respectfully moves for leave to file the attached Omnibus Motions *in Limine* (a redacted version of which is attached hereto, with a separate version filed under restriction level 1), which involve matters on which the court has not previously ruled or are based on changed circumstances for the anticipated retrial. In particular, the omnibus motions relate to arguments defense counsel raised in the first trial, the procedural posture of the upcoming trial, or issues related to new facts and witnesses the government intends to introduce in the retrial.

Dated: February 3, 2022        Respectfully submitted,

<u>/s/ Michael T. Koenig</u>
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*