| | |
|---|---|
| **From:** | Quinn, Brian P. <bquinn@omm.com> |
| **Sent:** | Wednesday, February 2, 2022 2:01 PM |
| **To:** | 'Rogowski, Jillian (ATR)'; Tubach, Michael; Pletcher, Anna T.; bryan.lavine@troutman.com; megan.rahman@troutman.com; rick@rklawpc.com; david@rklawpc.com; kelly@rklawpc.com; mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; elizabeth.prewitt@lw.com; caroline.rivera@lw.com; jabber@backstromlaw.com; cgillen@gwllawfirm.com; markbyrne@byrnenixon.com; jenniferderwin@byrnenixon.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; denniscanty@byrnenixon.com; henry.roxann@me.com; Frank Schall; Fielding Huseth; Jim McLoughlin; Kaitlin Price; dru@eytan-nielsen.com; John Fagg; Koenig, Michael (ATR); Call, Heather (ATR); Torzilli, Paul (ATR); Sweeney, Carolyn (ATR); Butte, Laura (ATR); Cheng, Cecilia (ATR) |
| **Cc:** | Quinn, Brian P. |
| **Subject:** | RE: Request for Stipulation - Please Respond by Feb. 2 at noon |

**EXTERNAL EMAIL - USE CAUTION**

Ms. Rogowski,

Thank you for your email. Defendants cannot agree to the categorical language the government has proposed in its draft authenticity stipulation—the language is too vague in that it is not definitive as to which documents fall within the stipulation and which documents are carved out. Defendants believe it would be more productive to discuss stipulations on the authenticity of specific documents. Defendants are willing to consider any list of documents the government may propose provided the government adopts a reciprocal approach to documents that Defendants seek to authenticate.

What Defendants believe would be most productive as a first step is for the government to identify the proposed trial exhibits for which it is seeking an authenticity stipulation. Defendants will respond promptly.

Thank you,
Brian

---

**From:** Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>
**Sent:** Saturday, January 29, 2022 2:35 PM
**To:** Tubach, Michael <mtubach@omm.com>; Pletcher, Anna T. <apletcher@omm.com>; Quinn, Brian P. <bquinn@omm.com>; bryan.lavine@troutman.com; megan.rahman@troutman.com; rick@rklawpc.com; david@rklawpc.com; kelly@rklawpc.com; mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; elizabeth.prewitt@lw.com; caroline.rivera@lw.com; jabber@backstromlaw.com; cgillen@gwllawfirm.com; markbyrne@byrnenixon.com; jenniferderwin@byrnenixon.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; denniscanty@byrnenixon.com; henry.roxann@me.com; frankschall@mvalaw.com; fieldinghuseth@mvalaw.com; jimmcloughlin@mvalaw.com; kaitlinprice@mvalaw.com; Quinn, Brian P. <bquinn@omm.com>; dru@eytan-nielsen.com; johnfagg@mvalaw.com; Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>
**Subject:** Request for Stipulation - Please Respond by Feb. 2 at noon


[EXTERNAL MESSAGE]

Counsel:

Given the extensive testimony and cross-examination on the authentication of documents during the first trial, please see attached for a draft stipulation intended to streamline the second trial. Please let us know by **Wednesday February 2 at noon ET** whether all ten defendants can agree to this stipulation. If we do not hear from you before then, we will assume you do not agree to the stipulation and note that in any related motions the government files.

Additionally, please see below for a version of the chart in the stipulation reflecting the witness(es) who testified and are able to testify again to the authenticity of each group of documents:

| Producing Party | Categories of Documents | Authentication Based on Custodian Testimony from Witness(es): |
|---|---|---|
| Pilgrim's Pride | Emails, Attachments, Calendar Invitations, and Contracts | Lumakar Challa, Ted Sangalis, and Sean King |
| Tyson Foods | Emails, Attachments, and Calendar Invitations | Matthew Bunch, Stephen Gresch, and Carolyn Sue Arens |
| RSCS | Emails, Attachments, and Calendar Invitations | William Kent |
| George's | Emails, Attachments, and Calendar Invitations | Robert Hood |
| Sysco | Emails and Attachments | Robert Dawson |
| Koch Foods | Emails and Attachments | Stewart Ward |

| | | |
|---|---|---|
| Claxton Poultry | Emails, Attachments, and Calendar Invitations | Gregory Finch |
| Mar Jac Poultry | Emails and Attachments | Larry Barela |
| Documents Produced by Koch, Claxton, and Mar Jac to Lockridge Grindal Nauen PLLP, and Subsequently Produced to DOJ | Emails, Attachments, and Calendar Invitations | Simeon Morbey and Anna Bieganowska |

Thank you,

**Jill Rogowski**
**Trial Attorney**
U.S. Department of Justice Antitrust Division
Washington Criminal II
<u>Cell</u>: (773) 703-7633

**O'Melveny**

**Brian P. Quinn**
Associate
bquinn@omm.com
O: +1-202-383-5244

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*