IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: February 10, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig (VTC) |
| | Cecilia Cheng (VTC) |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| | Laura Butte |
| | Jillian Rogowski |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| | Chad Williams |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg (VTC) |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty (VTC) |
| | Jennifer Derwin (VTC) |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin (VTC) |
| | Kaitlin Price |

| | |
|---|---|
| 9.  GARY BRIAN ROBERTS, and | Craig Gillen<br>Richard Tegtmeier<br>Anthony Lake |
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee (VTC)<br>Courtney Millian (VTC) |

Defendants.

---

# COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE AND MOTION HEARING**

**9:03 a.m.**     **Court in session.**

Appearances of counsel.  Defendants present on bond. Defendants Mikell Fries, Scott Brady, Rogert Austin, Timothy Mulrenin, Jimmie Little, William Lovette, Brian Roberts, and Rickie Blake appear by VTC.

The matter is currently set for trial commencing February 22, 2022.

Discussion regarding seating, 2 attorneys per defendant will be permitted to sit at counsel table, overflow courtroom setup, 15 jurors with 3 alternates, transceivers, voir dire limited to 50 minutes per side, opening statements limited to 20 minutes per defendant, expert witnesses do not have to be tendered, updated exhibits lists during the course of trial, and providing updated flashdrives.

**ORDERED:  Counsel is barred from doing any internet research of jurors for purposes of jury selection.**

**ORDERED:  Witnesses will be sequestered.**

Discussion and argument regarding the grouped exhibits as listed in Docket No. 1024-1.

**10:34 a.m.**     **Court in recess.**
**10:53 a.m.**     **Court in session.**

Continued discussion and argument regarding the grouped exhibits as listed in Docket No. 1024-1

**11:53 a.m.**     **Court in recess.**

2

**1:35 p.m.**     Court in session.

Discussion and argument regarding pending motions.

**ORDERED:**   Motion [957] is DENIED, for reasons stated on record.

**ORDERED:**   Defendant's Joint Motion to Reconsider Motion In Limine to Allow Cross-Examination of Government Witness Robert Bryant About the Criminal Nature of his Prior Falsehoods [1001] is DENIED.

**ORDERED:**   Mr. Lovette is permitted to file a motion in limine out of time, as discussed.

**3:23 p.m.**     Court in recess.
**3:42 p.m.**     Court in session.

Continued discussion and argument regarding pending motions.

**ORDERED:**   Mr. Lovette is permitted to file a motion in limine regarding privilege issues with respect to Mr. White, as discussed, on or before end of the day on February 14, 2022.

**ORDERED:**   Motion [977] is GRANTED IN PART AND DENIED IN PART, as stated on record.

**ORDERED:**   Defendants Penn, Fries, Brady, Austin, Mulrenin, Little, Roberts and Blake's Motion for the Court to Conduct a James Hearing on the Supplemental Statements Made By, or Related to, Carl Pepper that the Government Seeks to Admit Under Rule 801(d)(2)(E), in the Event the Court Grants the Government's Motion for Leave to File a Supplemental the James Log (Doc. 941) [999] is DENIED.

**ORDERED:**   United States' Pre-Trial Renewed Motion to Exclude Expert Testimony [1002] is DENIED, as stated on record.

**ORDERED:**   Defendant William Lovette's Motion In Limine to Exclude All Evidence Regarding Sysco Payment Terms [990] is TAKEN UNDER ADVISEMENT.  The Court will issue a written order.

**ORDERED:**   Defendants' Joint Motion in Limine to Prohibit the Use of the Phrase "Price Fixing" During Witness Examinations [1000] is DENIED.

**ORDERED:**   Motion [961] is DENIED without prejudice.

The Court will issue a written order on any pending motions remaining.

The Court encourages the parties to continue to work together regarding United States' Motion for a Pre-Trial Ruling on Authenticity and Business Records [992].  Parties are encouraged to file a status report notifying the court on the status of its negotiations, as stated on record.

Discussion regarding using the witness and attorney rooms in A701, procedure for dealing with a sleeping juror, using the word "defendant" while referring to the defendants, photographs of the defendants, and timeline of the trial.

**ORDERED:   Defendants' bond is continued.**

**5:07 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    5:44