IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

    Defendants.

## DEFENDANTS' MOTION TO RESTRICT ACCESS TO THEIR JOINT MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF NICHOLAS WHITE AND RELATED EVIDENCE

Defendants, by and through their undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, respectfully move this Court to restrict access to their Joint Motion *in Limine* to Exclude the Testimony of Nicholas White and Related Evidence ("Motion"), the accompanying exhibits to the Motion, and any order revealing the contents of these documents.  Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of these documents is necessary for the reasons explained in the accompanying Brief in Support of Defendants' Motion to Restrict Access to Their Joint Motion *in Limine* to

Exclude the Testimony of Nicholas White and Related Evidence.

Dated:  February 14, 2022                                  Respectfully submitted,

s/ John A. Fagg Jr.                              s/ Michael F. Tubach
John A. Fagg, Jr.                                Michael F. Tubach
James P. McLoughlin, Jr.                         O'MELVENY & MYERS LLP
MOORE & VAN ALLEN PLLC                           Attorney for Jayson Jeffrey Penn
Attorney for William Wade Lovette                Two Embarcadero Center, 28th Floor
100 North Tryon Street, Suite 4700               San Francisco, California 94111-3823
Charlotte, NC 28202                              (415) 984-8700
(704) 331-3622                                   mtubach@omm.com
jimmcloughlin@mvalaw.com

s/ Richard K. Kornfeld                           s/ Michael S. Feldberg
Richard K. Kornfeld                              Michael S. Feldberg
RECHT KORNFELD, P.C.                             REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                  FELDBERG LLP
1600 Stout Street, Suite 1400                    Attorney for Roger Born Austin
Denver, CO 80202                                 750 Third Avenue, Suite 2400
(303) 573-1900                                   New York, NY 10017
rick@rklawpc.com                                 (212) 381-1965
                                                 mfeldberg@reichmanjorgensen.com

s/ Bryan Lavine                                  s/ Elizabeth Prewitt
Bryan Lavine                                     Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON                         LATHAM & WATKINS LLP
SANDERS LLP                                      Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady                   1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000                 New York, NY 10020
Atlanta, GA 30308                                (212) 906-1200
(404) 885-3170                                   elizabeth.prewitt@lw.com
Bryan.lavine@troutman.com

s/ James A. Backstrom                            s/ Mark A. Byrne
James A. Backstrom, Counsellor at Law            Mark A. Byrne
Attorney for William Vincent Kantola             BYRNE & NIXON LLP
1515 Market Street, Suite 1200                   Attorney for Jimmie Lee Little
Philadelphia, PA 19102-1932                      888 West Sixth St, Suite 1100
(215) 864-7797                                   Los Angeles, CA 90017
jabber@backstromlaw.com                          (213) 620-8003
                                                 markbyrne@byrnenixon.com

2

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  February 14, 2022

                                            *s/ John A. Fagg Jr.*
                                            John A. Fagg, Jr.