IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

     Defendants.

Criminal Case No. 20-cr-00152-PAB

**DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF GABRIEL D. WATTS**

Defendants, by and through undersigned counsel, respectfully submit this Motion for Leave to File a Motion *in Limine* to Exclude Testimony of Gabriel D. Watts. *See* Ex. A.

On Tuesday of this week, the government filed a trial brief disclosing for the first time that it intends to call FBI document examiner Gabriel Watts to provide expert testimony in the case; the government will ask Mr. Watts to authenticate handwritten notes purportedly authored by Mr. Blake. Doc. 1057 at 2, 4. The government left Mr. Watts off the witness list it filed on January 14, 2022 (Doc. 936), the Court-ordered date for the parties to file their witness lists for the upcoming re-trial (Doc. 925). The government did not even list Mr. Watts as a potential witness until February 8, 2022—more than three weeks after the Court's January 14, 2022 deadline for witness lists, and nearly two weeks after the Court's January 27, 2022 deadline for

1

expert witness disclosures.[1] *See* Docs. 925 at 2, 46. It did not identify Mr. Watts's institutional affiliation—Mr. Watts is an FBI analyst—nor his status as an expert witness at that time. To the contrary, it sandwiched Mr. Watts in between a series of document custodians. The government then waited yet another week to disclose Mr. Watts's anticipated expert testimony in its trial brief, making no mention of the deadlines that it missed or the reason for its delay. Doc. 1056. The government then waited until after 9:00 PM MST on February 17, 2022, days before trial, to send Defendants a zip file containing hundreds of pages of Mr. Watts's work product.

As explained in Defendants' proposed motion *in limine*, this eleventh-hour disclosure prejudices Defendants and hampers their efforts to adequately prepare for trial. The government has, without offering any excuse, left no time to litigate the issues pertaining to Mr. Watts's testimony before trial starts. Defendants respectfully request that the Court grant Defendants leave to file a Motion *in Limine* to Exclude Testimony of Gabriel D. Watts, attached to this motion for leave as Exhibit A.

---

[1] The Court's June 8, 2020 Order Setting Trial Dates and Deadlines requires the parties to make expert witness disclosures no later than seven days before the deadline for pretrial motions. Doc. 46. The deadline for pretrial motions before retrial was February 3, 2022, so the deadline for expert witness disclosures was seven days earlier, or January 27, 2022.

Dated:  February 18, 2022

Respectfully submitted,

s/ John A. Fagg, Jr.
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

s/ Michael F. Tubach
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

s/ Richard K. Kornfeld
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

s/ Michael S. Feldberg
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

s/ Bryan Lavine
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

s/ Elizabeth Prewitt
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

s/ James A. Backstrom
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

s/ Mark A. Byrne
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

s/ Craig Allen Gillen
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

s/ Barry J. Pollack
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach