# **Exhibit C**

Bill Kantola

770-536-8818

Cell 678-997-7180

Carl Pepper

479-361-9836

Dale Kelly

407-654-0500

404-404-9948

Cell 407-694-8809

Scott Brady

256-536-6120

Cell 678-640-1622

Roger Austin

502-245-1681

Government Exhibit
20-cr-152-PAB
6086

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA
GEODOJ_0225715

Bill Kantola

770-536-8818

678-997-7180

Carl Pepper

479-361-9836

Dale Kelly

407-654-0500

404-404-9948

407-694-8809

Scott Brady

256-536-6120

678-640-1622

Roger Austin

502-245-1681

KFC COB Cost Plus 2108

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA
GEODOJ_0225716



Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225717
May Contain Confidential Business Information; Not Subject to FOIA

**RSCS Feed Flow Thru Calculation**
**George's Farms, Inc. and George's Foods, LLC**
**Period 01 2018**
**December 31, 2017 - January 27, 2018**

| | Purple Label Reduced IMOR 20 Head |
|---|---|
| **Live Delivered :** | |
| Feed Expense | $0.2161 |
| Chick Cost | $0.0778 |
| Grower Pay | $0.0639 |
| Other Grow Out Expenses | $0.0030 |
| Catching and Hauling | $0.0164 |
| DOA, Field and Plant Condemn | $0.0017 |
| **Live Delivered Cost** | $0.3789 |
| **First Processing:** | |
| Offal & Giblet Credit | ($0.0198) |
| | $0.3590 |
| Total WOG Yield w/ F&T | 71.54% |
| **WOG Meat Cost** | $0.5019 |
| Labor | $0.0603 |
| Utilities & Misc Plant Overhead | $0.0427 |
| Depreciation | $0.0089 |
| **Plant WOG Cost Exit Chiller** | $0.6137 |
| **KFC Process** | |
| Fat & Tail Yield | 98.11% |
| Total Yielded Meat Cost | $0.6255 |
| Labor | $0.0391 |
| Utilities & Misc Plant Overhead | $0.0190 |
| Depreciation | $0.0015 |
| Packaging Cost | $0.0377 |
| Marinade Ingredient Cost | $0.0094 |
| Downgrade/Rejects | $0.0074 |
| **Total Plant Cost** | $0.7397 |
| Corporate Overhead | $0.0361 |
| RSCS Admin Fee | $0.0015 |
| Supplier Margin | $0.0967 |
| Return Per Bird Margin | $0.0673 |
| **Total FOB Cost** | **$0.9413** |
| **Discount** | |
| **Total FOB Cost** | $0.9413 |

Handwritten notes:

| CO | 8pc |
|---|---|
| Pilgrim | .9748 |
| Claxton | .9506 |
| Mar-Jac | .9514 |
| Tyson | .9606 |
| George's | .9413 |
| Koch | .9682 |
| Case | . |

| | |
|---|---|
| FOB Dark Meat Price (8pc less $0.28) | $0.6613 |
| FOB Wing Price (8pc plus $0.2575) | $1.1988 |
| FOB Supplemental White Meat Price (8pc plus $0.2075) | $1.1488 |
| FOB Livers | $0.3900 |
| FOB Gizzards | $0.5200 |

| Items | Cases Weights | |
|---|---|---|
| **8 PC Fresh Purple Label 20 Hd.** | **50.93** | LBS. |
| **8 PC.Yellow Label Frozen 20 head** | **50.93** | LBS. |
| **Blue Label frozen Dark 168 piece count** | **49.11** | LBS. |
| **Red Label Fresh Dark 168 Piece Count** | **49.11** | LBS. |
| **Standard Case Weight Wings** | **40.00** | LBS. |
| **Standard Case Weight Split Breast** | **48.71** | LBS. |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

RSCS Margin-Over-Feed Calculation Worksheet
George's Farms, Inc. and George's Foods, LLC
Period 01 2018
December 31, 2017 - January 27, 2018

| Ingredient | Per Bushel/ton | Per Pound | % of Feed | Feed Conversion | Feed Cost |
|---|---|---|---|---|---|
| Corn | $ 4.6590 | $ 0.0831967 | 62.60% | 1.72 | $ 0.0896 |
| Soy Meal | $ 326.70 | $ 0.1633500 | 22.97% | 1.72 | $ 0.0646 |
| Other | | $ 0.1863 | 14.42% | 1.72 | $ 0.0462 |
| Subtotal | | | | | $ 0.2003 |
| Feed Shrink (.75%) | | | | | $ 0.0015 |
| Ingredient Cost of Feed | | | | | $ 0.2019 |
| Feed Milling | $10.14 | $0.0051 | 100.00% | 1.72 | $0.0087 |
| Feed Hauling | $6.46 | $0.0032 | 100.00% | 1.72 | $ 0.0056 |
| Delivered Ingredient Cost of Feed | | | | | $ 0.2161 |

| Date | Futures Month | Corn $/Bu | Futures Month | Meal $/Ton |
|---|---|---|---|---|
| 10/27/17 | | $ 3.7844 | | $ 315.70 |
| 11/21/17 | | $ 3.7844 | | $ 317.20 |
| 12/11/17 | | $ 3.8625 | | $ 331.70 |
| Average | | $ 3.8104 | | $ 321.53 |
| Freight & Basis | | | | |
| 10/27/17 | | $ 0.8500 | | $ 8.00 |
| 11/21/17 | | $ 0.9052 | | $ 5.00 |
| 12/11/17 | | $ 0.7906 | | $ 2.50 |
| | | $ 0.8486 | | $ 5.17 |
| Total | | $ 4.6590 | | $ 326.7000 |

