# Exhibit D

Bill Kantola
770-536-8818
Cell 678-997-7180

Carl Pepper
479-361-9836

Dale Kally
407-654-0500
404-404-9948
Cell 407-694-8809

Scott Brady
256-536-6120
Cell 678-640-1622

Roger Austin
502-245-1681

**Government Exhibit**
20-cr-152-PAB
**6087**

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225732

Bill Kantola
770-536-8818
678-997-7180

Carl Pepper
479-361-9836

Dale Kelly
407-654-0500
404-404-9948
407-694-8809

Scott Brady
256-536-6120
678-640-1622

Roger Austin
2-245-1681

Popeye's Cost Plus 2018

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225733



Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225734

**GEORGE'S INC.**
**POPEYES COST PLUS MONTHLY PRICING**
**January 01, 2018 - February 04, 2017**
January

| | | 2018 | | | | |
|---|---|---|---|---|---|---|
| Live Production Expenses: | | | | | | |
| Chick Costs | $ | 0.0800 | *Co* | *8pc* | | *DM* |
| Feed Costs | $ | 0.2086 | | | | |
| Grower Pay | $ | 0.0671 | | | | |
| DOA | $ | 0.0017 | Pilgrim | .9656 | | |
| Catch and Haul | $ | 0.0182 | | | | |
| Grow Out Costs | $ | 0.0039 | | | | |
| Total Live Cost to Plant | $ | 0.3795 | Claxton | .9703 | | |
| 1st Processing Plant Costs: | | | | | | |
| Offal Credit | | (0.0143) | | | | |
| Giblet Credit | | (0.0035) | Mar-Jac | .9415 | | |
| | $ | 0.3617 | | | | |
| Total WOG Yield | | 74.96% | | | | |
| Yielded WOG Meat Cost | | $0.4826 | Tyson | .9596 | | |
| Labor | $ | 0.0748 | | | | |
| Depreciation | $ | 0.0091 | | | | |
| Plant Overhead | $ | 0.0519 | George's | .9548 | | |
| Total 1st Processing Cost | $ | 0.1358 | | | | |
| Total WOG Cost | $ | 0.6184 | Koch | .9576 | | |
| Cut-Up Yield | | 98.11% | | | | |
| Yielded Meat Cost | $ | 0.6303 | | | | |
| 8pc Process Cost | | | | | | |
| Labor | $ | 0.0407 | | | | |
| Depreciation | $ | 0.0033 | | | | |
| Plant Overhead | $ | 0.0084 | | | | |
| Packaging Materials | $ | 0.0456 | | | | |
| Total 8 pc Process Cost | $ | 0.0979 | | | | |
| Total Operating Cost | $ | 0.7282 | | | | |
| Corporate Overhead Cost | $ | 0.0369 | | | | |
| Margin/Profit | $ | 0.1897 | | | | |
| Total FOB 8pc Price | $ | 0.9548 | | | | |
| **FOB Dark Meat Price** | $ | **0.6548** | | | | |

($0.30 back of 8pc price)

| | |
|---|---|
| Drumsticks 40 lbs. Cs. Wt. | $.8000 FOB |
| Whole Wings 40 lbs. Cs. Wt. | Wed. UB + $.05 FOB |

**GEORGE'S INC.**

| Additional Costs: | | |
|---|---|---|
| Freezing Cost | $ | 0.0300 |
| Freight | See freight tab | |

| | | | | | Weighted Avg. |
|---|---|---|---|---|---|
| Average Case Weight 8pc 16 Light | 38.47 | 84% | 32.31 | | 38.90 |
| Average Case Weight 8pc 16 Heavy | 41.21 | 16% | 6.59 | | |
| Average Case Weight Dark Meat 128 pc. | 37.64 | | | | |
| FOB price for Supplemental Drumsticks | | | | | |
| FOB price for Supplemental Wings | | | | | |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)   GEODOJ_0225735
May Contain Confidential Business Information; Not Subject to FOIA

