# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB         Date: 02/21/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant)   WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Agent Brianne Kaufman | 3/9/2022 - 3/21/2022 (1 hr) |
| Agent Derek Repp | 3/9/2022 - 3/21/2022 (1 hr) |
| Special Agent LaNard Taylor | 3/9/2022 - 3/21/2022 (2 hrs) |
| Agent Matthew Koppenhaver | 3/9/2022 - 3/21/2022 (1 hr) |
| Amanda Pickner | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Andrew Lubert | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Aparna Sengupta | 3/9/2022 - 3/21/2022 (2 hrs) |
| Barry Barnett | 3/9/2022 - 3/21/2022 (1 hr) |
| Belinda Mayo | 3/9/2022 - 3/21/2022 (1 hr) |
| Beverly Flynn | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Bob Glied | 3/9/2022 - 3/21/2022 (1 hr) |
| Brandon Campbell | 3/9/2022 - 3/21/2022 (0.75 hr) |
| Brenda Ray | 3/9/2022 - 3/21/2022 (2 hrs) |
| Brennan Bridge | 3/9/2022 - 3/21/2022 (1 hr) |
| Brian Coan | 3/9/2022 - 3/21/2022 (1 hr) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                    Date: 02/21/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant)   WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Bruce Bagshaw | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Carol Knight | 3/9/2022 - 3/21/2022 (1 hr) |
| Cesar Urias | 3/9/2022 - 3/21/2022 (1 hr) |
| Chad Cliburn | 3/9/2022 - 3/21/2022 (1 hr) |
| Charles Kwaw M.D. | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Charles Solomon | 3/9/2022 - 3/21/2022 (1 hr) |
| Chris Chavis | 3/9/2022 - 3/21/2022 (1 hr) |
| Chris Sharp | 3/9/2022 - 3/21/2022 (1 hr) |
| Chris Ward | 3/9/2022 - 3/21/2022 (1 hr) |
| Christi Proctor | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Chuck Thayer | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Clay Matthews | 3/9/2022 - 3/21/2022 (2 hrs) |
| Dale Kelly | 3/9/2022 - 3/21/2022 (1 hr) |
| Dale Tolbert | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Danielle Hollinger | 3/9/2022 - 3/21/2022 (0.25 hr) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                                  Date: 02/21/2022

Case Title: U.S. v. Penn

                 Defendants' Amended Joint      WITNESS LIST
                       (Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Darrel Keck | 3/9/2022 - 3/21/2022 (1 hr) |
| Darrell Bowlin | 3/9/2022 - 3/21/2022 (0.75 hr) |
| David Blackmon | 3/9/2022 - 3/21/2022 (1 hr) |
| David Rothmeier | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Dean Bradley | 3/9/2022 - 3/21/2022 (1.5 hrs) |
| Dennis Gordon | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Devin Cole | 3/9/2022 - 3/21/2022 (1 hr) |
| Douglas Ramsey | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Dr. Bruce Stewart Brown | 3/9/2022 - 3/21/2022 (0.3 hr) |
| Dr. Paul Twining | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Edward Snyder | 3/9/2022 - 3/21/2022 (5 hrs) |
| Eric Loeffler | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Eric Oare | 3/9/2022 - 3/21/2022 (1 hr) |
| Fabio Sandri | 3/9/2022 - 3/21/2022 (2 hrs) |
| Fact Witness From McKinsey | 3/9/2022 - 3/21/2022 (1 hr) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB     Date: 02/21/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Greg Finch | 3/9/2022 - 3/21/2022 (4 hrs) |
| James Morgan | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Janine Nollkamper | 3/9/2022 - 3/21/2022 (1 hr) |
| Janine Tucker | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Jerry Lane | 3/9/2022 - 3/21/2022 (1 hr) |
| Jim Burkett | 3/9/2022 - 3/21/2022 (1 hr) |
| Joe Sanderson | 3/9/2022 - 3/21/2022 (1 hr) |
| Joe Waldbusser | 3/9/2022 - 3/21/2022 (1.5 hrs) |
| John Curran | 3/9/2022 - 3/21/2022 (2 hrs) |
| John Marler | 3/9/2022 - 3/21/2022 (0.5 hr) |
| John Renault | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Joseph Pochron | 3/9/2022 - 3/21/2022 (2 hrs) |
| Joseph White | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Judy Hall | 3/9/2022 - 3/21/2022 (1.5 hrs) |
| Julie Lawrence | 3/9/2022 - 3/21/2022 (0.25 hr) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB        Date: 02/21/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Kelsi Smith | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Ken Suber | 3/9/2022 - 3/21/2022 (1 hr) |
| Kendra Waldbusser | 3/9/2022 - 3/21/2022 (1.5 hrs) |
| Kent Kronaugue | 3/9/2022 - 3/21/2022 (4 hrs) |
| KFC Franchisees | 3/9/2022 - 3/21/2022 (0.75 hr) |
| Kyle Bolin | 3/9/2022 - 3/21/2022 (2 hrs) |
| Lance Buckert | 3/9/2022 - 3/21/2022 (1 hr) |
| Larry Higdem | 3/9/2022 - 3/21/2022 (2 hrs) |
| Marcus Shelton | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Mark Chambers, PhD | 3/9/2022 - 3/21/2022 (1 hr) |
| Mark McEwen | 3/9/2022 - 3/21/2022 (0.75 hr) |
| Mark Oechsli | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Mary Hester | 3/9/2022 - 3/21/2022 (1 hr) |
| Matthew Herman | 3/9/2022 - 3/21/2022 (1 hr) |
| Melissa Anderson | 3/9/2022 - 3/21/2022 (1 hr) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB            Date: 02/21/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Melissa Hoyt | 3/9/2022 - 3/21/2022 (2 hrs) |
| Michael Ledford | 3/9/2022 - 3/21/2022 (5 hrs) |
| Mike Brown | 3/9/2022 - 3/21/2022 (0.75 hr) |
| Mike Donohue | 3/9/2022 - 3/21/2022 (1.5 hrs) |
| Mike Hannigan | 3/9/2022 - 3/21/2022 (1 hr) |
| Nick Meyers | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Paige Dingee | 3/9/2022 - 3/21/2022 (1 hr) |
| Pat Hogan | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Paul Sinowitz | 3/9/2022 - 3/21/2022 (3 hrs) |
| Peter Suerken | 3/9/2022 - 3/21/2022 (2 hrs) |
| Randy Stroud | 3/9/2022 - 3/21/2022 (1 hr) |
| Rangell Capparelli | 3/9/2022 - 3/21/2022 (1 hr) |
| Rhonda Warble | 3/9/2022 - 3/21/2022 (1.5 hrs) |
| Richard Eddington | 3/9/2022 - 3/21/2022 (3 hrs) |
| Ritchey Collyar | 3/9/2022 - 3/21/2022 (0.3 hr) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                    Date: 02/21/2022

