**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

## AGREEMENT REGARDING THE AUTHENTICITY OF DOCUMENTS

---

    The United States of America and all ten defendants, by and through counsel, hereby agree the documents listed in Attachment A to this Agreement shall be deemed authentic for the purposes of this trial only.

    Notwithstanding this Agreement, all parties reserve the right to make authentication arguments related to handwriting in documents, whether or not those handwritten documents are attached to emails. This Agreement is reached with the understanding the Court has Ordered that all objections and rulings from the first trial

are preserved unless otherwise ordered. This Agreement is predicated on those earlier objections being preserved. Further, it is predicated on the continued agreement of all Parties to abide by the Agreement filed at ECF No. 1071-1.

The parties further agree that the United States shall not object to the authenticity of any document(s) produced by the United States during discovery to the defendants for purposes of this trial only, provided the document(s) have not been altered, do not contain handwriting, or were not prepared in anticipation for litigation, such as White Papers or information letters.

**SO AGREED** this _22_ day of February, 2022.

| /s/ | /s/ |
|---|---|
| MICHAEL T. KOENIG | MICHAEL F. TUBACH |
| HEATHER D. CALL | O'MELVENY & MYERS LLP |
| CAROLYN M. SWEENEY | ATTORNEY FOR JAYSON JEFFREY PENN |
| PAUL J. TORZILLI | TWO EMBARCADERO CENTER, 28TH FLOOR |
| Trial Attorneys | SAN FRANCISCO, CALIFORNIA 94111-3823 |
| Antitrust Division | (415) 984-8700 |
| U.S. Department of Justice | MTUBACH@OMM.COM |
| Washington Criminal II Office | |
| 450 Fifth Street, N.W. | |
| Washington, D.C. 20530 | /s/ |
| Tel: (202) 616-2165 | RICHARD K. KORNFELD |
| michael.koenig@usdoj.gov | RECHT KORNFELD, P.C. |
| | ATTORNEY FOR MIKELL REEVE FRIES |
| | 1600 STOUT STREET, SUITE 1400 |
| | DENVER, CO 80202 |
| | (303) 573-1900 |
| | RICK@RKLAWPC.COM |

                                    /s/
                                  BRYAN LAVINE
                                  TROUTMAN PEPPER HAMILTON
                                  SANDERS LLP
                                  ATTORNEY FOR SCOTT JAMES BRADY

600 PEACHTREE ST. NE, SUITE 3000
ATLANTA, GA 30308
(404) 885-3170
BRYAN.LAVINE@TROUTMAN.COM


\_\_\_\_/s/_____
MICHAEL S. FELDBERG
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
ATTORNEY FOR ROGER BORN AUSTIN
750 THIRD AVENUE, SUITE 2400
NEW YORK, NY 10017
(212) 381-1965
MFELDBERG@REICHMANJORGENSEN.COM



\_\_\_\_/s/_____
ELIZABETH B. PREWITT
LATHAM & WATKINS LLP
ATTORNEY FOR TIMOTHY R. MULRENIN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
(212) 906-1200
ELIZABETH.PREWITT@LW.COM


\_\_\_\_/s/_____
JAMES A. BACKSTROM, COUNSELLOR AT LAW
ATTORNEY FOR WILLIAM VINCENT KANTOLA
1515 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19102-1932
(215) 864-7797
JABBER@BACKSTROMLAW.COM


\_\_\_\_/s/_____
MARK A. BYRNE
BYRNE & NIXON LLP
ATTORNEY FOR JIMMIE LEE LITTLE
888 WEST SIXTH ST, SUITE 1100
LOS ANGELES, CA 90017

(213) 620-8003
MARKBYRNE@BYRNENIXON.COM


\_\_\_/s/_____
JOHN A. FAGG, JR.
MOORE & VAN ALLEN PLLC
ATTORNEY FOR WILLIAM WADE LOVETTE
100 NORTH TRYON STREET, SUITE 4700
CHARLOTTE, NC 28202
(704) 331-3622
JOHNFAGG@MVALAW.COM

\_\_\_/s/_____
CRAIG ALLEN GILLEN
GILLEN, WITHERS & LAKE, LLC
ATTORNEY FOR GARY BRIAN ROBERTS
400 GALLERIA PARKWAY, STE. 1920
ATLANTA, GA 30339
(404) 842-9700
CGILLEN@GWLLAWFIRM.COM


\_\_\_/s/_____
BARRY J. POLLACK
ATTORNEY FOR RICKIE PATTERSON BLAKE
ROBBINS, RUSSELL, ENGLERT, ORSECK, &
UNTEREINER LLP
2000 K STREET N.W., 4TH FLOOR
WASHINGTON, DC 20006
(202) 775-4514
BPOLLACK@ROBBINSRUSSELL.COM