IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

## [PROPOSED] ORDER
---

**The Court hereby finds** that all Parties have entered into an Agreement Regarding the Authenticity of Certain Documents ("the Agreement"). ECF No. __. **It is hereby ordered** that all Parties are governed by the Agreement.

**SO ORDERED** this __ day of February, 2022.

                              BY THE COURT:

                              _____

2

PHILIP A. BRIMMER
Chief United States District Judge