# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB          Date:  February 22, 2022
Courtroom Deputy:  Sabrina Grimm              Court Reporter:   Janet Coppock

_Parties:_                                    _Counsel:_

UNITED STATES OF AMERICA,                     Michael Koenig
                                              Carolyn Sweeney
                                              Heather Call
                                              Paul Torzilli


        Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                      Michael Tubach
                                              Anna Pletcher
                                              Brian Quinn
2.  MIKELL REEVE FRIES,                        Richard Kornfeld
                                              David Beller
                                              Kelly Page
3.  SCOTT JAMES BRADY,                         Bryan Lavine
                                              Megan Rahman
                                              Tiffany Bracewell
4.  ROGER BORN AUSTIN,                         Michael Feldberg
                                              Laura Carwile
                                              Julie Withers
5.  TIMOTHY R. MULRENIN,                       Elizabeth Prewitt
                                              Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,                   Roxann Henry
                                              James Backstrom
7.  JIMMIE LEE LITTLE,                         Mark Byrne
                                              Dennis Canty
8.  WILLIAM WADE LOVETTE,                      John Fagg, Jr.
                                              Dru Nielsen
                                              James McLoughlin
                                              Kaitlin Price
9.  GARY BRIAN ROBERTS, and                    Craig Gillen
                                              Richard Tegtmeier
                                              Anthony Lake

10.  RICKIE PATTERSON BLAKE,             Wendy Johnson
                                         Barry Pollack
                                         Christopher Plumlee

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 1**

**8:03 a.m.**

Appearances of counsel.  Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding openings, voir dire, peremptory challenges, use to transceivers, time limits, and other trial procedures.

**8:20 a.m.      Court in recess.**
**8:56 a.m.      Court in session.**

Jury panel present.  35 jurors seated in the jury box.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Statement by the Court.

Jury panel sworn for voir dire.

9:24 a.m.      Voir dire by the Court.

**10:06 a.m.     Court in recess.**
**10:22 a.m.     Court in session.**

Voir dire by the Court continues.

10:32 a.m. to 10:40 a.m.    Bench conference.

Voir dire by the Court continues.

10:52 a.m. to 11:00 a.m.    Bench conference.

Voir dire by the Court continues.

11:10 a.m. to 11:11 a.m.     Bench conference.

Voir dire by the Court continues.

11:38 a.m. to 11:55 a.m.     Bench conference.

Jury excused.

Voir dire as to juror 100445083 continues.

**12:15 p.m.     Court in recess.**
**1:33 p.m.     Court in session.**

Voir dire by the Court continues.

2:46 p.m.     Voir dire by Mr. Koenig.

**3:10 p.m.     Court in recess.**
**3:27 p.m.     Court in session.**

3:28 p.m.     Voir dire by Ms. Nielsen.

4:06 p.m.     Voir dire by Mr. Beller.

4:21 p.m.     Voir dire by the Court continues.

4:39 p.m. to 4:45 p.m.       Bench conference.

Jury excused until February 23, 2022 at 8:45 a.m.

Discussion regarding stipulations and rulings.

**ORDERED:  Defendants' bond is continued.**

**4:54 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:44