IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: February 24, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin |
| | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| | Anthony Lake |

10.  RICKIE PATTERSON BLAKE,                Wendy Johnson
                                            Barry Pollack
                                            Christopher Plumlee

   Defendants.

---

## COURTROOM MINUTES

**JURY TRIAL – DAY 3**

**9:35 a.m.      Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

9:38 a.m.      Defendant Austin's opening statement by Mr. Feldberg.

10:00 a.m.     Defendant Little's opening statement by Mr. Canty.

10:16 a.m.     Defendant Roberts' opening statement by Mr. Gillen.

Ms. Prewitt states Defendant Mulreinin will reserve his opening statement to the close of the Government's case.

10:38 a.m.     Defendant Kantola's opening statement by Ms. Henry.

Jury excused.

**11:00 a.m.     Court in recess.**
**11:19 a.m.     Court in session.**

Jury present.

11:22 a.m.     Defendant Blake's opening statement by Ms. Johnson.

Government's witness, Special Agent LaNard Taylor, sworn.

11:46 a.m.     Direct examination of Agent Taylor by Mr. Koenig.

Jury excused.

**12:02 p.m.     Court in recess.**
**1:33 p.m.      Court in session.**

Discussion regarding exhibits admitted through Mr. Sangalis and summary charts.

1:46 p.m.     Jury present.

Continued direct examination of Agent Taylor by Mr. Koenig.

2:23 p.m.     Cross examination of Agent Taylor by Ms. Pletcher.

2:53 p.m. to 2:56 p.m.     Bench conference.

Continued cross examination of Agent Taylor by Ms. Pletcher.

3:02 p.m.     Cross examination of Agent Taylor by Mr. McLoughlin.

Jury excused.

Juror 100433637 remains in the courtroom and has a question.

3:16 p.m. to 3:21 p.m.     Bench conference.

**3:21 p.m.     Court in recess.**
**3:33 p.m.     Court in session.**

Discussion regarding witness scheduling.

3:35 p.m.     Jury present.

Continued cross examination of Agent Taylor by Mr. McLoughlin.

3:39 p.m.     Cross examination of Agent Taylor by Mr. Kornfeld.

3:45 p.m.     Redirect examination of Agent Taylor by Mr. Koenig.

Government witness, Larry Barela, sworn.

3:53 p.m.     Direct examination of Mr. Barela by Mr. Torzilli.

4:05 p.m.     Cross examination of Mr. Barela by Mr. Tubach.

4:08 p.m.     Redirect examination of Mr. Barela by Mr. Torzilli.

4:09 p.m. to 4:24 p.m.     Bench conference.

**ORDERED:** Defendants' Joint Motion to Prevent Government Witness Florence Becker from Authenticating Pete Martin's Handwriting Based on Familiarity Learned at Trial [1099] is DENIED, as stated on record.

Government witness, Florence Becker by VTC, sworn.

4:25 p.m.     Direct examination of Ms. Becker by Ms. Call.

Jury excused until February 28, 2022 at 8:30 a.m.

Discussion regarding sequestration order as to Ms. Becker.

**5:04 p.m.     Court in recess.**
**5:17 p.m.     Court in session.**

Discussion regarding a response to the jury note.  The note is marked as Court Exhibit 1.

Mr. Beller tenders a proposed response to the jury note.

Further discussion regarding the Lovette compensation issues and summary exhibits.

**ORDERED:** Defendants' Joint Motion to Exclude the Government's "Summary Exhibits" [1081] is GRANTED IN PART AND DENIED IN PART, as discussed.

Court will reconvene on February 28, 2022 at 8:20 a.m.

**ORDERED:** Defendants' bond is continued.

**6:13 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:23