# Exhibit A

| | |
|---|---|
| **From:** | Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov> |
| **Sent:** | Saturday, February 26, 2022 7:34 PM |
| **To:** | Pletcher, Anna T.; bpollack@robbinsrussell.com; Quinn, Brian P.; Butte, Laura (ATR); Call, Heather (ATR); caroline.rivera@lw.com; Cheng, Cecilia (ATR); cplumlee@rmp.law; cgillen@gwllawfirm.com; david@rklawpc.com; denniscanty@byrnenixon.com; dru@eytan-nielsen.com; elizabeth.prewitt@lw.com; frankschall@mvalaw.com; jettinger@robbinsrussell.com; jabber@backstromlaw.com; jimmcloughlin@mvalaw.com; Jamie Hubbard; jenniferderwin@byrnenixon.com; johnfagg@mvalaw.com; Julie Withers; kaitlinprice@mvalaw.com; Koenig, Michael (ATR); lcarwile@reichmanjorgensen.com; bryan.lavine@troutman.com; labranche@sslhlaw.com; markbyrne@byrnenixon.com; megan.rahman@troutman.com; mfeldberg@reichmanjorgensen.com; Tubach, Michael; rick@rklawpc.com; rtegtmeier@shermanhoward.com; Rogowski, Jillian (ATR); henry.roxann@me.com; Sweeney, Carolyn (ATR); Torzilli, Paul (ATR); wjohnson@rmp.law |
| **Subject:** | US v. Penn -- Advance notice of direct-examination documents (Sangalis, Evans, Finch, Gresch, Ledford & Pepper) |
| **Attachments:** | 9983.pdf; 9255-1.pdf; 1713-1.pdf; 9987.pdf; 9984.pdf; 9986.pdf; 9988.pdf; 9985.pdf |

[EXTERNAL MESSAGE]

Counsel: please see below and attached for exhibits that may be used on direct examination with witnesses that the government anticipates calling as soon as two days from now. This submission includes copies of recently marked government exhibits. We reserve the right to supplement this submission and/or use other exhibits with any witness as we believe the needs of our case require including for the purpose of refreshing recollection and/or any re-direct examination.

Document for potential use with Ted Sangalis: GX-9983 (see attached).

Documents for potential use with Rachel Evans. Yesterday the government provided updated summary exhibits. *See* ECF No. 1102. The government may use these exhibits during Ms. Evans' direct examination.

Documents for potential use with Stephen Gresch.

| Trial Exhibit Number |
|---|
| 751 |
| 752 |
| 753 |
| 754 |
| 755 |
| 756 |

1

| |
|---|
| 757 |
| 758 |
| 759 |

Documents for potential use with Greg Finch: GX-900-1, GX-900, and GX-1503.

Documents for potential use with Mike Ledford.

| Exhibit Number |
|---|
| 1529 |
| 1531 |
| 9694 |
| 1438 |
| 1438-1 |
| 9551 |
| 9594 |
| 9501 |
| 9553 |
| 9549 |
| 9557 |
| 9255-1 |
| 1532 |
| I-242 |
| 9004 |
| 1700, 1700-1 |
| 1735 |
| I-243 |
| G-605 |
| G-606 |
| C-475 |
| C-478 |
| A-115 |
| C-023 |
| 1505 |
| 9692 |
| 1410 |
| 9691 |
| 1406 |
| 9690 |
| 1569 |
| 9696 |

| |
|---:|
| 1524 |
| 9693 |
| 1439 |
| C-024 |
| D-588 |
| 1500, 1500-1 |
| 1501 |
| D-589 |
| 1435 |
| G-600 |
| G-601 |
| C-020 |
| 1552 |
| 1503 |
| 1514 |
| 1515 |
| F-786 |
| A-288 |
| A-626 |
| A-627 |
| F-808 |
| F-810 |
| F-813 |
| 9710 |
| A-612 |
| A-613 |
| A-622 |
| A-623 |
| C-480 |
| C-482 |
| C-882 |
| C-883 |
| F-799 |
| F-769 |
| F-742 |
| F-778 |
| F-787 |
| 1403 |
| 1404 |
| F-759 |
| F-768 |
| F-777 |

| |
|---:|
| F-790 |
| F-798 |
| F-750 |
| 1530 |
| 1713-1 |
| 1736 |
| D-330 |
| F-778 |
| F-742 |
| F-769 |
| F-799 |
| A-612 |
| 1402 |
| A-622 |
| 1403 |
| C-480 |
| 1404 |
| C-882 |
| 1411 |
| 9871 |
| 1120 |
| 1122 |
| 1124 |
| 1728 |
| 1729 |

