IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 2, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                            *Counsel:*

UNITED STATES OF AMERICA,        Michael Koenig
                                                                 Carolyn Sweeney
                                                                 Heather Call
                                                                 Paul Torzilli

       Plaintiff,

v.

1. JAYSON JEFFREY PENN,                Michael Tubach
                                                                  Anna Pletcher
                                                                   Brian Quinn

2. MIKELL REEVE FRIES,                 Richard Kornfeld
                                                                   David Beller
                                                                   Kelly Page

3. SCOTT JAMES BRADY,                 Bryan Lavine
                                                                   Megan Rahman
                                                                   Tiffany Bracewell

4. ROGER BORN AUSTIN,                Michael Feldberg
                                                                   Laura Carwile
                                                                   Julie Withers

5. TIMOTHY R. MULRENIN,              Elizabeth Prewitt
                                                                  Marci LaBranche

6. WILLIAM VINCENT KANTOLA,     Roxann Henry
                                                                   James Backstrom

7. JIMMIE LEE LITTLE,                   Mark Byrne
                                                                   Dennis Canty

8. WILLIAM WADE LOVETTE,            John Fagg, Jr.
                                                                   Dru Nielsen
                                                                   James McLoughlin
                                                                   Kaitlin Price

9. GARY BRIAN ROBERTS, and         Craig Gillen
                                                                   Richard Tegtmeier
                                                                   Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES
---

**JURY TRIAL – DAY 6**

**8:02 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding summary exhibits.

**8:35 a.m.**     **Court in recess.**
**8:42 a.m.**     **Court in session.**

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 1801 is admitted.**

9:15 a.m. to 9:25 a.m.     Bench conference.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 9992 is admitted.**

9:39 a.m. to 9:43 a.m.     Bench conference.

Continued direct examination of Mr. Suerken by Mr. Torzilli.

**Exhibit 9704 (lower half) is admitted.**

Jury excused.

**10:11 a.m.**     **Court in recess.**
**10: 33 a.m.**    **Court in session.**

Jury present.

10:35 a.m.     Cross examination of Mr. Suerken by Mr. Gillen.

**Exhibit G-508 (top email) is admitted.**

11:20 a.m.     Cross examination of Mr. Suerken by Ms. Nielsen.

11:26 a.m. to 11:31 a.m.     Bench conference.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

Jury excused.

**12:00 p.m.     Court in recess.**
**1:35 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

1:38 p.m. to 1:43 p.m.     Bench conference.

Continued cross examination of Mr. Suerken by Ms. Nielsen.

**Exhibits E-158, 1073 are admitted.**

2:00 p.m.     Cross examination of Mr. Suerken by Mr. Feldberg.

2:02 p.m.     Cross examination of Mr. Suerken by Mr. Kornfeld.

2:06 p.m.     Cross examination of Mr. Suerken by Ms. Henry.

**Exhibit C-440 (lower half) is admitted.**

2:14 p.m.     Cross examination of Mr. Suerken by Ms. Johnson.

2:16 p.m. to 2:18 p.m.     Bench conference.

Continued cross examination of Mr. Suerken by Ms. Johnson.

**Exhibits F-761, 1008 are admitted.**

2:42 p.m. to 2:45 p.m.     Bench conference.

Continued cross examination of Mr. Suerken by Ms. Johnson.

2:48 p.m.     Cross examination of Mr. Suerken by Mr. Lavine.

2:53 p.m.     Redirect examination of Mr. Suerken by Mr. Torzilli.

Ms. Call requests to display admitted exhibits to the jury.

3:08 p.m. to 3:10 p.m.     Bench conference.

Jury excused.

Discussion regarding Carl Pepper's testimony.

**3:17 p.m.     Court in recess.**
**3:33 p.m.     Court in session.**

Jury present.

Government witness, Carl Pepper, sworn.

3:36 p.m.     Direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 959 is admitted.**

3:51 p.m. to 3:53 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 9834, 9834-1, 9816 are admitted.**

4:19 p.m. to 4:30 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

4:31 p.m. to 4:34 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

4:45 p.m. to 4:48 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

Jury excused until March 3, 2022 at 8:30 a.m.

Discussion regarding scheduling.

**ORDERED:  Defendants' bond is continued.**

**5:04 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    6:42