IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 3, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 7**

**8:02 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding pending motion, inconsistent statements, and summary exhibits.

**ORDERED:** United States' Motion for Curative Jury Instruction and Notice Regarding Lay Witness Opinion Testimony [1118] is DENIED, as stated on record.

**ORDERED:** Defendants' Supplemental Brief In Support of Request that Government's "Summary Exhibits" be Treated as Demonstratives for Argument [1117] is DENIED, as stated on record.

8:38 a.m.     Jury present.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 9270, 9267, 9266, 9274, 9272, 9269, 9268, 9265 are admitted.**

9:05 a.m. to 9:09 a.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

9:15 a.m. to 9:18 a.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

Voir dire on Exhibit 9984 by Mr. Lavine, Ms. Johnson, Mr. Gillen, Ms. Prewitt, Mr. Byrne,

Continued direct examination of Mr. Pepper by Ms. Sweeney.

9:45 a.m. to 9:53 a.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 9703, 1145, 1146 are admitted.**

Jury excused.

Discussion regarding Agent Koppenhaver reading yesterday's transcript.

**10:24 a.m.    Court in recess.**
**10:40 a.m.    Court in session.**

Jury present.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 618 is admitted.**

11:01 a.m. to 11:14 a.m.    Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 5016 is admitted.**

11:22 a.m. to 11:23 a.m.    Bench conference.

**Exhibit 9743 is admitted.**

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 3074, 744 are admitted.**

11:33 a.m. to 11:36 a.m.    Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 746-1 (pg. 1), 752, 753, 754, 755, 756, 757, 758, 751, 748, 748, 750 are admitted.**

Jury excused.

Discussion regarding follow up questions.

**12:00 p.m.    Court in recess.**
**1:31 p.m.     Court in session.**

Jury present.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 120, 118, 119, 224, 22, 230, 231, 231-1, 232, 234 are admitted.**

2:15 p.m. to 2:25 p.m.      Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

2:33 p.m. to 2:34 p.m.      Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

2:39 p.m.      Cross examination of Mr. Pepper by Mr. Gillen.

2:54 p.m. to 2:59 p.m.      Bench conference.

Continued cross examination of Mr. Pepper by Mr. Gillen.

Jury excused.

**3:15 p.m.      Court in recess.**
**3:31 p.m.      Court in session.**

Discussion regarding Mr. Pepper's testimony.

3:34 p.m.      Jury present.

Continued cross examination of Mr. Pepper by Mr. Gillen.

4:17 p.m. to 4:26 p.m.      Bench conference.

Continued cross examination of Mr. Pepper by Mr. Gillen.

4:29 p.m. to 4:34 p.m.      Bench conference.

Continued cross examination of Mr. Pepper by Mr. Gillen.

Jury excused until March 7, 2022 at 8:30 a.m.

Discussion regarding Mr. Pepper's testimony and Mr. Pepper's counsel, Ms. Manning.

**ORDERED:  Government is permitted to file a brief regarding Mr. Pepper, as discussed, on or before March 4, 2022.**

**ORDERED:  Defendants' bond is continued.**

**5:21 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    7:16