IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1.  JAYSON JEFFREY PENN, <br> 2.  MIKELL REEVE FRIES, <br> 3.  SCOTT JAMES BRADY, <br> 4.  ROGER BORN AUSTIN, <br> 5.  TIMOTHY R. MULRENIN, <br> 6.  WILLIAM VINCENT KANTOLA, <br> 7.  JIMMIE LEE LITTLE, <br> 8.  WILLIAM WADE LOVETTE, <br> 9.  GARY BRIAN ROBERTS, <br> 10. RICKIE PATTERSON BLAKE, <br><br> Defendants. | Criminal No. 1:20-cr-00152-PAB |

**MOTION FOR LEAVE TO RESTRICT ACCESS TO SUBPOENAED NON-PARTY CHARLES SOLOMON'S UNOPPOSED MOTION TO APPEAR BY VIDEO TELECONFERENCE**

Subpoenaed non-party Charles Solomon, by and through his counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and District of Colorado Local Criminal Rule 47.1, respectfully moves this Court for leave to restrict access at Level 1 to Subpoenaed Non-party Charles Solomon's Unopposed Motion to Appear By Video Teleconference, accompanying Attachment A to that Motion, the brief filed in support of the instant Motion for Leave to Restrict, and any order revealing the contents of those documents.

-2-

| | |
|---|---|
| Dated: March 11, 2022 | Respectfully submitted,<br><br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>*s/ Mark R. Rosman*<br>Mark R. Rosman (D.C. Bar No. 1006934)<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8877<br>Email: mrosman@wsgr.com<br><br>*Counsel for Non-Party Charles Solomon* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2022, a copy of the foregoing document was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case.

| | |
|---|---|
| Dated: March 11, 2022 | Respectfully submitted,<br><br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>*s/ Mark R. Rosman*<br>Mark R. Rosman (D.C. Bar No. 1006934)<br>1700 K Street NW, Fifth Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8877<br>Email: mrosman@wsgr.com<br><br>*Counsel for Non-Party Charles Solomon* |