# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB     Date: 03/13/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Richard Eddington | 03/14/2022 - 2.5 hrs |
| Darrell Bowlin | 3/15/2022 - 1.5 hrs |
| Brandon Campbell | 03/15/2022 - 2 hrs |
| Bruce Bagshaw | 03/15/2022 - 0.5 hr |
| Marcus Shelton | 03/15/2022 - 0.5 hrs |
| Custodian of Records - Tyson | 03/15/2022 - 0.5 hr |
| Mike Brown | 03/15/2022 - 0.5 hr |
| Rhonda Warble | 03/16/2022 - 0.75 hrs |
| Brenda Ray | 03/16/2022 - 1.0 hr |
| Tommy Lane | 03/16/2022 - 1.5 hr |
| Eric Oare | 03/16/2022 - 1.5 hr |
| John Curran | 03/16/2022 to 3/17/2022 - 1.5 hr |
| Custodian of Records - Pilgrims | 03/17/2022 - 0.5 hr |
| Greg Finch | 03/17/2022 - 3 hrs |
| David Blackmon | 03/17/2022 - 1 hr |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB            Date: 03/13/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Michael Ledford | 03/17/2022 - 1 hr |
| Charles Solomon | 03/21/2022 - 1 hr |
| Kent Kronague | 03/21/2022 - 2 hrs |
| Paige Dingee | 03/21/2022 - 1.5 hrs |
| Sponsor for Summary Exhibits | 03/21/2022 - 1.5 hrs |
| Melissa Hoyt | 03/21/2022 - 1 hr |
| Steven Cullen | 03/22/2022 - 1.5 hrs |
| Edward Snyder | 03/22/2022 - 4 hrs |
| Fabio Sandri | 03/22/2022 - 1 hr |
| Agent Matthew Koppenhaver | 03/23/2022 - 2 hrs |
| Agent LaNard Taylor | 03/23/2022 - 2 hrs |
| Julie Lawrence | 03/23/2022 - 1.0 hr |
| Judy Hall | 03/23/2022 - 1.0 hr |
| Joseph Pochron | 03/23/2022 - 1.0 hr |

At present, Defendants do not intend to call any additional witnesses, but we reserve the right to do so with appropriate notice to the government. Defendants also reserve the right to revise the order of appearance of witnesses, if necessary. Defendants all reserve the right to testify at any point during the defense.