IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  Date: March 16, 2022
Courtroom Deputy: Sabrina Grimm  Court Reporter: Janet Coppock

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Michael Koenig
  Carolyn Sweeney
  Heather Call
  Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,  Michael Tubach
  Anna Pletcher
  Brian Quinn

2. MIKELL REEVE FRIES,  Richard Kornfeld
  David Beller
  Kelly Page

3. SCOTT JAMES BRADY,  Bryan Lavine
  Megan Rahman
  Tiffany Bracewell

4. ROGER BORN AUSTIN,  Michael Feldberg
  Laura Carwile
  Julie Withers

5. TIMOTHY R. MULRENIN,  Elizabeth Prewitt
  Marci LaBranche

6. WILLIAM VINCENT KANTOLA,  Roxann Henry
  James Backstrom

7. JIMMIE LEE LITTLE,  Mark Byrne
  Dennis Canty

8. WILLIAM WADE LOVETTE,  John Fagg, Jr.
  Dru Nielsen
  James McLoughlin
  Kaitlin Price

9. GARY BRIAN ROBERTS, and  Craig Gillen
  Richard Tegtmeier
  Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| | Christopher Plumlee |
| Defendants. | |

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 14**

**8:47 a.m.     Court in session.**

Defendants present on bond.

Jury present.

Continued direct examination of Mr. Bowlin by Ms. Prewitt.

9:16 a.m.     Cross examination of Mr. Bowlin by Ms. Call.

9:21 a.m. to 9:28 a.m.     Bench conference.

Continued cross examination of Mr. Bowlin by Ms. Call.

9:32 a.m.     Redirect examination of Mr. Bowlin by Ms. Prewitt.

Defendants' witness, Brandon Campbell, sworn.

9:34 a.m.     Direct examination of Mr. Campbell by Mr. Gillen.

**Exhibits G-624, G-521, G-824 are admitted**

Jury excused.

**10:17 a.m.     Court in recess.**
**10:36 a.m.     Court in session.**

Discussion regarding issues with witnesses Greg Finch and Eric Oare.

11:06 a.m.     Jury present.

Continued direct examination of Mr. Campbell by Mr. Gillen.

**Exhibits G-570, G-467, G-949, G-950 (as redacted), G-794 (top email), F-795, G-815 are admitted.**

11:53 a.m.     Cross examination of Mr. Campbell by Ms. Call.

**Exhibit 984 is admitted.**

Jury excused.

Discussion regarding scheduling and Docket No. 1186.

**12:10 p.m.     Court in recess.**
**1:12 p.m.      Court in session.**

Discussion regarding updates regarding witnesses Greg Finch and Eric Oare and pdf vs. native versions of exhibits.

**1:20 p.m.     Court in recess.**
**1:35 p.m.     Court in session.**

Jury present.

Defendants' witness, Bruce Bagshaw, sworn.

1:38 p.m.     Direct examination of Mr. Bagshaw by Mr. Feldberg.

1:46 p.m. to 1:48 p.m.     Bench conference.

Continued direct examination of Mr. Bagshaw by Mr. Feldberg.

1:53 p.m.     Cross examination of Mr. Bagshaw by Ms. Sweeney.

Defendants' witness, Marcus Shelton, sworn.

1:57 p.m.     Direct examination of Mr. Shelton by Ms. Withers.

2:08 p.m.     Cross examination of Mr. Shelton by Ms. Sweeney.

Defendants' witness, Michael Brown, sworn.

2:12 p.m.     Direct examination of Mr. Brown by Mr. Fagg.

**Exhibits B-849, E-078 (top email) are admitted.**

2:42 p.m.     Direct examination of Mr. Brown by Mr. Tubach.

2:43 p.m.     Direct examination of Mr. Brown by Mr. Feldberg.

**Exhibits J-142, J-143 are admitted.**

2:47 p.m.     Cross examination of Mr. Brown by Ms. Sweeney.

2:58 p.m.     Redirect examination of Mr. Brown by Mr. Fagg.

3:09 p.m. to 3:11 p.m.     Bench conference.

Jury excused.

**3:12 p.m.     Court in recess.**
**3:31 p.m.     Court in session.**

Jury present.

Defendants' witness, Rhonda Warble, sworn.

3:34 p.m.     Direct examination of Ms. Warble by Ms. Johnson.

3:37 p.m. to 3:43 p.m.     Bench conference.

Continued direct examination of Ms. Warble by Ms. Johnson.

**Exhibits I-440, I-337 (as redacted), I-442, I-441 are admitted.**

4:12 p.m.     Cross examination of Ms. Warble by Ms. Sweeney.

4:17 p.m. to 4:21 p.m.     Bench conference.

Continued cross examination of Ms. Warble by Ms. Sweeney.

Defendants' witness, Gregory Finch, sworn.

4:24 p.m.     Direct examination of Mr. Finch by Mr. Beller.

Jury excused until March 17, 2022 at 8:30 a.m.

**ORDERED:  Defendants' bond is continued.**

**5:03 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:21