IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  March 22, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 17**

**8:21 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding Exhibits 10667, I-337, and 10672.

8:41 a.m.     Jury present.

Continued direct examination of Mr. Kronauge by Mr. Kornfeld.

**Exhibits 609 (as redacted), E-471, G-059 (as redacted), 997 (as redacted), I-742, 701 are admitted.**

9:19 a.m.     Direct examination of Mr. Kronauge by Mr. Pollack.

9:20 a.m.     Direct examination of Mr. Kronauge by Ms. Henry.

9:25 a.m.     Cross examination of Mr. Kronauge by Mr. Torzilli.

9:31 a.m. to 9:35 a.m.     Bench conference.

**Exhibit 6034 is admitted.**

9:56 a.m.     Redirect examination of Mr. Kronauge by Mr. Kornfeld.

10:02 a.m. to 10:05 a.m.    Bench conference.

**Exhibits J-234, J-229, D-137, D-138, D-407, D-408, D-409, D-410, D-146, D-147, d-148 (as redacted), D-149, D-150, D-151, D-152, D-154, D-157, D-158, D-159, D-160, D-161, D-162, D-164, D-165, E-545, E-546, F-459 are admitted.**

10:15 a.m. to 10:18 a.m.    Bench conference.

Jury excused.

**10:21 a.m.    Court in recess.**
**10:50 a.m.    Court in session.**

Discussion regarding Verizon records and stipulated exhibit.

11:01 a.m.    Jury present.

**Exhibits D-240, J-232, J-221, J-203 are admitted.**
**Exhibits listed in Attachment A of Doc. No. [1217-1] are admitted.**

Defendants' rest.

Government's rebuttal by Ms. Call.

**Exhibits 10667, 10665, 10666, 10672, 410-2 are admitted.**

**11:31 a.m.    Evidence is closed.**

Jury excused.

Discussion regarding admitted exhibits.

Defendants Penn, Fries, Brady, Austin, Mulrenin, Kantola, Little, Lovette, Roberts, Blake's renewed oral motions for judgment of acquittal pursuant to Rule 29.

Defendants' oral motion to supplement Rule 29 motions by Mr. Beller.

**ORDERED:    Defendants' oral motion to supplement Rule 29 motions is GRANTED.  Defendants shall file any supplements on or before March 28, 2022.  Government shall file a response to the original Rule 29 motions and the supplements on or before April 8, 2022, as discussed.**

**ORDERED:    Defendants' Rule 29 motions [1205], [1207], [1208], [1209], [1210], [1211], [1212], [1213], [1214], and [1215] are TAKEN UNDER ADVISEMENT.**

Discussion and argument regarding jury instructions.

**1:13 p.m.     Court in recess.**
**2:14 p.m.     Court in session.**

Discussion regarding theories of the case and jury instructions.

**2:34 p.m.     Court in recess.**
**2:51 p.m.     Court in session.**

Jury present.

Court reads jury instructions to jurors.

Jury excused.

Discussion regarding Instruction No. 3.

**3:54 p.m.      Court in recess.**
**4:04 p.m.      Court in session.**

Jury present.

Court re-reads Instruction No. 3 to jury.

4:07 p.m.      Government's closing argument by Ms. Call.

Jury excused until March 23, 2022 at 8:30 a.m.

Discussion regarding scheduling.

**ORDERED:   Defendants' bond is continued.**

**5:56 p.m.      Court in recess.**

Trial continued.
Total time in court:     7:38