**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB          Date:  March 28, 2022
Courtroom Deputy:  Sabrina Grimm          Court Reporter:   Janet Coppock

*Parties:*                                   *Counsel:*

UNITED STATES OF AMERICA,                     Michael Koenig
                                              Carolyn Sweeney
                                              Heather Call
                                              Paul Torzilli

    Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                       Michael Tubach
                                               Anna Pletcher
                                               Brian Quinn
2.  MIKELL REEVE FRIES,                        Richard Kornfeld
                                               David Beller
                                               Kelly Page
3.  SCOTT JAMES BRADY,                         Bryan Lavine
                                               Megan Rahman
                                               Tiffany Bracewell
4.  ROGER BORN AUSTIN,                         Michael Feldberg
                                               Laura Carwile
                                               Julie Withers
5.  TIMOTHY R. MULRENIN,                       Elizabeth Prewitt
                                               Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,                   Roxann Henry
                                               James Backstrom
7.  JIMMIE LEE LITTLE,                         Mark Byrne
                                               Dennis Canty
8.  WILLIAM WADE LOVETTE,                      John Fagg, Jr.
                                               Dru Nielsen
                                               James McLoughlin
                                               Kaitlin Price
9.  GARY BRIAN ROBERTS, and                    Craig Gillen
                                               Richard Tegtmeier
                                               Anthony Lake

10.  RICKIE PATTERSON BLAKE,                     Wendy Johnson
                                                 Barry Pollack
                                                 Christopher Plumlee

     Defendants.

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 21**

**12:05 p.m.    Court in session.**

Defendants present on bond.

The Court has received five notes from the jury.

Discussion regarding a response to the notes.

The Court will provide a response to the jury consistent with the discussions held.

**1:14 p.m.       Court in recess.**
**4:44 p.m.       Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The Court will provide a modified Allen instruction to the jury consistent with the discussions held.

4:55 p.m.       Jury present.

Court reads modified Allen instruction to the jury.

Jury excused until March 29, 2022.

**ORDERED:  Defendants' bonds are continued.**

**5:03 p.m.       Court in recess.**

Trial continued.
Total time in court:    1:28