## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. WILLIAM WADE LOVETTE,

        Defendants.

---

## JOINT MOTION OF INTERESTED PARTIES
## JASON MCGUIRE, JUSTIN GAY, AND WESLEY SCOTT TUCKER FOR
## REMOTE OBSERVATION OF ASSISTANT ATTORNEY GENERAL
## JONATHAN KANTER'S APPEARANCE ON APRIL 14, 2022

---

Interested parties Jason McGuire, Justin Gay, and Wesley Scott Tucker (together "Movants"), by and through counsel, jointly move this Court to facilitate remote observation, via one-way video or teleconferencing, of Assistant Attorney General Jonathan Kanter's appearance scheduled for Thursday, April 14, 2022, at 12:30 p.m. In support thereof, Movants state as follows:

1. Movants have been indicted in the related case of *United States v. McGuire.*, 21-cr-246 (DDD) ("*McGuire*"). The government has represented that the conspiracy charged in *McGuire* is the same as the conspiracy charged in this case. Movants were also referenced

Case No. 1:20-cr-00152-PAB   Document 1253   filed 04/11/22   USDC Colorado   pg 2 of 5

in a substantial amount of the testimonial and documentary evidence that was presented at the trials in this matter.

2. After two mistrials in this case, the government represented that it intends to try the case a third time. The Court has ordered the Assistant Attorney General of the Antitrust Division, Jonathan Kanter, to appear in person to explain "why, after the Government has tried twice and failed, it believes that a third time admissible evidence will probably be sufficient to obtain and sustain a conviction" under the United States Department of Justice's prosecutorial guidelines. Rough Tr. Mar. 29, 2022, 9–10.[1]

3. Movants and their counsel live far outside of this judicial district.[2]

4. Because this case and *McGuire* involve the same conspiracy and overlapping evidence, Movants have a strong interest in observing Mr. Kanter's remarks. The Court previously recognized Movants' interest in this matter when it granted Movants' request to observe the *James* hearing remotely via a telephone conference line. (ECF No. 428.) Here too, Movants have a strong interest in observing the government's explanation for trying the case a third time, given the substantial overlap between the two matters.

5. While Movants understand that this hearing is open to in-person public spectators, both efficiency and concerns about the continuing COVID-19 pandemic favor allowing remote

---

[1] Counsel cites the rough transcript from proceedings on March 29, 2022, because the certified transcript is not yet available. We defer to the Court's recollection of the proceeding if it differs from the transcript in any way.

[2] The remaining defendant in *McGuire*, Timothy Stiller, and his counsel reside in this judicial district and can attend this hearing in person without air travel.

observation. The Court has already stated its intent to permit counsel for the defendants to appear remotely via VTC, and we respectfully suggest that the burden on the Court in similarly allowing Movants remote access will be minimal. (ECF No. 1245.) Moreover, given the nature of the proceeding, it is likely that it will be very well attended. Permitting Movants to observe the proceeding remotely will alleviate courtroom crowding and mitigate the risk of spreading COVID-19 among the in-person spectators, counsel for the parties, and court staff.

6. One-way remote observation poses no risk of distraction to court staff or the participants in the proceeding.

Dated: April 11, 2022

Respectfully submitted,

LANKLER SIFFERT & WOHL LLP

By: */s/ John Sand Siffert*
John Sand Siffert
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 34th Floor
New York, NY 10110
(212) 921-8399
jsiffert@lswlaw.com
*Attorney for Mr. Gay*

   */s/ D. Jarrett Arp*
D. Jarrett Arp
Davis Polk & Wardwell LLP
901 15th St, NW
Washington, DC 20005
(202) 962-7150
jarrett.arp@davispolk.com
*Attorney for Mr. McGuire*

*/s/ Jackson Roger Sharman, III*
Jackson Roger Sharman, III
Lightfoot Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
jsharman@lightfootlaw.com
*Attorney for Mr. Tucker*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of April, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court for the United States District Court for the District of Colorado by using the CM/ECF system, which will serve electronic notifications of this filing on all counsel of record.

    Respectfully submitted,

*/s/ John Sand Siffert*
John Sand Siffert
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 34th Floor
New York, NY 10110
(212) 921-8399
jsiffert@lswlaw.com