IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  
Courtroom Deputy: Sabrina Grimm  

Date: April 14, 2022  
Court Reporter: Janet Coppock

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jonathan Kanter |
| | Richard Powers |
| | Carol Sipperly |
| | Hetal Doshi |
| | Mikal Condon |
| | Leslie Wulff |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach (VTC) |
| | Anna Pletcher |
| | Brian Quinn |
| | Chad Williams |
| | Jacqueline Roeder |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall (VTC) |
| | Tiffany Bracewell (VTC) |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. (VTC) |
| | Dru Nielsen |
| | James McLoughlin (VTC) |
| | Kaitlin Price |
| | Frank Schall |
| Defendants. | |

---

## COURTROOM MINUTES

---

**STATUS CONFERENCE**

**12:32 p.m.     Court in session.**

Appearances of counsel.  Defendants present on bond.  Mikell Fries and Scott Brady appear via VTC.

Discussion regarding why it is appropriate for the government to try the case a third time.

Comments by Mr. Kanter and Ms. Call in response to the Court's questions.

**ORDERED:  Bond is continued as to all defendants.**

**1:06 p.m.     Court in recess.**

Trial concluded.
Total time in court:     00:34