IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

    Defendants.

---

**UNITED STATES' NOTICE OF SUMMARY EXHIBITS AND REQUEST FOR DEADLINE**

---

The government intends to offer the summary exhibits attached hereto as Attachment A during trial.  The below chart maps the exhibit numbers used in the February 2022 trial with the exhibit numbers being used in the June 2022 trial.

| Feb. 2022 trial | June 2022 trial |
|---|---|
| 14 | 50 |
| 15 | 51 |
| 16 | 52 |
| 17 | 53 |
| 1 | 54 |

| | |
|---|---|
| 2 | 55 |
| 4 | 56 |
| 9 | 57 |
| 10 | 58 |
| 11 | 59 |
| 12 | 60 |
| 18 | 61 |
| 19 | 62 |
| 90-10 | 90-10 |

The government made formatting changes to every chart and updated the charts to reflect limiting instructions used on underlying exhibits during the February 2022 trial. The formatting changes include: spelling out the dates in the chart title, reordering the columns, moving the type of communication from the "excerpt" column to the "type" column, changing the color coding, using company logos for chicken suppliers in lieu of typed names, and including screen shots where the underlying exhibit includes a chart or information otherwise difficult to convey in typewritten form.  Substantive changes to each chart are detailed in the list below.

Exhibit 50:

- Removed references to Exhibits 1429, 1431, 1406, 9690, 1569, and 9696.
- Adjusted the time zone to Eastern Time for Exhibits 1438 and 1505.
- Updated excerpt relating to Exhibits 1438, 1409, 1505, and 9692.

Exhibit 51:

- Removed references to Exhibits 1440 and 1441.
- Updated excerpt relating to Exhibits 1528, 1584, 1500, and 1501.
- Added origination information and adjusted the time zone to Eastern Time for certain citations to Exhibits 1426 and 1444.

Exhibit 52:

- Removed one reference to Exhibit 1544.
- Added references to Exhibits 1420 and 1421.
- Updated excerpt relating to Exhibits 1544, 1546, 1522, 1523, and 1403.
- Updated recipient information for Exhibit 1544.
- Added origination information and adjusted the time zone to Eastern Time for certain citations to Exhibit 1428.

Exhibit 53:

- Added references to Exhibits 1700, 1713, 10666, 10024, 1736, and D-330.
- Substituted references to 10651 in lieu of 1734, 1700 in lieu of 1700-1, and 1713 in lieu of 1713-1.
- Added origination information and adjusted the time zone to Eastern Time for certain citations to Exhibits 1733 and 10024.

Exhibit 54:

- Removed references to Exhibits 114 and 118.
- Updated excerpt relating to Exhibits 120 and 113.
- Added reference to Exhibit 119.

Exhibit 55:

- Updated excerpt relating to Exhibits 224 and 221.
- Removed reference to Exhibits 245, 6134, and 246.

Exhibit 56:

- Added reference to Exhibit 413.
- Updated excerpt relating to Exhibit 410-2.
- Added origination information and adjusted the time zone to Eastern Time for certain citations to Exhibits 497 and 499.

Exhibit 57:

- Updated excerpt relating to Exhibit 920.
- Added origination information and adjusted the time zone to Eastern Time for certain citations to Exhibits 980 and 981.

Exhibit 58:

- Removed references to Exhibits 9645, 1135, 1175, and 1231.
- Updated excerpts relating to Exhibits 1139, 1137, 1236, 1190, and 1191.
- Added references to Exhibits 10055, 10056, 1175, D-146, D-147, 1234, D-148, D-149, 1036, 9867, 9868, 1025, 1026, 1007, 1008, 1132, 1133, 1104, 1105, 1237, 1145, 1146, 1028, and 1029.
- Added origination information and adjusted the time zone to Eastern Time for certain references to Exhibit 1236.

Exhibit 59:

- Updated excerpt relating to Exhibits 1051 and 900.

- Added origination information and adjusted the time zone to Eastern Time for certain references to Exhibits 1237 and 1240.

Exhibit 60:

- Added references to Exhibits 9672, 8036, 1030, and 955.
- Added origination information and adjusted the time zone to Eastern Time for certain references to Exhibit 1241.

Exhibit 61:

- Added references to Exhibits 1959, 1961, 1890, 1891, and 1930.
- Updated excerpts for Exhibits 1882, F-852, F-853, 1825, and 1826.
- Added origination information and adjusted the time zone to Eastern Time for certain references to Exhibit 1959.

Exhibit 62:

- Added reference to Exhibit 1801.
- Added origination information and adjusted the time zone to Eastern Time for certain references to Exhibits 1960 and 1929.

As in previous trials, to the extent the Court orders limiting instructions or excludes any underlying exhibits before the summaries are offered into evidence, the government will amend the summaries accordingly. The government will not otherwise edit or alter the summary exhibits before offering them into evidence.

Consistent with the Court's April 15, 2022 Order Re-Setting Trial Dates and Deadlines, the government requests that the Court clarify that the May 9, 2022 deadline

for pre-trial motions applies to defendants' objections to the summary exhibits. Imposing a deadline for defendants' objections to the summary exhibits will allow the parties and the Court to resolve questions regarding the admissibility of the summary exhibits at the Trial Preparation Conference. Doing so will provide finality, streamline litigation relating to the government's presentation of its case, and allow for the efficient use of the Court's time and resources.

Dated: April 25, 2022

Respectfully submitted,

/s/ Leslie A. Wulff
KEVIN B. HART
LESLIE A. WULFF
PAUL TORZILLI
DANIEL LOVELAND, JR.
Antitrust Division
U.S. Department of Justice
450 Golden Gate Ave. Room 10-0101
San Francisco, CA 94102
Tel: (415) 229-2942
Email: leslie.wulff@usdoj.gov
*Attorneys for the United States*