## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.  JAYSON JEFFREY PENN,**
**2.  MIKELL REEVE FRIES,**
**3.  SCOTT JAMES BRADY,**
**4.  ROGER BORN AUSTIN,**
**5.  WILLIAM WADE LOVETTE,**

        Defendants.

---

## GOVERNMENT'S AMENDED NOTICE OF EXHIBITS WITHOUT A TESTIFYING WITNESS

---

        The government respectfully submits this Notice of Exhibits Without a Testifying

Witness.  This filing amends and supplants the government's previous notice. (Docket

No. 1294.)

        (1) The following exhibits have been removed from the government's notice.

                a.  1510[1]

                b.  1511

                c.  9874

                d.  9984

---

[1] Exhibits 1510, 1511, 9874, 9984, 10018, 10047, 10602, 10603, 10604, and 10616 were listed among those that the Court scheduled for anticipated argument. (Docket No. 1335.)  Removing these exhibits from the government's notice should moot the need for argument on these exhibits.

e.  10018

f.  10047

g.  10602

h.  10603

i.  10604

j.  10616

k.  247

l.  901

m.  1177

(2) The below two exhibits have been added to the government's notice.

| Exhibit | Description | Basis For Admissibility | Prior Ruling(s) [2] |
|---------|-------------|-------------------------|---------------------|
| 6046 | Email chain between Mikell Fries and Scott Brady on or about 06/20/2013 (CLA_0192603) | Coconspirator Statement (801(d)(2)(E)) | Admissible (3/17/22 R. Tr. at 146:8-147:8); Coconspirator Statement (Docket No. 380-4 (*James* Log), 559 (Ruling), Entry 58) |
| 7046 | Excel Spreadsheet titled cost plus comparison industry.xls undated (PILGRIMS-DOJ-0000509329) | Opposing Party (Defendant Austin) Statement (801(d)(2)(A)) | Admissible (3/10/22 R. Tr. at 200:5-25); Admissible against Defendant Austin pending Authentication (Docket No. 1031-1) |

---

[2] All transcript citations are to the unofficial Trial Transcript.

## Exhibits from ECF 1086

| 108 | 443 | 587 | 1036 | 1427 | 1826 | 2002 |
|-----|-----|-----|------|------|------|------|
| 109 | 444 | 588 | 1051 | 1444 | 1846 | 2005 |
| 113 | 445 | 589 | 1056 | 1500 | 1847 | 3025 |
| 114 | 446 | 590 | 1058 | 1501 | 1848 | 3037 |
| 143 | 447 | 617 | 1066 | 1503 | 1849 | 6047 |
| 219 | 448 | 622 | 1074 | 1505 | 1850 | 6088 |
| 245 | 449 | 623 | 1119 | 1522 | 1851 | 6089 |
| 246 | 450 | 624 | 1120 | 1523 | 1852 | 6134 |
| 330 | 451 | 625 | 1121 | 1526 | 1853 | 6198 |
| 352 | 453 | 702 | 1122 | 1528 | 1854 | 6235 |
| 353 | 494 | 703 | 1123 | 1538 | 1856 | 6282 |
| 354 | 495 | 710 | 1124 | 1539 | 1858 | 7040 |
| 355 | 496 | 733 | 1125 | 1544 | 1862 | 8000 |
| 356 | 497 | 764 | 1126 | 1546 | 1864 | 8001 |
| 404 | 498 | 765 | 1127 | 1547 | 1882 | 8002 |
| 433 | 499 | 766 | 1132 | 1614 | 1894 | 8003 |
| 434 | 518 | 803 | 1133 | 1615 | 1923 | 8004 |
| 435 | 542 | 920 | 1175 | 1700 | 1959 | 8005 |
| 436 | 546 | 933 | 1190 | 1713 | 1960 | 8006 |
| 437 | 559 | 940 | 1191 | 1722 | 1961 | 8007 |
| 438 | 563 | 953 | 1238 | 1728 | 1962 | 8008 |
| 439 | 564 | 955 | 1247 | 1729 | 1963 | 8024 |
| 440 | 584 | 980 | 1256 | 1733 | 1964 | 8025 |
| 441 | 585 | 982 | 1258 | 1734 | 2000 | 8026 |
| 442 | 586 | 1035 | 1409 | 1825 | 2001 | 8027 |

