# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB

Courtroom Deputy: Sabrina Grimm

Date: May 25, 2022

Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,



2. MIKELL REEVE FRIES,



3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,



8. WILLIAM WADE LOVETTE,



    Defendants.

*Counsel:*

Leslie Wulff
Kevin Hart
Daniel Loveland
Paul Torzilli



Michael Tubach
Anna Pletcher
Brian Quinn
Kelse Moen
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine (VTC)
Laura Kuykendall
Michael Feldberg
Laura Carwile
Julie Withers
John Fagg, Jr.
Dru Nielsen
James McLoughlin (VTC)
Frank Schall
Fielding Huseth

---

## COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE**

**9:09 a.m.**

Appearances of counsel.  Defendants present on bond.  Mr. Fries, Mr. Brady, and Mr. Austin appear via VTC.

The matter is set for a 19-day jury trial to begin on June 6, 2022 at 8:00 a.m.

Discussion regarding trial schedule, mask requirement, jury selection of 14 jurors, opening statements limited to 20 minutes per party, voir dire by counsel, witnesses, and exhibits.

**ORDERED:  Witnesses will be sequestered.**

Discussion regarding exhibits listed in Docket No. [1335].

**10:35 a.m.    Court in recess.**
**10:51 a.m.    Court in session.**

Continued discussion regarding exhibits listed in Docket No. [1335].

**11:54 a.m.    Court in recess.**
**1:35 p.m.     Court in session.**

Continued discussion regarding exhibits listed in Docket No. [1335].

**ORDERED:  Defendants' Motion in Limine 3: To Exclude "Summary" Exhibits [1304] is GRANTED IN PART, DENIED IN PART, and RESERVED IN PART, as discussed.**

**ORDERED:  Mr. Lavine's request to disclose documents to corporate counsel with respect to Mr. Finch is GRANTED.**

**ORDERED:  Bond is continued as to all defendants.**

**2:23 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    3:17