KFC Margin Over Feed Model - Period 01 2018

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

| KFC West Corn | Market Date | Market Price | MARKET BASIS | % Not Covered | Cover 1 Date Taken | Cover 1 Position | Cover 1 Basis | Cover 1 Allocation % | Cover 2 Date Taken | Cover 2 Position | Cover 2 Basis | Cover 2 Allocation % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P1 2016 | 12/11/15 | $ 3.7525 | $ 0.0092 | 0% | 05/12/15 | $ 3.8525 | $ (0.0958) | 25% | 08/15/15 | $ 3.7525 | $ (0.0858) | 25% |
| P2 2016 | 01/15/16 | $ 3.8325 | $ (0.0008) | 0% | 05/12/15 | $ 3.8525 | $ (0.0958) | 25% | 08/15/15 | $ 3.7525 | $ (0.0858) | 25% |
| P3 2016 | 02/12/16 | $ 3.5875 | $ (0.0258) | 0% | 05/12/15 | $ 3.8525 | $ (0.0958) | 25% | 08/15/15 | $ 3.7525 | $ (0.0858) | 25% |
| P4 2016 | 03/11/16 | $ 3.6500 | $ (0.0258) | 0% | 05/26/15 | $ 3.8425 | $ (0.0808) | 25% | 11/05/15 | $ 3.8925 | $ 0.0393 | 25% |
| P5 2016 | 04/08/16 | $ 3.6225 | $ (0.0558) | 0% | 05/26/15 | $ 3.8425 | $ (0.0808) | 25% | 11/05/15 | $ 3.8925 | $ 0.0393 | 25% |
| P6 2016 | 05/06/16 | $ 3.7750 | $ (0.1458) | 0% | 08/12/15 | $ 3.8925 | $ (0.0158) | 25% | 11/06/15 | $ 3.9225 | $ 0.0393 | 75% |
| P7 2016 | 06/03/16 | $ 4.1825 | $ (0.1730) | 0% | 08/12/15 | $ 3.8925 | $ (0.0158) | 25% | 11/06/15 | $ 3.9225 | $ 0.0393 | 75% |
| P8 2016 | 07/01/16 | $ 3.6000 | $ (0.0830) | 0% | 08/12/15 | $ 3.7925 | $ 0.0143 | 25% | 11/06/15 | $ 3.9225 | $ 0.0643 | 75% |
| P9 2016 | 07/29/16 | $ 3.3450 | $ 0.0421 | 0% | 08/12/15 | $ 3.7925 | $ 0.0143 | 25% | 11/06/15 | $ 3.9225 | $ 0.0643 | 75% |
| P10 2016 | 08/26/16 | $ 3.1625 | $ (0.0330) | 0% | 08/12/15 | $ 3.7925 | $ (0.0608) | 25% | 11/06/15 | $ 3.9225 | $ 0.0643 | 75% |
| P11 2016 | 09/23/16 | $ 3.3650 | $ (0.1105) | 0% | 08/12/15 | $ 3.8125 | $ (0.0808) | 25% | 01/04/16 | $ 3.8125 | $ (0.0258) | 75% |
| P12 2016 | 10/21/16 | $ 3.5250 | $ (0.2804) | 0% | 08/12/15 | $ 3.8125 | $ (0.0808) | 25% | 01/04/16 | $ 3.8125 | $ (0.0258) | 75% |
| P13 2016 | 11/15/16 | $ 3.4150 | $ (0.1417) | 0% | 08/12/15 | $ 2.8125 | $ (0.0608) | 25% | 01/04/16 | $ 3.8125 | $ (0.0258) | 75% |
| P1 2017 | 12/12/16 | $ 3.6050 | $ (0.2154) | 0% | 01/04/16 | $ 3.8925 | $ (0.0258) | 50% | 05/09/16 | $ 3.8825 | $ (0.1630) | 25% |
| P2 2017 | 01/20/17 | $ 3.6975 | $ (0.0304) | 0% | 01/04/16 | $ 3.8925 | $ (0.0258) | 50% | 05/09/16 | $ 3.8825 | $ (0.1630) | 25% |
| P3 2017 | 02/17/17 | $ 3.6825 | $ (0.0854) | 0% | 01/04/16 | $ 3.8925 | $ (0.0258) | 50% | 05/09/16 | $ 3.8825 | $ (0.1630) | 25% |
| P4 2017 | 03/17/17 | $ 3.6750 | $ (0.2504) | 0% | 05/10/16 | $ 3.9125 | $ (0.1430) | 50% | | | | |
| P5 2017 | 04/13/17 | $ 3.7100 | $ (0.2404) | 0% | 05/10/16 | $ 3.9125 | $ (0.1430) | 50% | | | | |
| P6 2017 | 05/12/17 | $ 3.7100 | $ (0.2504) | 0% | | | | | | | | |
| P7 2017 | 06/09/17 | $ 3.8775 | $ (0.2704) | 0% | | | | | 05/24/16 | $ 3.8925 | $ (0.1380) | 25% |
| P8 2017 | 07/07/17 | $ 3.9250 | $ (0.2854) | 0% | | | | | 06/24/16 | $ 3.8925 | $ (0.1380) | 25% |
| P9 2017 | 08/04/17 | $ 3.8850 | $ (0.2354) | 0% | | | | | 06/24/16 | $ 3.8925 | $ (0.1380) | 25% |
| P10 2017 | 08/31/17 | $ 3.6225 | $ (0.1854) | 0% | | | | | | | | |
| P11 2017 | 09/30/17 | $ 3.5525 | $ (0.2354) | 0% | | | | | | | | |
| P12 2017 | 10/27/17 | $ 3.4875 | $ (0.2165) | 0% | | | | | | | | |
| P13 2017 | 11/21/17 | $ 3.4500 | $ (0.0977) | 0% | | | | | | | | |
| P1 2018 | 12/08/17 | | | 0% | 06/23/17 | $ 3.8525 | $ (0.1754) | 50% | 08/03/17 | $ 3.8725 | $ (0.2004) | 50% |
| P2 2018 | | | | 0% | 06/23/17 | $ 3.8525 | $ (0.1754) | 50% | 08/03/17 | $ 3.8725 | $ (0.2004) | 50% |
| P3 2018 | | | | 0% | 06/23/17 | $ 3.8525 | $ (0.1754) | 50% | 08/03/17 | $ 3.8725 | $ (0.2004) | 50% |
| P4 2018 | | | | 0% | 08/10/17 | $ 3.9125 | $ (0.2004) | 50% | 08/21/17 | $ 3.8025 | $ (0.1704) | 50% |
| P5 2018 | | | | 0% | 08/10/17 | $ 3.9125 | $ (0.2004) | 50% | 08/21/17 | $ 3.8025 | $ (0.1704) | 50% |
| P6 2018 | | | | 0% | 08/22/17 | $ 3.8525 | $ (0.1704) | 100% | | | | |
| P7 2018 | | | | 0% | 08/22/17 | $ 3.8525 | $ (0.1704) | 100% | | | | |
| P8 2018 | | | | 50% | 08/25/17 | $ 3.8525 | $ (0.1704) | 50% | | | | |
| P9 2018 | | | | 50% | 08/25/17 | $ 3.8525 | $ (0.1704) | 50% | | | | |
| P10 2018 | | | | 50% | 08/25/17 | $ 3.8525 | $ (0.1704) | 50% | | | | |
| P11 2018 | | | | 100% | | | | | | | | |
| P12 2018 | | | | 100% | | | | | | | | |
| P13 2018 | | | | 100% | | | | | | | | |