# GEORGE'S INC.
## COST SUMMARY
## CORN/SOY
### January 01, 2018 - February 04, 2017
### January

|  | 3 Month Avg | FREIGHT | BASIS | TOTAL |
|---|---|---|---|---|
| CORN | $3.4767 | $0.9785 | ($0.1619) | $4.2933 |
| SOY | $316.97 | $37.5300 | ($34.0300) | $320.47 |

|  | % RATION | COST/UNIT | | COST/LB FEED |
|---|---|---|---|---|
| CORN | 62.60% | $4.293 | | $0.0480 |
| SOY | 22.97% | $320.467 | | $0.0368 |
| OTHER | 14.42% | $0.1863 | | $0.0269 |
|  | 100.00% | | | $0.1117 |

| | COST/LB FEED |
|---|---|
| MILLING COST | $0.0055 |
| DELIVERY COST | $0.0032 |
| SUBTOTAL | $0.1204 |
| W/ FEED SHRINK 0.75% | $0.1213 |
| FEED CONVERSION | 1.72 |
| FEED COST | **$0.2086** |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225736

| Date | | Corn $/Bushel | | | Meal $/Ton | |
|---|---|---|---|---|---|---|
| 10/27/17 | Board | $ | 3.4875 | Board | $ | 312.10 |
| 11/24/17 | Board | $ | 3.4225 | Board | $ | 323.80 |
| 12/22/17 | Board | $ | 3.5200 | Board | $ | 315.00 |
| | Average Board | $ | 3.4767 | Average Board | $ | 316.97 |
| 10/27/17 | Basis | $ | (0.2165) | Basis | $ | (30.03) |
| 11/24/17 | Basis | $ | (0.0977) | Basis | $ | (32.53) |
| 12/22/17 | Basis | $ | (0.1715) | Basis | $ | (39.53) |
| | Average Basis | $ | (0.1619) | Average Basis | $ | (34.03) |
| 10/27/17 | Freight | $ | 0.9785 | Freight | $ | 37.53 |
| 11/24/17 | Freight | $ | 0.9785 | Freight | $ | 37.53 |
| 12/22/17 | Freight | $ | 0.9785 | Freight | $ | 37.53 |
| | Average Freight | $ | 0.9785 | Average Freight | $ | 37.53 |
| 10/27/17 | Monthly Total | $ | 4.2496 | Monthly Total | $ | 319.60 |
| 11/24/17 | Monthly Total | $ | 4.3033 | Monthly Total | $ | 328.80 |
| 12/22/17 | Monthly Total | $ | 4.3270 | Monthly Total | $ | 313.00 |
| | Monthly Average | $ | 4.2933 | Monthly Average | $ | 320.47 |