Case Title: U.S. v. Penn

<u>Defendants' Amended Joint</u> WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Robert Costner | 3/9/2022 - 3/21/2022 (0.3 hr) |
| Robert Lewis | 3/9/2022 - 3/21/2022 (3 hrs) |
| Rollin Barnes | 3/9/2022 - 3/21/2022 (1 hr) |
| RSCS Board Member | 3/9/2022 - 3/21/2022 (1 hr) |
| Sara Fisher | 3/9/2022 - 3/21/2022 (1 hr) |
| Sara Knust | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Sheri Garland | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Sidney Prince | 3/9/2022 - 3/21/2022 (1.5 hrs) |
| Stephen Campisano | 3/9/2022 - 3/21/2022 (2 hrs) |
| Steven Cullen | 3/9/2022 - 3/21/2022 (0.75 hr) |
| Steven Lash | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Steve McCormick | 3/9/2022 - 3/21/2022 (1 hr) |
| Stewart Ward | 3/9/2022 - 3/21/2022 (0.75 hr) |
| Stuart Higginbotham | 3/9/2022 - 3/21/2022 (0.25 hr) |
| Terri Ferguson | 3/9/2022 - 3/21/2022 (2 hrs) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB    Date: 02/21/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Thomas Lane | 3/9/2022 - 3/21/2022 (3 hrs) |
| Timothy Scheiderer | 3/9/2022 - 3/21/2022 (1 hr) |
| Tom Shelton | 3/9/2022 - 3/21/2022 (0.75 hr) |
| Sponsoring Witness for Summary Exhibits | 3/9/2022 - 3/21/2022 (2 hrs) |
| General Character Witnesses | 3/9/2022 - 3/21/2022 (0.5 hr) |
| Custodian of Records - AgriStats | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Amick Farms | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - AT&T | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Atlantic Aviation | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Carlson Wagonlit | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Case Farms | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Charter Call Records | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Chick-Fil-A | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Church's | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Claxton | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB        Date: 02/21/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Custodin of Records - Comcast | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - C Spire | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Fieldale | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Fusion LLC f/k/a Network Billing Systems LLC | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - George's, Inc. | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - House of Raeford Farms | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Kelly's Foods, Inc. | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - KFC | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Koch Foods | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Mar-Jac Poultry | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - McKinsey | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Mountaire Farms | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - OK Foods | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Perdue | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                    Date: 02/21/2022

Case Title: U.S. v. Penn

          Defendants' Amended Joint WITNESS LIST
          (Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Custodian of Records - Pilgrim's Pride | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - RSCS | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Sanderson Farms | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Simmons Foods | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - SMS | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Sysco | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - T-Mobile/Sprint | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Tyson Farms | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Tyson Foods | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Verizon Wireless | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Wayne Farms | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Windstream | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |
| Custodian of Records - Zaxby's | 3/9/2022 - 3/21/2022 (0.5 hr or stipulation) |

Defendants reserve the right to remove witnesses or supplement with additional witnesses during trial preparation or after hearing testimony or argument during the Government's case-in-chief. Defendants also reserve the right to call any witnesses the Government designates on its witness list as well as any custodians that are not listed above.