Documents for potential use with Carl Pepper:

| |
|---|
| G-350 |
| GX 118 |
| GX-1127 |
| GX-113 |
| GX-114 |
| GX-1145, 1146 |
| GX-120 |
| GX-143 |
| GX-1930 |
| GX-221 |

4

| |
|---|
| GX-224 |
| GX-230, 231-1, 232 |
| GX-234 |
| GX-245 |
| GX-246 |
| GX-3074 |
| GX-5016 |
| GX-614 |
| GX-7040 |
| GX-744 |
| GX-746 |
| GX-746-1 |
| GX-747 |
| GX-748, GX-749, GX-750 |
| GX-751 |
| GX-752-GX-758 |
| GX-766 |
| GX-9265 |
| GX-9266 |
| GX-9267 |
| GX-9268 |
| GX-9269 |
| GX-9270 |
| GX-9272 |
| GX-9274 |
| GX-959 |
| GX-9703 |

| |
|---|
| GX-9743 |
| GX-9815 |
| GX-9816 |
| GX-9833 |
| GX-9834-1 |
| GX-9876 |
| GX-9877 |
| GX-9879 |
| GX-9882 |
| GX-9885 |
| GX-9889 |
| GX-9892 |
| GX-9906 |
| GX-9907 |
| GX-9908 |
| GX-9909 |
| GX-9910 |
| GX-9911 |
| GX-9912 |
| GX-9913 |
| GX-9914 |
| GX-9915 |
| GX-9916 |
| GX-9917 |
| GX-9918 |
| GX-9919 |
| GX-9920 |

| |
|---|
| GX-9921 |
| GX-9922 |
| GX-9977 |
| GX-9980 |
| GX-9984 |
| GX-9985 |
| GX-9986 |
| GX-9987 |
| GX-9988 |

Best regards,
Paul


Paul Torzilli
202/476.0547 (c)

7

# 3/26/2015

| DATE | TIME | FROM† | EXCERPT | TO† | Exhibit # |
|---|---|---|---|---|---|
| 3/26/2015 | 1:41 PM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET….1:30" | Scott Brady (Claxton) | 9980 |
| | 1:43 PM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET….0:25" | Ric Blake (George's) | |
| | 1:45 PM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET….0:33" | Scott Tucker (Pilgrim's) | |

† See GX 90-10 for phone number and employer information

Page 1 of 1



**Government Exhibit**
20-cr-152-PAB
**9985**

| DATE | TIME | FROM† | EXCERPT | TO† | Exhibit # |
|---|---|---|---|---|---|
| 9/6/2017 | 9:37 AM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET....9:53" | Ric Blake (George's) | 766 |
| | 9:47 AM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET....0:17" | Tim Scheider[1] (Tyson) | |
| | 9:48 AM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET....0:00" | Tim Mulrenin (Tyson) | |
| | 9:48 AM ET | Carl Pepper (Tyson) | Text: "U with your customers" | Tim Mulrenin (Tyson) | 752 |
| | 11:33 AM ET | Tim Mulrenin (Tyson) | Text: "Yes. What's up?" | Carl Pepper (Tyson) | 753 |
| | 11:34 AM ET | Carl Pepper (Tyson) | Text: "Popeyes proposal" | Tim Mulrenin (Tyson) | 754 |
| | 11:34 AM ET | Carl Pepper (Tyson) | Text: "Got a general idea what Georges is doing" | Tim Mulrenin (Tyson) | 755 |
| | 11:34 AM ET | Tim Mulrenin (Tyson) | Text: "Ok. Call Cullen. I will call you as soon as I can" | Carl Pepper (Tyson) | 756 |
| | 11:34 AM ET | Carl Pepper (Tyson) | Text: "Called Cullen and told him what I heard GEORGES was doing & also told him about Mar Jac. Said would get back with me this afternoon" | Tim Mulrenin (Tyson) | 757 |
| | 11:54 AM ET | Tim Mulrenin (Tyson) | Text: "Thanks!" | Carl Pepper (Tyson) | 758 |
| | 1:41 PM ET | Kent Kronauge (SMS) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET....5:01" | Carl Pepper (Tyson) | 766 |
| | 1:49 PM ET | Carl Pepper (Tyson) | Text: Just got some info from Popeyes. Everyone seems to be doing 2 years and spreading it out. I was told everyone is coming in at 2 1/4-2 1/2 over 2 years. All other billing weights are at least 1 1/2 less than us except for what I told you Mar Jac was but they are around .0165 less than us." | Tim Mulrenin, Tim Scheiderer (Tyson) | 751 |