| 8028 | 8054 | 8081 | 9010-1 | | |
|------|------|------|--------|--|--|
| 8029 | 8055 | 8082 | D-839 | | |
| 8030 | 8057 | 8083 | E-570 | | |
| 8031 | 8058 | 8084 | E-873 | | |
| 8032 | 8059 | 8085 | E-874 | | |
| 8033 | 8060 | 8098 | I-141 | | |
| 8034 | 8061 | 9010 | | | |
| 8035 | 8062 | 9264 | | | |
| 8036 | 8063 | 9645 | | | |
| 8037 | 8064 | 9672 | | | |
| 8038 | 8065 | 9707 | | | |
| 8039 | 8066 | 9708 | | | |
| 8040 | 8067 | 9709 | | | |
| 8041 | 8068 | 9714 | | | |
| 8042 | 8069 | 9715 | | | |
| 8043 | 8071 | 9716 | | | |
| 8045 | 8072 | 9720 | | | |
| 8046 | 8073 | 9721 | | | |
| 8047 | 8074 | 9722 | | | |
| 8048 | 8075 | 9744 | | | |
| 8049 | 8076 | 9745 | | | |
| 8050 | 8077 | 9748 | | | |
| 8051 | 8078 | 1036-1 | | | |
| 8052 | 8079 | 410-1 | | | |
| 8053 | 8080 | 519-1 | | | |

# Exhibits Disclosed April 25, 2022

| 50  | 748  | 1747 | 9696  | 10036  | 1500-1 |
|-----|------|------|-------|--------|--------|
| 51  | 749  | 1890 | 9703  | 10037  | 1700-1 |
| 52  | 750  | 1891 | 9710  | 10038  | 1713-1 |
| 53  | 959  | 3074 | 9743  | 10039  | 231-1  |
| 54  | 1008 | 5016 | 9816  | 10040  | 746-1  |
| 55  | 1025 | 9004 | 9833  | 10041  | 9255-1 |
| 56  | 1030 | 9018 | 9834  | 10042  | 9834-1 |
| 57  | 1069 | 9020 | 9870  | 10043  |        |
| 58  | 1145 | 9265 | 9871  | 10044  |        |
| 59  | 1146 | 9266 | 9876  | 10045  |        |
| 60  | 1403 | 9267 | 9885  | 10046  |        |
| 61  | 1404 | 9268 | 9905  | 10048  |        |
| 62  | 1406 | 9269 | 9977  | 10049  |        |
| 118 | 1407 | 9270 | 9980  | 10050  |        |
| 119 | 1410 | 9272 | 10024 | 10051  |        |
| 120 | 1427 | 9274 | 10026 | 10052  |        |
| 221 | 1435 | 9275 | 10027 | 10053  |        |
| 224 | 1438 | 9276 | 10028 | 10054  |        |
| 230 | 1439 | 9278 | 10029 | 10055  |        |
| 231 | 1514 | 9279 | 10030 | 10056  |        |
| 232 | 1515 | 9281 | 10031 | 10057  |        |
| 234 | 1542 | 9690 | 10032 | 10581  |        |
| 413 | 1552 | 9691 | 10033 | 10605  |        |
| 618 | 1569 | 9692 | 10034 | 10651  |        |
| 744 | 1707 | 9694 | 10035 | 1438-1 |        |

# Exhibits Disclosed May 4, 2022

| 10666 | | | | | |
|---|---|---|---|---|---|
| 410-2 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Exhibits Disclosed May 21, 2022

| 6046 | | | | | |
|------|------|------|------|------|------|
| 7046 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Dated: May 21, 2022                    Respectfully submitted,

                                       /s/ Aidan McCarthy
                                       AIDAN MCCARTHY
                                       KEVIN B. HART
                                       LESLIE A. WULFF
                                       PAUL J. TORZILLI
                                       DANIEL A. LOVELAND, JR.
                                       Antitrust Division
                                       U.S. Department of Justice
                                       450 Fifth Street NW, Suite 11048
                                       Washington D.C. 20530
                                       Tel: (202) 549-6183
                                       Email: aidan.mccarthy@usdoj.gov
                                       *Attorneys for the United States*