| KFC West Corn | Cover 3 Date Taken | Cover 3 Position | Cover 3 Basis | Cover 3 Allocation % | Cover 4 Date Taken | Cover 4 Position | Cover 4 Basis | Cover 4 Allocation % | Cover 5 Date Taken | Cover 5 Position | Cover 5 Basis | Cover 5 Allocation % | Combinded Value | | Combinded Basis Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P1 2016 | 07/27/15 | $ 3.9575 | $ (0.0458) | 25% | 08/12/15 | $ 3.7825 | $ (0.0308) | 25% | | | | | $ 3.8363 | $ (0.0838) | $ (0.0646) |
| P2 2016 | 07/27/15 | $ 3.9575 | $ (0.0458) | 25% | 08/12/15 | $ 3.7825 | $ (0.0308) | 25% | | | | | $ 3.8363 | $ (0.2038) | $ (0.0646) |
| P3 2016 | 07/27/15 | $ 3.9575 | $ (0.0458) | 25% | 08/12/15 | $ 3.7825 | $ (0.0308) | 25% | | | | | $ 3.8363 | $ (0.2488) | $ (0.0646) |
| P4 2016 | 07/27/15 | $ 4.0150 | $ (0.0358) | 25% | 08/12/15 | $ 3.8525 | $ (0.0158) | 25% | | | | | $ 3.9006 | $ (0.2508) | $ (0.0258) |
| P5 2016 | 07/27/15 | $ 4.0150 | $ (0.0358) | 25% | 08/12/15 | $ 3.8525 | $ (0.0158) | 25% | | | | | $ 3.9006 | $ (0.2781) | $ (0.0258) |
| P6 2016 | | | | | | | | | | | | | $ 3.9150 | $ (0.1400) | $ 0.0255 |
| P7 2016 | | | | | | | | | | | | | $ 3.9150 | $ 0.2875 | $ 0.0255 |
| P8 2016 | | | | | | | | | | | | | $ 3.8900 | $ (0.2900) | $ 0.0518 |
| P9 2016 | | | | | | | | | | | | | $ 3.8900 | $ (0.5450) | $ 0.0518 |
| P10 2016 | | | | | | | | | | | | | $ 3.8900 | $ (0.7275) | $ 0.0330 |
| P11 2016 | | | | | | | | | | | | | $ 3.8125 | $ (0.4475) | $ (0.0348) |
| P12 2016 | | | | | | | | | | | | | $ 3.8125 | $ (0.2675) | $ (0.0348) |
| P13 2016 | | | | | | | | | | | | | $ 3.8125 | $ (0.3975) | $ (0.0346) |
| P1 2017 | 07/01/16 | $ 3.7925 | $ (0.0880) | 25% | | | | | | | | | $ 3.8650 | $ (0.2600) | $ (0.0757) |
| P2 2017 | 07/01/16 | $ 3.7925 | $ (0.0880) | 25% | | | | | | | | | $ 3.8650 | $ (0.1675) | $ (0.0757) |
| P3 2017 | 07/01/16 | $ 3.7925 | $ (0.0880) | 25% | | | | | | | | | $ 3.8650 | $ (0.1825) | $ (0.0757) |
| P4 2017 | 07/01/16 | $ 3.8250 | $ (0.0880) | 25% | 07/15/16 | $ 3.8525 | $ (0.0830) | 25% | | | | | $ 3.8250 | $ (0.1508) | $ (0.1143) |
| P5 2017 | 07/01/16 | $ 3.8425 | $ (0.0880) | 25% | 07/15/16 | $ 3.8525 | $ (0.0830) | 25% | | | | | $ 3.8300 | $ (0.1200) | $ (0.1143) |
| P6 2017 | 07/01/16 | $ 3.8925 | $ (0.0780) | 50% | 07/15/16 | $ 3.8925 | $ (0.0830) | 50% | | | | | $ 3.7925 | $ (0.0825) | $ (0.0805) |
| P7 2017 | 07/01/16 | $ 3.8925 | $ (0.0780) | 50% | 07/15/16 | $ 3.8925 | $ (0.0830) | 50% | | | | | $ 3.7925 | $ 0.0850 | $ (0.0805) |
| P8 2017 | 07/05/16 | $ 3.7900 | $ 0.0221 | 25% | 08/11/16 | $ 3.8225 | $ (0.0780) | 50% | | | | | $ 3.7319 | $ 0.1931 | $ (0.0680) |
| P9 2017 | 07/05/16 | $ 3.7900 | $ 0.0221 | 25% | 08/11/16 | $ 3.8225 | $ (0.0780) | 50% | | | | | $ 3.7319 | $ (0.0889) | $ (0.0680) |
| P10 2017 | 07/05/16 | $ 3.7900 | $ 0.0221 | 25% | 06/23/17 | $ 3.7025 | $ (0.1904) | 50% | | | | | $ 3.7719 | $ (0.3484) | $ (0.1242) |
| P11 2017 | 07/05/16 | $ 3.8500 | $ 0.0721 | 25% | 06/23/17 | $ 3.7625 | $ (0.2154) | 75% | | | | | $ 3.7844 | $ (0.2319) | $ (0.1435) |
| P12 2017 | 07/05/16 | $ 3.8500 | $ 0.0721 | 25% | 06/23/17 | $ 3.7625 | $ (0.1954) | 75% | | | | | $ 3.7844 | $ (0.2969) | $ (0.1285) |
| P13 2017 | 07/05/16 | $ 3.8500 | $ 0.0721 | 25% | 06/23/17 | $ 3.7825 | $ (0.1217) | 75% | | | | | $ 3.7844 | $ (0.3344) | $ (0.0733) |
| P1 2018 | | | | | | | | | | | | | $ 3.8625 | $ (3.8625) | $ (0.1879) |
| P2 2018 | | | | | | | | | | | | | $ 3.8625 | $ (3.8625) | $ (0.1879) |
| P3 2018 | | | | | | | | | | | | | $ 3.8625 | $ (3.8625) | $ (0.1879) |
| P4 2018 | | | | | | | | | | | | | $ 3.8575 | $ (3.8575) | $ (0.1854) |
| P5 2018 | | | | | | | | | | | | | $ 3.8575 | $ (3.8575) | $ (0.1854) |
| P6 2018 | | | | | | | | | | | | | $ 3.8525 | $ (3.8525) | $ (0.1704) |
| P7 2018 | | | | | | | | | | | | | $ 3.8525 | $ (3.8525) | $ (0.1704) |
| P8 2018 | | | | | | | | | | | | | $ 1.9263 | $ (1.9263) | $ (0.0852) |
| P9 2018 | | | | | | | | | | | | | $ 1.9263 | $ (1.9263) | $ (0.0852) |
| P10 2018 | | | | | | | | | | | | | $ 1.9263 | $ (1.9263) | $ (0.0852) |
| P11 2018 | | | | | | | | | | | | | $ - | $ - | $ - |
| P12 2018 | | | | | | | | | | | | | $ - | $ - | $ - |
| P13 2018 | | | | | | | | | | | | | $ - | $ - | $ - |