File: Popeyes Margin Over Feed Model -Perioe 01 2018

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225737

| Popeye's CORN | Market Date | Market Price | Basis | % Not Covered | Cover 1 | | | | | Cover 2 | | | | Cover 3 | | | | Cover 4 | | | | Combined Value | Difference Corn Price | Basis Value | Difference Basis Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Date Taken | Position | Basis | Allocation Corn % | Allocation Basis % | Date Taken | Position | Basis | Allocation % | Date Taken | Position | Basis | Allocation % | Date Taken | Position | Basis | Allocation % | | | | |
| Jan-16 | 12/24/15 | $3.6435 | $(0.0155) | 0% | 11/06/15 | $3.6300 | $0.0443 | 100% | 100% | | | | | | | | | | | | | $3.6500 | $(0.0200) | $0.0443 | $(0.0601) |
| Feb-16 | 01/22/16 | $3.7038 | $0.5410 | 0% | 11/06/15 | $3.6300 | $0.0443 | 100% | 100% | | | | | | | | | | | | | $3.6500 | $(0.0538) | $0.0443 | $(0.0390) |
| Mar-16 | 02/26/16 | $3.5455 | $(0.0455) | 0% | 10/18/15 | $3.6500 | $0.0442 | 100% | 100% | | | | | | | | | | | | | $3.6500 | $(0.1050) | $0.0443 | $(0.0901) |
| Apr-16 | 03/25/16 | $3.7050 | $(0.0548) | 0% | 01/04/16 | $3.6000 | $(0.0155) | 50% | 50% | 1/6/2016 | $3.5875 | $(0.0156) | 50% | | | | | | | | | $3.5938 | $0.1063 | $(0.0156) | $(0.0750) |
| May-16 | 04/29/16 | $3.7175 | $(0.1654) | 0% | 01/04/16 | $3.6000 | $(0.0156) | 50% | 50% | 1/5/2016 | $3.3875 | $(0.0228) | 50% | | | | | | | | | $3.6938 | $0.1250 | $(0.0192) | $(0.0688) |
| Jun-16 | 05/27/16 | $4.1275 | $0.1305 | 0% | 03/01/16 | $3.8000 | $(0.0505) | 50% | 50% | 3/2/2016 | $3.6000 | $0.0600 | 50% | | | | | | | | | $3.6000 | $0.5275 | $(0.0100) | $(0.1407) |
| Jul-16 | 06/24/16 | $3.8450 | $(0.1830) | 0% | 02/29/16 | $3.5000 | $(0.0658) | 100% | 100% | | | | | | | | | | | | | $3.5600 | $0.2950 | $(0.0066) | $(0.1872) |
| Aug-16 | 07/22/16 | $3.3900 | $0.0021 | 0% | | | | | | 7/5/2016 | $3.5900 | $(0.0630) | 100% | | | | | | | | | $3.5900 | $(0.2000) | $(0.0630) | $0.0701 |
| Sep-16 | 08/26/16 | $3.1625 | $(0.0230) | 0% | | | | | | 7/5/2016 | $3.5500 | $(0.0630) | 100% | | | | | | | | | $3.6600 | $(0.3875) | $(0.0630) | $0.0301 |
| Oct-16 | 09/26/16 | $3.3450 | $(0.1100) | 0% | | | | | | 9/2/2016 | $3.2800 | $0.0171 | 100% | | | | | | | | | $3.2800 | $0.0650 | $0.0171 | $(0.1271) |
| Nov-16 | 10/28/16 | $3.5500 | $(0.2304) | 0% | | | | | | 9/22/2016 | $3.2800 | $0.0171 | 100% | | | | | | | | | $3.2800 | $0.2700 | $0.0171 | $(0.2475) |
| Dec-16 | 11/28/16 | $3.4925 | $(0.1342) | 0% | | | | | | 9/22/2016 | $3.2800 | $0.0171 | 100% | | | | | | | | | $3.2800 | $0.2125 | $0.0171 | $(0.1513) |
| Jan-17 | 12/23/16 | $3.4675 | $(0.1854) | 100% | | | | | | | | | | | | | | | | | | $3.4675 | - | $(0.1854) | - |
| Feb-17 | 01/27/17 | $3.6290 | $(0.1154) | 100% | | | | | | | | | | | | | | | | | | $3.6290 | - | $(0.1154) | - |
| Mar-17 | 02/24/17 | $3.6400 | $(0.0854) | 100% | | | | | | | | | | | | | | | | | | $3.6400 | - | $(0.0854) | - |
| Apr-17 | 03/24/17 | $3.5625 | $(0.2504) | 100% | | | | | | | | | | | | | | | | | | $3.5625 | - | $(0.2504) | - |
| May-17 | 04/21/17 | $3.5700 | $(0.2384) | 100% | | | | | | | | | | | | | | | | | | $3.5700 | - | $(0.2364) | - |
| Jun-17 | 05/26/17 | $3.7425 | $(0.1854) | 100% | | | | | | | | | | | | | | | | | | $3.7425 | - | $(0.1854) | - |
| Jul-17 | 06/23/17 | $3.5715 | $(0.1804) | 100% | | | | | | | | | | | | | | | | | | $3.5715 | - | $(0.1804) | - |
| Aug-17 | 07/28/17 | $3.7425 | $(0.2550) | 100% | | | | | | | | | | | | | | | | | | $3.7425 | - | $(0.2550) | - |
| Sep-17 | 08/25/17 | $3.3875 | $(0.1754) | 100% | | | | | | | | | | | | | | | | | | $3.3875 | - | $(0.1754) | - |
| Oct-17 | 09/22/17 | $3.5350 | $(0.3104) | 100% | | | | | | | | | | | | | | | | | | $3.5350 | - | $(0.3104) | - |
| Nov-17 | 10/27/17 | $3.4875 | $(0.2165) | 100% | | | | | | | | | | | | | | | | | | $3.4875 | - | $(0.2165) | - |
| Dec-17 | 11/24/17 | $3.4225 | $(0.0977) | 100% | | | | | | | | | | | | | | | | | | $3.4225 | - | $(0.0977) | - |
| Jan-18 | 12/22/17 | $3.5200 | $(0.1710) | 0% | 12/27/17 | $3.5400 | $(0.1715) | 100% | 100% | | | | | | | | | | | | | $3.5200 | - | $(0.1715) | - |
| Feb-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Mar-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Apr-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| May-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Jun-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Jul-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Aug-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Sep-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Oct-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Nov-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |
| Dec-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | |

File: Popeyes Margin Over Feed Model - Period 01 2018

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225738

| Popeye's SBM | Market Date | Market Price | Basis | % Not Covered | Cover 1 ||||| Cover 2 ||||| Cover 3 ||||| Cover 4 ||||| Combined Value | Difference SBM Prices | Basis Value | Difference Basis Prices |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Date Taken | Position | Basis | Allocation SBM % | Allocation Basis % | Date Taken | Position | Basis | Allocation % | | Date Taken | Position | Basis | Allocation % | | Date Taken | Position | Basis | Allocation % | | | | |
| Jan-16 | 12/24/15 | $ 287.30 | $ (9.84) | 0% | 11/12/15 | $ 290.00 | $ (4.84) | 100% | 100% | | | | | | | | | | | | | | | | $ 290.00 | $ (22.7000) | $ (9.8400) | $ (5.00) |
| Feb-16 | 01/22/16 | $ 288.50 | $ (6.84) | 0% | 11/12/15 | $ 290.00 | $ (4.84) | 100% | 100% | | | | | | | | | | | | | | | | $ 290.00 | $ (21.5000) | $ (4.8400) | $ (2.00) |
| Mar-16 | 02/26/16 | $ 257.20 | $ (1.84) | 0% | 11/12/15 | $ 290.00 | $ (4.84) | 100% | 100% | | | | | | | | | | | | | | | | $ 290.00 | $ (32.8000) | $ (4.8400) | $ 3.00 |
| Apr-16 | 03/25/16 | $ 275.30 | $ (11.84) | 0% | 01/05/16 | $ 268.00 | $ (8.34) | 100% | 100% | | | | | | | | | | | | | | | | $ 268.00 | $ 7.3000 | $ (8.3400) | $ (3.50) |
| May-16 | 04/22/16 | $ 311.70 | $ (12.34) | 0% | 01/05/16 | $ 268.00 | $ (8.34) | 100% | 100% | | | | | | | | | | | | | | | | $ 268.00 | $ 43.7000 | $ (8.3400) | $ (4.00) |
| Jun-16 | 05/27/16 | $ 402.60 | $ (10.84) | 0% | 02/06/16 | $ 268.00 | $ (3.34) | 100% | 100% | | | | | | | | | | | | | | | | $ 268.00 | $ 134.6000 | $ (3.3400) | $ (7.50) |
| Jul-16 | 06/24/16 | $ 375.60 | $ (16.84) | 0% | 02/29/16 | $ 264.00 | $ (4.34) | 100% | 100% | | | | | | | | | | | | | | | | $ 264.00 | $ 111.6000 | $ (4.3400) | $ (12.50) |
| Aug-16 | 07/22/16 | $ 346.70 | $ (14.84) | 100% | | | | | | | | | | | | | | | | | | | | | $ 346.70 | $ - | $ (14.8400) | $ - |
| Sep-16 | 08/26/16 | $ 321.20 | $ (6.84) | 100% | | | | | | | | | | | | | | | | | | | | | $ 321.20 | $ - | $ (6.8400) | $ - |
| Oct-16 | 09/23/16 | $ 303.30 | $ (10.74) | 100% | | | | | | | | | | | | | | | | | | | | | $ 303.30 | $ - | $ (10.7400) | $ - |
| Nov-16 | 10/28/16 | $ 317.50 | $ (16.04) | 100% | | | | | | | | | | | | | | | | | | | | | $ 317.50 | $ - | $ (16.0400) | $ - |
| Dec-16 | 11/25/16 | $ 320.80 | $ (16.04) | 100% | | | | | | | | | | | | | | | | | | | | | $ 320.80 | $ - | $ (16.0400) | $ - |
| Jan-17 | 12/23/16 | $ 308.00 | $ (18.04) | 100% | | | | | | | | | | | | | | | | | | | | | $ 308.00 | $ - | $ (18.0400) | $ - |
| Feb-17 | 01/27/17 | $ 343.00 | $ (29.04) | 100% | | | | | | | | | | | | | | | | | | | | | $ 343.00 | $ - | $ (29.0400) | $ - |
| Mar-17 | 02/24/17 | $ 333.00 | $ (31.04) | 100% | | | | | | | | | | | | | | | | | | | | | $ 333.00 | $ - | $ (31.0400) | $ - |
| Apr-17 | 03/24/17 | $ 321.70 | $ (33.04) | 0% | 03/24/17 | $ 320.00 | $ (33.04) | 100% | 100% | | | | | | | | | | | | | | | | $ 320.00 | $ 1.7000 | $ (33.0400) | $ - |
| May-17 | 04/21/17 | $ 308.50 | $ (27.04) | 0% | 03/24/17 | $ 320.00 | $ (33.04) | 100% | 100% | | | | | | | | | | | | | | | | $ 320.00 | $ (10.5000) | $ (33.0400) | $ 6.00 |
| Jun-17 | 05/26/17 | $ 301.80 | $ (30.04) | 0% | 03/24/17 | $ 320.00 | $ (28.04) | 100% | 100% | | | | | | | | | | | | | | | | $ 320.00 | $ (18.2000) | $ (28.0400) | $ (2.00) |
| Jul-17 | 06/23/17 | $ 293.60 | $ (28.04) | 100% | | | | | | | | | | | | | | | | | | | | | $ 293.60 | $ - | $ (28.0400) | $ - |
| Aug-17 | 07/28/17 | $ 321.00 | $ (28.04) | 100% | | | | | | | | | | | | | | | | | | | | | $ 321.00 | $ - | $ (28.0400) | $ - |
| Sep-17 | 08/25/17 | $ 296.40 | $ (27.54) | 100% | | | | | | | | | | | | | | | | | | | | | $ 296.40 | $ - | $ (27.5400) | $ - |
| Oct-17 | 09/23/17 | $ 315.00 | $ (18.54) | 100% | | | | | | | | | | | | | | | | | | | | | $ 315.00 | $ - | $ (18.5400) | $ - |
| Nov-17 | 10/27/17 | $ 312.10 | $ (30.03) | 100% | | | | | | | | | | | | | | | | | | | | | $ 312.10 | $ - | $ (30.0300) | $ - |
| Dec-17 | 11/24/17 | $ 323.80 | $ (32.53) | 100% | | | | | | | | | | | | | | | | | | | | | $ 323.80 | $ - | $ (32.5300) | $ - |
| Jan-18 | 12/22/17 | $ 312.80 | $ (36.53) | 0% | 12/20/17 | $ 315.00 | $ (38.53) | 100% | 100% | | | | | | | | | | | | | | | | $ 315.00 | $ (2.2000) | $ (38.5300) | $ - |
| Feb-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Mar-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Apr-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| May-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Jun-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Jul-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Aug-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Sep-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Oct-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Nov-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |
| Dec-18 | | | | 100% | | | | | | | | | | | | | | | | | | | | | $ - | $ - | $ - | $ - |