† See GX 90-10 for phone number and employer information
1 See GX 221



Government Exhibit
20-cr-152-PAB
9986

| DATE | TIME | FROM† | EXCERPT | TO† | Exhibit # |
|---|---|---|---|---|---|
| 5/31/2013 | 2:14 PM ET | Dean Bradley (Church's) | Email. Subect: "Re: Church's Frozen 8pc and Dark Meat-Tyson" Email. "In terms of pricing, what are you thinking on both items?" | Carl Pepper (Tyson) | 120 |
| | 2:18 PM ET | Carl Pepper (Tyson) | Body: "I will get with our pricing group. I would think just a freezer cost but I will find out and get back with you." | Dean Bradley (Church's) | 113 |
| | 2:20 PM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET….0:50" | Bill Kantola (Koch) | 143<br>7040 |
| | 2:24 PM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET….2:20" | Jimmie Little (Pilgrim's) | 143 |
| | 2:40 PM ET | Carl Pepper (Tyson) | :- - - - - - - - - Phone Call - - - - - - - - - -:<br>"ET….7:53" | Jimmie Little (Pilgrim's) | 143 |
| | 3:38 PM ET | Carl Pepper (Tyson) | Email. "Pilgrims told me they would be around .025 to .03 on 8pc & dark meat and Koch told me they were .025 on 8pc and at this time was not charging for dark but would probably change to .025 for next year." | Tim Mulrenin, Brian Roberts (Tyson) | 120 |
| 6/3/2013 | 8:21 AM ET | Brian Roberts (Tyson) | Email: "I want to discuss this before we submit. I want to understand what the storage expectation is." | Carl Pepper Tim Mulrenin (Tyson) | 114 |
| | 3:24 PM | Carl Pepper (Tyson) | Email: "Does this look ok before sending to Dean…<br><br>The pricing for frozen 8pc & dark meat will be .03lb over monthly cost plus." | Tim Mulrenin (Tyson) | 118 |
| | 4:00 PM | Tim Mulrenin (Tyson) | Email: "See my suggested change highlighted below… Brian, any issues?" | Brian Roberts, Carl Pepper (Tyson) | |
| 6/4/2013 | 5:09 PM ET | Carl Pepper (Tyson) | Email. "The pricing for frozen 8pc & dark meat will be .03lb over monthly cost plus." | Dean Bradley (Church's) | 119 |



Government Exhibit
20-cr-152-PAB
9987

## 12/20/2013 to 1/29/2014

| DATE | TIME | FROM† | EXCERPT | TO† | Exhibit # |
|---|---|---|---|---|---|
| 12/21/2013 | 10:35 AM | Mike Hannigan (Tyson) | Email: "It would have been nice to have been forewarned. Wonder how the other suppliers will react?" | Carl Pepper Tim Mulrenin (Tyson) | 224 |
|  | 11:36 AM ET | Carl Pepper (Tyson) | Email: "I would be surprised if they don't say something. Might call a couple of them and ask" | Tim Mulrenin Mike Hannigan (Tyson) |  |
| 12/23/2013 | 10:45 AM ET | Carl Pepper (Tyson) | :- - - - - - - - - - Phone Call - - - - - - - - - -: "ET….5:31" | Jimmie Little (Pilgrim's) | 245 |
| 12/26/2013 | 9:24 AM ET | Carl Pepper (Tyson) | Email: "Talked to Jimmy Little and he said they were planning on adding to their cost to do this. They also didn't like it just showing up also." | Tim Mulrenin Brian Roberts (Tyson) | 221 |
|  | 3:14 PM ET | Carl Pepper (Tyson) | Email Subject: "Church's Pricing - February 2014" Email Attachment: "Church's Pricing 2014.xlsx" Attachment reads in part: "QA Audit     $0.0009" | Dean Bradley (Church's) | 230 232 |
| 1/27/2014 | 2:59 PM ET | Dean Bradley (Church's) | Email: "What is the QA Audit charge of .0009 that is added to the cost plus. That was not agreed to. Please advise." | Carl Pepper (Tyson) | 234 |
| 1/28/2014 | 11:50 AM ET | Carl Pepper (Tyson) | :- - - - - - - - - - Phone Call - - - - - - - - - -: "ET….1:17" | Jimmie Little (Pilgrim's) | 246 |

† See GX 90-10 for phone number and employer information

Page 1 of 1



Government Exhibit
20-cr-152-PAB
9988