File: KFC Margin Over Feed Model - Period 01 2018

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225720

| KFC West SBM | Market Date | Market Price | BASIS | % Not Covered | Cover 1 Date Taken | Cover 1 Position | Cover 1 Basis | Cover 1 Allocation % | Cover 2 Date Taken | Cover 2 Position | Cover 2 Basis | Cover 2 Allocation % | Cover 3 Date Taken | Cover 3 Position | Cover 3 Basis | Cover 3 Allocation % | Cover 4 Date Taken | Cover 4 Position | Cover 4 Basis | Cover 4 Allocation % | Cover 5 Date Taken | Cover 5 Position | Cover 5 Basis | Cover 5 Allocation % | Combinded Value | | Combinded Basis Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P1 2016 | 12/11/15 | $ 273.70 | $ (3.84) | 0% | 08/01/15 | $ 280.30 | $ (2.385) | 40% | 11/05/15 | $ 297.30 | $ (2.84) | 60% | | | | | | | | | | | | | $ 294.50 | $ (20.6000) | $ (2.6670) |
| P2 2016 | 01/15/16 | $ 269.70 | $ (10.59) | 0% | 08/01/15 | $ 280.30 | $ (2.385) | 40% | 11/05/15 | $ 285.30 | $ (2.84) | 60% | | | | | | | | | | | | | $ 293.30 | $ (23.6000) | $ (2.8820) |
| P3 2016 | 02/12/16 | $ 262.00 | $ (4.84) | 0% | 08/01/15 | $ 280.30 | $ (2.385) | 40% | 11/05/15 | $ 285.30 | $ (2.84) | 60% | | | | | | | | | | | | | $ 293.30 | $ (31.3000) | $ (2.8820) |
| P4 2016 | 03/11/16 | $ 273.50 | $ (4.84) | 0% | | | | | 11/05/15 | $ 284.30 | $ (0.84) | 75% | 12/31/15 | $ 270.30 | $ (8.34) | 25% | | | | | | | | | $ 288.30 | $ (14.8000) | $ (2.7150) |
| P5 2016 | 04/08/16 | $ 273.70 | $ (10.34) | 0% | | | | | 11/05/15 | $ 294.30 | $ (0.84) | 75% | 12/31/15 | $ 270.30 | $ (8.34) | 25% | | | | | | | | | $ 288.30 | $ (14.0000) | $ (2.7150) |
| P6 2016 | 05/06/16 | $ 342.80 | $ (12.34) | 0% | | | | | 11/05/15 | $ 284.30 | $ (0.84) | 75% | 12/31/15 | $ 272.30 | $ (8.34) | 25% | | | | | | | | | $ 288.60 | $ 54.0000 | $ (2.7150) |
| P7 2016 | 06/03/16 | $ 414.30 | $ (12.84) | 0% | | | | | 11/05/15 | $ 284.30 | $ (0.84) | 75% | 12/31/15 | $ 272.30 | $ (8.34) | 25% | | | | | | | | | $ 288.60 | $ 125.5000 | $ (2.7150) |
| P8 2016 | 07/01/16 | $ 404.30 | $ (12.84) | 0% | | | | | 11/05/15 | $ 294.30 | $ (0.84) | 75% | 12/31/15 | $ 275.30 | $ (8.34) | 25% | | | | | | | | | $ 289.05 | $ 115.1500 | $ (2.7150) |
| P9 2016 | 07/29/16 | $ 348.80 | $ (13.34) | 0% | | | | | 11/10/15 | $ 290.30 | $ (1.34) | 75% | 12/31/15 | $ 274.30 | $ (8.34) | 25% | | | | | | | | | $ 286.30 | $ 63.8000 | $ (9.0900) |
| P10 2016 | 08/26/16 | $ 321.20 | $ (6.84) | 0% | | | | | 11/10/15 | $ 290.30 | $ (3.34) | 75% | 12/31/15 | $ 274.30 | $ (8.34) | 25% | | | | | | | | | $ 286.30 | $ 34.9000 | $ (4.5900) |
| P11 2016 | 09/23/16 | $ 303.30 | $ (10.74) | 0% | | | | | 11/10/15 | $ 290.30 | $ (3.34) | 75% | 12/31/15 | $ 274.30 | $ (8.34) | 25% | | | | | | | | | $ 286.30 | $ 17.0000 | $ (4.5900) |
| P12 2016 | 10/21/16 | $ 306.50 | $ (14.54) | 0% | 02/05/16 | $ 275.30 | $ (2.840) | 100% | | | | | | | | | | | | | | | | | $ 275.30 | $ 31.2000 | $ (2.8400) |
| P13 2016 | 11/18/16 | $ 310.10 | $ (14.54) | 0% | 02/05/16 | $ 275.30 | $ (2.840) | 100% | | | | | | | | | | | | | | | | | $ 275.30 | $ 34.8000 | $ (2.8400) |
| P1 2017 | 12/12/16 | $ 315.20 | $ (15.04) | 0% | 02/05/16 | $ 275.30 | $ (2.840) | 100% | | | | | | | | | | | | | | | | | $ 275.30 | $ 40.5000 | $ (2.8400) |
| P2 2017 | 01/20/17 | $ 348.70 | $ (29.04) | 0% | 02/08/16 | $ 275.30 | $ (2.340) | 100% | | | | | | | | | | | | | | | | | $ 275.30 | $ 73.4000 | $ (2.3400) |
| P3 2017 | 02/17/17 | $ 329.80 | $ (32.54) | 0% | 02/08/16 | $ 275.30 | $ (2.340) | 100% | | | | | | | | | | | | | | | | | $ 275.30 | $ 64.3000 | $ (2.3400) |
| P4 2017 | 03/17/17 | $ 328.90 | $ (33.04) | 0% | 02/08/16 | $ 275.30 | $ (0.34) | 50% | 03/09/17 | $ 327.30 | $ (33.04) | 50% | | | | | | | | | | | | | $ 301.30 | $ 27.6000 | $ (16.6900) |