File: Popeyes Margin Over Feed Model - Perioe 01 2018

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225739

### 1) SUPPLIER DISTRIBUTION FEE FOR DIRECT DISTRIBUTION.

|  | Ar | KC |
| --- | --- | --- |
| Fuel Surcharge Starting Point | $ 3.0000 | $ 3.0000 |
| New DOE National Average | $ 2.9148 | $ 3.5840 |
| Fuel Change Per Gallon | $ (0.0852) | $ 0.5840 |
| Average Miles Per Route |  |  |
| Incremental Cost Per Route | $ - | $ - |
| Average Pounds Route |  |  |
| Average Stores Per Route | 23.0 | 14.0 |
| Average Pounds Per Stop | - | - |
| Surcharge Per Stop | $ - | $ - |
| Surcharge Per Pound | #DIV/0! | #DIV/0! |
| Base Distribution Fee | $ 0.0975 | $ 0.0750 |
| **Landed Dist Cost Per Pound** | **#DIV/0!** | **#DIV/0!** |

**George's**

| 4 week US DOE National Average | 2.9148 |
| --- | --- |
| Fuel Surcharge Per Mile from Chart | 0.00 |

**Assumptions:**
Average Miles per Gallon = 5.5
Fuel Surcharge adjusts $0.01/mile for every $0.055 change in the Price Per Gallon of Diesel
Fuel Surcharge calculated by looking up surcharge per mile from accompanying table and multiplying by mileage per route or to 3rd Party Distributor location

Complete the blue highlighted sections with the processor's appropriate data during the initial setup.

Update the Price Per Gallon and Fuel Surcharge Per Mile here. All freight calculations will update automatically based on these values.

DO NOT EDIT THE OTHER SECTIONS EXCEPT AS INSTRUCTED BY SMS. DO NOT CHANGE ANY OF THE CELL FORMULAS.

Section 1 should have one column per direct to store delivery route. Section 2 should have one column per 3rd party distributor used to service Popeyes.