| P5 2017 | 04/13/17 | $ 317.50 | $ (29.54) | 0% | 02/09/16 | $ 275.30 | $ (0.340) | 50% | 03/27/17 | $ 315.30 | $ (28.04) | 50% | | | | | | | | | | | | | $ 295.30 | $ 22.2000 | $ (14.1900) |
| P6 2017 | 05/12/17 | $ 313.30 | $ (28.54) | 0% | 02/25/16 | $ 275.30 | $ 1.160 | 50% | 05/09/17 | $ 313.30 | $ (29.54) | 50% | | | | | | | | | | | | | $ 294.30 | $ 19.0000 | $ (13.6900) |
| P7 2017 | 06/09/17 | $ 306.90 | $ (30.54) | 0% | 02/25/16 | $ 273.30 | $ 1.16 | 50% | 06/08/17 | $ 306.30 | $ (30.54) | 50% | | | | | | | | | | | | | $ 290.60 | $ 15.1000 | $ (14.6900) |
| P8 2017 | 07/07/17 | $ 330.70 | $ (29.54) | 0% | 06/22/17 | $ 285.30 | $ (28.04) | 100% | | | | | | | | | | | | | | | | | $ 286.30 | $ 35.4000 | $ (28.0400) |
| P9 2017 | 08/04/17 | $ 305.30 | $ (28.04) | 0% | 06/23/17 | $ 295.30 | $ (28.04) | 100% | | | | | | | | | | | | | | | | | $ 285.30 | $ 10.0000 | $ (28.0400) |
| P10 2017 | 08/31/17 | $ 294.30 | $ (21.74) | 0% | 06/23/17 | $ 285.30 | $ (28.04) | 100% | | | | | | | | | | | | | | | | | $ 286.30 | $ (1.0000) | $ (28.0400) |
| P11 2017 | 09/30/17 | $ 311.50 | $ (21.53) | 0% | 09/26/17 | $ 305.30 | $ (14.54) | 100% | | | | | | | | | | | | | | | | | $ 308.30 | $ 3.2000 | $ (14.5400) |
| P12 2017 | 10/27/17 | $ 312.10 | $ (30.03) | 0% | 10/25/17 | $ 315.70 | $ (29.53) | 100% | | | | | | | | | | | | | | | | | $ 315.70 | $ (3.0000) | $ (29.5300) |
| P13 2017 | 11/21/17 | $ 318.30 | $ (32.53) | 0% | 11/30/17 | $ 317.20 | $ (32.53) | 100% | | | | | | | | | | | | | | | | | $ 317.20 | $ 1.1000 | $ (32.5300) |
| P1 2018 | 12/08/17 | $ 331.70 | $ (35.03) | 0% | 12/11/17 | $ 331.70 | $ (35.030) | 100% | | | | | | | | | | | | | | | | | $ 331.70 | $ - | $ (35.0300) |
| P2 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P3 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P4 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P5 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P6 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P7 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P8 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P9 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P10 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P11 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P12 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |
| P13 2018 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - |

File: KFC Margin Over Feed Model - Period 01 2018

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225721

## 2018 COB Pricing Schedule

| Period | Dates | Futures Option Corn/Meal | Pricing Due |
|---|---|---|---|
| 1 | December 31 - January 27 | H/F | Monday, December 11 |
| 2 | January 28 - February 24 | H/H | January 19 |
| 3 | February 25 - March 24 | H/H | February 16 |
| 4 | March 25 - April 21 | K/K | March 16 |
| 5 | April 22 - May 19 | K/K | April 13 |
| 6 | May 20 - June 16 | N/N | May 11 |
| 7 | June 17 - July 14 | N/N | June 8 |
| 8 | July 15 - August 11 | U/Q | July 6 |
| 9 | August 12 - September 8 | U/U | August 3 |
| 10 | September 9 - October 6 | U/U | Thursday, August 30 |
| 11 | October 7 - November 3 | Z/V | September 28 |
| 12 | November 4 - December 1 | Z/Z | October 26 |
| 13 | December 2 - December 29 | Z/Z | Tuesday, November 20 |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225722
May Contain Confidential Business Information; Not Subject to FOIA

## Ric Blake

**From:** Campisano, Stephen <Steve.Campisano@rscs.com>
**Sent:** Thursday, November 30, 2017 12:15 PM
**To:** Brian Coan; Jason McGuire; Ric Blake
**Cc:** Eddington, Rich; Fisher, Sara
**Subject:** 2018 Poultry RFP Results

George's Team,

We have concluded the 2018 Further Process Poultry RFP by gaining alignment from our brand partners and will begin working on the contracts for 2018. Please see below the item and estimated volume awards for George's.