| Date |
| --- |
| 11/27/2017 |
| 12/4/2017 |
| 12/11/2017 |
| 12/18/2017 |

### 2) SUPPLIER DISTRIBUTION FEE FOR 3RD PARTY DISTIBUTION CENTERS

| Fuel Surcharge Starting Point | $ 3.0000 |
| --- | --- |
| New DOE National Average | $ 2.9148 |
| Fuel Change Per Gallon | $ (0.0852) |

| DISTRIBUTOR | Meats Plus | Badger | Rosebud | Sysco Lincoln | PFS Livermore |  | MBM So. Cal | Plymouth | FSA Loveland,Co. | J. Wiel | G west. | Sysco Billings |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 6 | 11 | 74 | 23 | 74 |  | 112 | 22 | 24 | 1 | 1 | 1 |
| Plant Location | Ar | Ar | Ar | Ar | Ar | Ar | Ar | Ar | Ar | Ar | Ar | Ar |
| Miles to Dist Location | 487 | 641 | 652 | 398 | 1,860 |  | 1,598 | 2,088 | 809 | 1,378 | 1,607 | 1,277 |
| Increased fuel cost | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Lbs Per Load | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 |
| Surcharge Per Pound | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Base Distribution Fee | $ 0.0365 | $ 0.0400 | $ 0.0400 | $ 0.0325 | $ 0.0850 |  | $ 0.0725 | $ 0.1141 | $ 0.0550 | $ 0.1200 | $ 0.1200 | $ 0.1200 |
| **Landed Freight Cost Per Pound** | $ 0.0365 | $ 0.0400 | $ 0.0400 | $ 0.0325 | $ 0.0850 | - | $ 0.0725 | $ 0.1141 | $ 0.0550 | $ 0.1200 | $ 0.1200 | $ 0.1200 |
|  | $ 1,235.00 | $ 1,280.00 | $ 1,523.00 | $ 1,098.00 | 3,157.00 |  | $ 2,620.00 | $ 3,650.00 | 1,907.00 | $ 3,414.00 | $ 3,411.00 | $ 3,085.00 |

If the Lbs Per Load on any route or to any destination changes, be sure to point this out to SMS in order to ensure the correct pricing is setup in their system.

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225740

| Weekly U.S. 1 |
|---:|
| 2.9260 |
| 2.9220 |
| 2.9100 |
| 2.9010 |
| 2.9148 |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225741

Popeyes Margin Over Feed Model - Period 01 2018

### 1) SUPPLIER DISTRIBUTION FEE FOR DIRECT DISTRIBUTION.    SUPPLIER  George's VA

George's VA

| | | |
|---|---|---|
| Fuel Surcharge Starting Point | $ | 3.0000 |
| New DOE National Average | $ | 2.9148 |
| Fuel Change Per Gallon | $ | (0.0852) |
| Average Miles Per Route | | 485 |
| Incremental Cost Per Route | $ | - |
| Average Pounds Route | | 17,500 |
| Average Stores Per Route | | |
| Average Pounds Per Stop | | #DIV/0! |
| Surcharge Per Stop | | #DIV/0! |
| Surcharge Per Pound | $ | - |
| Base Distribution Fee | $ | 0.0725 |
| **Landed Dist Cost Per Pound** | **$** | **0.0725** |

| | |
|---|---|
| 4 week US DOE National Average | 2.9148 |
| Fuel Surcharge Per Mile from Chart | 0.00 |

**Assumptions:**
Average Miles per Gallon = 5.5
Fuel Surcharge adjusts $0.01/mile for every $0.055 change in the Price Per Gallon of Diesel
Fuel Surcharge calculated by looking up surcharge per mile from accompanying table and multiplying by mileage per route or to 3rd Party Distributor location

Complete the blue highlighted sections with the processor's approriate data during the initial setup.

Update the Price Per Gallon and Fuel Surcharge Per Mile here. All freight calculations will update automatically based on these values.

DO NOT EDIT THE OTHER SECTIONS

### 2) SUPPLIER DISTRIBUTION FEE FOR 3RD PARTY DISTIBUTION CENTERS

| | | |
|---|---|---|
| Fuel Surcharge Starting Point | $ | 3.0000 |
| New DOE National Average | $ | 2.9148 |
| Fuel Change Per Gallon | $ | (0.0852) |

| DISTRIBUTOR | Dudley | Spectrum | Imlers | Poultry P | Weeks/Sherwood | I-Supply |
|---|---|---|---|---|---|---|
| | 4 | | | 26 | 33 | 56 |
| Plant Location | George's VA | George's VA | George's VA | George's VA | George's VA | George's VA |
| Miles to Dist Location | 378 | 404 | | 587 | 551 | 441 |
| Increased fuel cost | $ - | $ - | $ - | $ - | $ - | $ - |
| Lbs Per Load | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 |
| Surcharge Per Pound | $ - | $ - | $ - | $ - | $ - | $ - |
| Base Distribution Fee | $ 0.0300 | $ 0.0265 | $ - | $ 0.0500 | $ 0.0365 | $ 0.0400 |
| **Landed Freight Cost Per Pound** | **$ 0.0300** | **$ 0.0265** | **$ -** | **$ 0.0500** | **$ 0.0365** | **$ 0.0400** |