- GIN 25588 KFC Popcorn Chicken - $1.39/lb. for an estimated 13,000,000 – 14,000,000 lbs.
- GIN 27592 KFC Hot Wings - $1.75/lb. for an estimated 9,000,000 lbs.
- GIN 27593 Dipping Wings - $2.25/lb. for an estimated 200,000 lbs.
- GIN 28920 Non-marinated Filets - $2.99/lb. for an estimated 300,000 lbs.
- GIN 31203 KFC Strips - $1.84/lb. for an estimated 17,000,000 – 18,000,000 lbs. (Assumes current Spec/QAP being produced)
- GIN 73058 PH Boneless Wings - $1.50/lb. for an estimated 10,000,000 lbs.

Please confirm your alignment with the information ab…?

Thanks for your participation in RFP process.

***Stephen Campisano***
Director, Poultry Procurement
Restaurant Supply Chain Solutions, LLC
Phone: (502) 893-4131
Fax: (502) 721-5809
E-mail: stephen.campisano@rscs.com

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225723
May Contain Confidential Business Information; Not Subject to FOIA

## Ric Blake

**From:** Campisano, Stephen <Steve.Campisano@rscs.com>
**Sent:** Thursday, November 30, 2017 12:15 PM
**To:** Brian Coan; Jason McGuire; Ric Blake
**Cc:** Eddington, Rich; Fisher, Sara
**Subject:** 2018 Poultry RFP Results

George's Team,

We have concluded the 2018 Further Process Poultry RFP by gaining alignment from our brand partners and will begin working on the contracts for 2018. Please see below the item and estimated volume awards for George's.

- GIN 25588 KFC Popcorn Chicken - $1.39/lb. for an estimated 13,000,000 – 14,000,000 lbs.
- GIN 27592 KFC Hot Wings - $1.75/lb. for an estimated 9,000,000 lbs.
- GIN 27593 Dipping Wings - $2.25/lb. for an estimated 200,000 lbs.
- GIN 28920 Non-marinated Filets - $2.99/lb. for an estimated 300,000 lbs.
- GIN 31203 KFC Strips - $1.84/lb. for an estimated 17,000,000 – 18,000,000 lbs. (Assumes current Spec/QAP being produced)
- GIN 73058 PH Boneless Wings - $1.50/lb. for an estimated 10,000,000 lbs.

Please confirm your alignment with the information above?

Thanks for your participation in RFP process.

***Stephen Campisano***
Director, Poultry Procurement
Restaurant Supply Chain Solutions, LLC
Phone: (502) 893-4131
Fax: (502) 721-5809
E-mail: stephen.campisano@rscs.com

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225724
May Contain Confidential Business Information; Not Subject to FOIA

## Ric Blake

**From:** Brian Coan
**Sent:** Tuesday, May 16, 2017 10:32 AM
**To:** Fisher, Sara; Ric Blake
**Cc:** Eddington, Rich
**Subject:** RE: Next KFC COB Agreement Follow-up

Sara,

Per our conversation, this is correct. Thanks for your time.

Have a good week.

Brian Coan | Chief Customer Officer | George's Inc. | PO Drawer G | Springdale AR 72765-2030
Office: (479) 927.7235 | Mobile: (612) 655.1947| www.georgesinc.com

**From:** Fisher, Sara [mailto:Sara.Fisher@rscs.com]
**Sent:** Monday, May 15, 2017 3:53 PM
**To:** Ric Blake <ric.blake@georgesinc.com>; Brian Coan <Brian.Coan@georgesinc.com>
**Cc:** Eddington, Rich <Rich.Eddington@rscs.com>
**Subject:** RE: Next KFC COB Agreement Follow-up

Hi Brian,

Please see the revisions below in red.

Thanks!
Sara

**From:** Fisher, Sara
**Sent:** Friday, May 12, 2017 3:48 PM
**To:** Ric Blake <ric.blake@georgesinc.com>; 'Brian Coan (brian.coan@georgesinc.com)' <brian.coan@georgesinc.com>
**Cc:** Eddington, Rich <Rich.Eddington@rscs.com>
**Subject:** Next KFC COB Agreement Follow-up

Hi Brian & Ric,

Thank you for your time to-date discussing the potential opportunities as it relates to our next KFC COB agreement. As our next step, we would like to align on the following information:

- Length of contract: 3 Yrs. – January 2018 – December 2020
- Pricing base upon Cost Model previously provided (will be incorporated into official SBRA Addendum)
  - Per lb. stair step price impact is as follows:
    - 2017 - $.0075 (P6 start) Base of .0831 on bird margin (P-5)
    - 2018 - $.0158 – 8 Pc, $.0158 - DM = .1634 total (total margin .1797)
    - 2019 - $.0201 – 8 Pc, $.0201 - DM = .1596
    - 2020 - $.0201 – 8 Pc, $.0201 - DM = .1596

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225725
May Contain Confidential Business Information; Not Subject to FOIA

KFC Feed Flow Through Pricing Model
George's Farms, Inc. and George's Foods, LLC
For January - June, 2018
Effective: January 1, 2018 - July 15, 2018