If the Lbs Per Load on any route or to any destination changes, be sure to point this out to SMS in order to ensure the correct pricing is setup in their system.

http://www.eia.gov/petroleum/gasdiesel/

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225742

| SMS / Popeyes Fuel Surcharge Table ||  |
|---|---|---|
| Diesel Price Per Gallon || Fuel Surcharge Per Mile |
| At Least | But Less Than or Equal To |  |
| $ 3.6450 | $ 3.6999 | $ - |
| $ 3.7000 | $ 3.7549 | $ 0.01 |
| $ 3.7550 | $ 3.8099 | $ 0.02 |
| $ 3.8100 | $ 3.8649 | $ 0.03 |
| $ 3.8650 | $ 3.9199 | $ 0.04 |
| $ 3.9200 | $ 3.9749 | $ 0.05 |
| $ 3.9750 | $ 4.0299 | $ 0.06 |
| $ 4.0300 | $ 4.0849 | $ 0.07 |
| $ 4.0850 | $ 4.1399 | $ 0.08 |
| $ 4.1400 | $ 4.1949 | $ 0.09 |
| $ 4.1950 | $ 4.2499 | $ 0.10 |
| $ 4.2500 | $ 4.3049 | $ 0.11 |
| $ 4.3050 | $ 4.3599 | $ 0.12 |
| $ 4.3600 | $ 4.4149 | $ 0.13 |
| $ 4.4150 | $ 4.4699 | $ 0.14 |
| $ 4.4700 | $ 4.5249 | $ 0.15 |
| $ 4.5250 | $ 4.5799 | $ 0.16 |
| $ 4.5800 | $ 4.6349 | $ 0.17 |
| $ 4.6350 | $ 4.6899 | $ 0.18 |
| $ 4.6900 | $ 4.7449 | $ 0.19 |
| $ 4.7450 | $ 4.7999 | $ 0.20 |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225743

January 01, 2018 - February 04, 2017

| | FOB ARMO | Meats Plus | Badger | Rosebud | Sysco Lincoln | PFS Livermore | $ | MBM So. Cal | Plymouth | FSA Loveland,Co. | J. Wiel | G west. | Sysco Billings | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 11 | 74 | 23 | 74 | 0 | 112 | 22 | 24 | 1 | 1 | 1 | 0 |
| **8 PIECE** | | AR | AR | AR | AR | AR | AR | AR | AR | AR | AR | AR | AR | AR |
| PERIOD FOB COST PLUS | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 | $ 0.9548 |
| FREIGHT COST | | $ 0.0365 | $ 0.0400 | $ 0.0400 | $ 0.0325 | $ 0.0850 | $ - | $ 0.0725 | $ 0.1141 | $ 0.0550 | $ 0.1200 | $ 0.1200 | $ 0.1200 | $ - |
| DELIVERED COST/LB | $ 0.9548 | $ 0.9913 | $ 0.9948 | $ 0.9948 | $ 0.9873 | $ 1.0398 | $ 0.9548 | $ 1.0273 | $ 1.0689 | $ 1.0098 | $ 1.0748 | $ 1.0748 | $ 1.0748 | $ 0.9548 |
| CASE WEIGHT | 38.47 | | | | | | | | | | | | | |
| 8 PIECE DELIVERED COST PER CASE<br>3648 8 PC WOG W/O FAT 2/1-2/5 FROZ 16 HEAD<br>3663 8 PC FRYER WOG 2/2-2/6 CVP 16 HEAD<br>3664 8PC FRYER WOG 2/2-2/6 CO2 16 HEAD<br>3686 8 PC WOG 2/1-2/5 W/O FAT CVP 16 HEAD<br>3940 8 PC FRYER WOG 2/2-2/6 CO2 TUB 16 HEA | $ 36.73 | $ 38.14 | $ 38.27 | $ 38.27 | $ 37.98 | $ 40.00 | $ 36.73 | $ 39.52 | $ 41.12 | $ 38.85 | $ 41.35 | $ 41.35 | $ 41.35 | $ 36.73 |
| **DARK MEAT** | FOB ARMO | | | | | | | | | | | | | |
| PERIOD FOB COST PLUS | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 | $ 0.6548 |
| FREIGHT COST | $ - | $ 0.0365 | $ 0.0400 | $ 0.0400 | $ 0.0325 | $ 0.0850 | $ - | $ 0.0725 | $ 0.1141 | $ 0.0550 | $ 0.1200 | $ 0.1200 | $ 0.1200 | $ - |
| DELIVERED COST/LB | $ 0.6548 | $ 0.6913 | $ 0.6948 | $ 0.6948 | $ 0.6873 | $ 0.7398 | $ 0.6548 | $ 0.7273 | $ 0.7689 | $ 0.7098 | $ 0.7748 | $ 0.7748 | $ 0.7748 | $ 0.6548 |
| CASE WEIGHT | 37.64 | | | | | | | | | | | | | |
| DARK MEAT DELIVERED COST PER CASE<br>5711 DRUMS & THIGH QTRS128PC<br>5713 POPEYE'S DARK 128PC<br>5712 POPEYE'S DARK W/O FAT 128PC | $ 24.65 | $ 26.02 | $ 26.16 | $ 26.16 | $ 25.87 | $ 27.85 | $ 24.65 | $ 27.38 | $ 28.94 | $ 26.72 | $ 29.17 | $ 29.17 | $ 29.17 | $ 24.65 |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225744