| | | | | 253,963 | 538,292 | 792,254 |
|---|---|---|---|---|---|---|
| | | | | AR | VA | |
| | Proposed | Prior Period | Difference | Proposed | Proposed | |
| Live Delivered : | 3750 | 3750 | | 3750 | 3750 | |
| Feed Expense | $0.2163 | $0.2163 | $0.0000 | $0.2160 | $0.2164 | |
| Chick Cost | $0.0778 | $0.0778 | $0.0000 | $0.0847 | $0.0851 | |
| Grower Pay | $0.0639 | $0.0639 | $0.0000 | $0.0676 | $0.0666 | |
| Grow Out Expenses | $0.0030 | $0.0030 | $0.0000 | $0.0041 | $0.0037 | |
| Catching and Hauling | $0.0164 | $0.0164 | $0.0000 | $0.0166 | $0.0197 | |
| DOA, Field and Plant Condem | $0.0017 | $0.0017 | $0.0000 | $0.0017 | $0.0018 | |
| **Live Delivered Cost** | $0.3791 | $0.3791 | $0.0000 | $0.3907 | $0.3933 | |
| First Processing: | | | | | | |
| Offal & Giblet Credit | ($0.0194) | ($0.0191) | ($0.0003) | ($0.0189) | ($0.0196) | |
| | $0.3597 | $0.3600 | ($0.0003) | $0.3718 | $0.3737 | |
| Total WOG Yield W/F&T | 78.19% | 66.37% | 11.82% | 83.88% | 75.50% | |
| **WOG Meat Cost** | $0.4601 | $0.5424 | ($0.0823) | $0.4433 | $0.4949 | |
| Labor | $0.0603 | $0.0603 | $0.0000 | $0.0778 | $0.0717 | |
| Utilities & Misc Plant Overhead | $0.0427 | $0.0427 | $0.0000 | $0.0588 | $0.0451 | |
| Depreciation | $0.0089 | $0.0089 | $0.0000 | $0.0081 | $0.0101 | |
| **Plant WOG Cost Exit Chiller** | $0.5720 | $0.6543 | ($0.0823) | $0.5880 | $0.6218 | |
| KFC Process | | | | | | |
| Fat & Tail Yield | 96.97% | 96.95% | 0.02% | 97.00% | 96.95% | |
| Total Yielded Meat Cost | $0.5899 | $0.6749 | ($0.0850) | $0.6062 | $0.6414 | |
| Labor | $0.0391 | $0.0391 | $0.0000 | $0.0583 | $0.0397 | |
| Utilities & Misc Plant Overhead | $0.0190 | $0.0190 | $0.0000 | $0.0048 | $0.0134 | |
| Depreciation | $0.0015 | $0.0015 | $0.0000 | $0.0063 | $0.0023 | |
| Packaging Cost | $0.0435 | $0.0352 | $0.0083 | $0.0391 | $0.0456 | |
| Marinade Ingredient Cost | $0.0000 | $0.0000 | $0.0000 | $0.0000 | $0.0000 | |
| Downgrade/Rejects | $0.0074 | $0.0074 | $0.0000 | $0.0504 | $0.0506 | |
| **Total Plant Cost** | $0.7004 | $0.7771 | ($0.0767) | $0.7650 | $0.7930 | |
| Corporate Overhead | $0.0361 | $0.0361 | $0.0000 | $0.0369 | $0.0369 | |
| Supplier Margin | $0.0850 | $0.0850 | $0.0000 | $0.0850 | $0.0850 | |
| Return Per Bird Margin | $0.1055 | $0.0808 | $0.0247 | $0.1055 | $0.1055 | |
| Freezer Cost | $0.0350 | $0.0350 | $0.0000 | $0.0315 | $0.0350 | |
| **Total FOB Plant Cost** | **$0.9620** | **$1.0140** | **($0.0520)** | **$1.0239** | **$1.0554** | |
| **Target Margin / Head** | $0.5 | | | | | |
| **Average Lbs / Bird** | | | | | | |
| Supplemental Dark Meat Formula | ($0.2 | | | | | |
| **Supplemental Dark Meat FOB Price** | **$0.6** | | | | | |
| Supplemental White Meat Formula | $0.2 | | | | | |
| **Supplemental White Meat FOB Price** | **$1.1** | | | | | |
| Supplemental Wings Formula | $0.2 | | | | | |
| **Supplemental Wings FOB Price** | **$1.2** | | | | | |

2017
Jan - Jun - Margin - .0850
Bird - .0883
Jul - Dec margin - .0850
Bird .0756
2018
Jan - Jun Marg - .0850
Bird - .1050

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225726
May Contain Confidential Business Information; Not Subject to FOIA

KFC Feed Flow Through Pricing Model
George's Farms, Inc. and George's Foods, LLC
For January - June, 2018
Effective: January 1, 2018 - July 15, 2018

| | Proposed | Prior Period | Difference | 253,963 AR Proposed | 538,292 VA Proposed | 792,254 |
|---|---|---|---|---|---|---|
| Live Delivered : | 3750 | 3750 | | 3750 | 3750 | |
| Feed Expense | $0.2163 | $0.2163 | $0.0000 | $0.2160 | $0.2164 | |
| Chick Cost | $0.0778 | $0.0778 | $0.0000 | $0.0847 | $0.0851 | |
| Grower Pay | $0.0639 | $0.0639 | $0.0000 | $0.0676 | $0.0666 | |
| Grow Out Expenses | $0.0030 | $0.0030 | $0.0000 | $0.0041 | $0.0037 | |
| Catching and Hauling | $0.0164 | $0.0164 | $0.0000 | $0.0166 | $0.0197 | |
| DOA, Field and Plant Condem | $0.0017 | $0.0017 | $0.0000 | $0.0017 | $0.0018 | |
| **Live Delivered Cost** | $0.3791 | $0.3791 | $0.0000 | $0.3907 | $0.3933 | |
| First Processing: | | | | | | |
| Offal & Giblet Credit | ($0.0194) | ($0.0191) | ($0.0003) | ($0.0189) | ($0.0196) | |
| | $0.3597 | $0.3600 | ($0.0003) | $0.3718 | $0.3737 | |
| Total WOG Yield W/F&T | 78.19% | 66.37% | 11.82% | 83.88% | 75.50% | |
| **WOG Meat Cost** | $0.4601 | $0.5424 | ($0.0823) | $0.4433 | $0.4949 | |
| Labor | $0.0603 | $0.0603 | $0.0000 | $0.0778 | $0.0717 | |
| Utilities & Misc Plant Overhead | $0.0427 | $0.0427 | $0.0000 | $0.0588 | $0.0451 | |
| Depreciation | $0.0089 | $0.0089 | $0.0000 | $0.0081 | $0.0101 | |
| **Plant WOG Cost Exit Chiller** | $0.5720 | $0.6543 | ($0.0823) | $0.5880 | $0.6218 | |
| KFC Process | | | | | | |
| Fat & Tail Yield | 96.97% | 96.95% | 0.02% | 97.00% | 96.95% | |
| Total Yielded Meat Cost | $0.5899 | $0.6749 | ($0.0850) | $0.6062 | $0.6414 | |
| Labor | $0.0391 | $0.0391 | $0.0000 | $0.0583 | $0.0397 | |
| Utilities & Misc Plant Overhead | $0.0190 | $0.0190 | $0.0000 | $0.0048 | $0.0134 | |
| Depreciation | $0.0015 | $0.0015 | $0.0000 | $0.0063 | $0.0023 | |
| Packaging Cost | $0.0435 | $0.0352 | $0.0083 | $0.0391 | $0.0456 | |
| Marinade Ingredient Cost | $0.0000 | $0.0000 | $0.0000 | $0.0000 | $0.0000 | |
| Downgrade/Rejects | $0.0074 | $0.0074 | $0.0000 | $0.0504 | $0.0506 | |
| **Total Plant Cost** | $0.7004 | $0.7771 | ($0.0767) | $0.7650 | $0.7930 | |
| Corporate Overhead | $0.0361 | $0.0361 | $0.0000 | $0.0369 | $0.0369 | |
| Supplier Margin | $0.0850 | $0.0850 | $0.0000 | $0.0850 | $0.0850 | |
| Return Per Bird Margin | $0.1055 | $0.0808 | $0.0247 | $0.1055 | $0.1055 | |
| Freezer Cost | $0.0350 | $0.0350 | $0.0000 | $0.0315 | $0.0350 | |
| **Total FOB Plant Cost** | **$0.9620** | **$1.0140** | **($0.0520)** | **$1.0239** | **$1.0554** | |
| **Target Margin / Head** | $0.5000 | $0.5000 | $0.0000 | $0.5000 | $0.5000 | |
| **Average Lbs / Bird** | 2.63 | 2.63 | - | 2.63 | 2.63 | |
| Supplemental Dark Meat Formula | ($0.2800) | ($0.2800) | $0.0000 | | | |
| **Supplemental Dark Meat FOB Price** | **$0.6820** | **$0.7595** | **($0.0775)** | | | |
| Supplemental White Meat Formula | $0.2000 | $0.2000 | $0.0000 | | | |
| **Supplemental White Meat FOB Price** | **$1.1620** | **$1.2395** | **($0.0775)** | | | |
| Supplemental Wings Formula | $0.2500 | $0.2500 | $0.0000 | | | |
| **Supplemental Wings FOB Price** | **$1.2120** | **$1.2895** | **($0.0775)** | | | |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225727
May Contain Confidential Business Information; Not Subject to FOIA