| Month | Effective Dates | Due Date SMS |
|---|---|---|
| Jan | Mon. 1/1/17 - Sun. 2/4/18 | Thru.. 12/28/17 |
| Feb | Mon.2/5 thru Sun. 3/4/2018 | Thur. 2/1/18 |
| Mar | Mon.3/5 thru Sun. 4/1/2018 | Thur. 3/1/18 |
| Apr | Mon.4/2 thru Sun. 5/6/2018 | Thur. 3/29/18 |
| May | Mon.5/7 thru Sun. 6/3/2018 | Thur. 5/3/18 |
| Jun | Mon.6/4 thru Sun. 7/1/2018 | Thur. 5/31/18 |
| Jul | Mon.7/2 thru Sun. 8/5/2018 | Thur. 6/28/18 |
| Aug | Mon.8/6 thru Sun. 9/2/2018 | Thur. 8/2/18 |
| Sep | Mon.9/3 thru Sun. 9/30/2018 | Thur. 8/30/18 |
| Oct | Mon.10/1 thru Sun. 11/4/2018 | Thur. 9/27/18 |
| Nov | Mon.11/5 thru Sun. 12/2/2018 | Thur. 11/1/17 |
| Dec | Mon.12/3 thru Sun. 1/6/2019 | Thur. 11/29/18 |
| Jan-19 | Mon.1/7/19 thru Sun. 2/3/2019 | Thur. 1/3/19 |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)  
May Contain Confidential Business Information; Not Subject to FOIA  
GEODOJ_0225745

Exhibit F

In order to keep consistency throughout the SMS system we are asking that you use the following 2018 calendar dates to report Popeyes cost plus pricing to SMS.

| Month | Effective Dates | Date Pricing due to SMS by noon on: |
|---|---|---|
| January 2018 | Mon, 1/1/18 – Sun, 2/4/18 | Thursday, Dec 28, 2017 |
| February | Mon, 2/5/18 – Sun, 3/4/18 | Thursday, Feb 1, 2018 |
| March | Mon, 3/5/18 – Sun, 4/1/18 | Thursday, Mar 1, 2018 |
| April | Mon, 4/2/18 – Sun, 5/6/18 | Thursday, Mar 29, 2018 |
| May | Mon, 5/7/18 – Sun, 6/3/18 | Thursday, May 3, 2018 |
| June | Mon, 6/4/18 – Sun, 7/1/18 | Thursday, May 31, 2018 |
| July | Mon, 7/2/18 – Sun, 8/5/18 | Thursday, June 28, 2018 |
| August | Mon, 8/6/18 – Sun, 9/2/18 | Thursday, Aug 2, 2018 |
| September | Mon, 9/3/18 – Sun, 9/30/18 | Thursday, Aug 30, 2018 |
| October | Mon, 10/1/18 – Sun, 11/4/18 | Thursday, Sep 27, 2018 |
| November | Mon, 11/5/18 – Sun, 12/2/18 | Thursday, Nov 1, 2018 |
| December | Mon, 12/3/18 – Sun, 1/6/19 | Thursday Nov 29, 2018 |
| January 2017 | Mon, 1/7/19 – Sun, 2/3/19 | Thursday, Jan 3, 2019 |

Please submit all reporting data to Kent Kronauge at kkronauge@smscooperative.com. We appreciate your efforts to report this vital information in a timely fashion. If you have any questions or concerns please contact me. Please use the Wednesday close the day before pricing is due on all grain positions that are open.

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225746



Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225747