**Ric Blake**

**From:** Brian Coan
**Sent:** Tuesday, February 14, 2017 5:15 PM
**To:** Bob Davenport; Greg Nelson; Ric Blake; Lawton Garrett
**Cc:** Judy Hall
**Subject:** Agenda and Prework for Sales Planning Meeting

I am looking forward to our planning meeting next Wednesday afternoon and it will be in the R&D Conference Room. The main things that I would like to accomplish for the afternoon include:

- Alignment of customers, teams, and segments moving forward.
- Alignment on core vs. non-core business
  - Core customer has: defined term, defined volume, defined pricing structure, fits overall growth strategy
- Development of Q3 sales plan

**Please be prepared to discuss:**

- Updated customer list with accounts you (and your team) would like to handle.
  - Identify Core customers based on above definition
- High level Q3 sales plan for your area (targets, contracts up for renewal, resource needs, etc.)

Based on our previous discussions we are moving forward with the following Sales alignment:

Foodservice Sales: Bob Davenport, Leader
- Chris Kenner
- Dave Olson
- Key Accounts (non-negotiable): Sysco, US Foods, Ahold

National Accounts Ric Blake
- Key Accounts: KFC, Popeyes

Greg Goggans
Greg Nelson
- Danny Camper

I will handle Walmart/Sam's and Panda directly.

Ric, Greg G., & Greg N. will report directly to me. Greg G. will support National Accounts and manage accounts (tbd) as well.

I have asked Lawton and Judy to join us as the decisions we make will affect them as well.

Thanks and please let me know if you have any questions.

Brian Coan | Chief Customer Officer | George's Inc. | PO Drawer G | Springdale AR 72765-2030
Office: (479) 927.7235 | Mobile: (612) 655.1947| www.georgesinc.com

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225728
May Contain Confidential Business Information; Not Subject to FOIA

- Annual Volume: ~50,518,000 lbs. – 8 Pc. (fresh & frozen combined; supplemental items will be provided at current proportions of 8 Pc volume)
    - Cassville: ~26,130,000 lbs.
    - Edinburg: ~24,388,000 lbs.
- Agreement/pricing includes commitment to move to NHA per the World Health Organization by December 2018 at the latest
    - NHA validation to be in form of active USDA Process Verified Program (PVP)
- Confirmation of this email will allow RSCS to hedge corn and meal for the calendar year 2018

After we have received agreement on all of the above information, we will get the SBRA documents to you for signatures.

We appreciate all that you do for our system and look forward to another successful 3 years!

Sara Fisher
Sr. Manager, Poultry Procurement
Restaurant Supply Chain Solutions
A Yum! Brands Co-op
Phone: (502) 891-4711
Cell: (502) 387-3868

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225729
May Contain Confidential Business Information; Not Subject to FOIA

## 2018 COB Pricing Schedule

| Period | Dates | Futures Option Corn/Meal | Pricing Due |
|---|---|---|---|
| 1 | December 31 - January 27 | H/F | Monday, December 11 |
| 2 | January 28 - February 24 | H/H | January 19 |
| 3 | February 25 - March 24 | H/H | February 16 |
| 4 | March 25 - April 21 | K/K | March 16 |
| 5 | April 22 - May 19 | K/K | April 13 |
| 6 | May 20 - June 16 | N/N | May 11 |
| 7 | June 17 - July 14 | N/N | June 8 |
| 8 | July 15 - August 11 | U/Q | July 6 |
| 9 | August 12 - September 8 | U/U | August 3 |
| 10 | September 9 - October 6 | U/U | Thursday, August 30 |
| 11 | October 7 - November 3 | Z/V | September 28 |
| 12 | November 4 - December 1 | Z/Z | October 26 |
| 13 | December 2 - December 29 | Z/Z | Tuesday, November 20 |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e) GEODOJ_0225730
May Contain Confidential Business Information; Not Subject to FOIA



Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)        GEODOJ_0225731
May Contain Confidential Business Information; Not Subject to FOIA