IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  Date: June 6, 2022
Courtroom Deputy: Sabrina Grimm/Emily Buchanan  Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

8. WILLIAM WADE LOVETTE,

Defendants.

*Counsel:*

Leslie Wulff
Kevin Hart
Daniel Loveland
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Laura Kuykendall
Michael Feldberg
Laura Carwile
Julie Withers
John Fagg, Jr.
Dru Nielsen
Frank Schall

## COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**8:01 a.m.**

Appearances of counsel.  Defendants present on bond.

Discussion regarding an additional alternate juror, transceivers, openings, voir dire, peremptory challenges, time limits, potential conflict with a juror, and other trial procedures.

**8:18 a.m.     Court in recess.**
**8:48 a.m.     Court in session.**

Jury panel present.  35 jurors seated in the jury box.

Statement by the Court.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Jury panel sworn for voir dire.

9:15 a.m.     Voir dire by the Court.

9:23 a.m. to 9:27 a.m.     Bench conference.

Voir dire by the Court continues.

**9:30 a.m.     Court in recess.**
**10:00 a.m.    Court in session.**

Voir dire by the Court continues.

10:15 a.m. to 10:17 a.m.    Bench conference.

Voir dire by the Court continues.

10:18 a.m. to 10:29 a.m.    Bench conference.

Voir dire by the Court continues.

10:30 a.m. to 10:33 a.m.    Bench conference.

Voir dire by the Court continues.

10:33 a.m. to 10:36 a.m.    Bench conference.

Voir dire by the Court continues.

10:37 a.m. to 10:39 a.m.    Bench conference.

Voir dire by the Court continues.

**12:00 p.m.    Court in recess.**

**1:22 p.m.**     **Court in session.**

Voir dire by the Court continues.

2:26 p.m.    Voir dire by Ms. Wulff.

2:46 p.m. to 3:03 p.m.    Bench conference.

Voir dire by Ms. Wulff continues.

**3:15 p.m.**     **Court in recess.**
**3:36 p.m.**     **Court in session.**

3:37 p.m. to 3:39 p.m.    Bench conference.

Voir dire by the Court.

Voir dire by Ms. Wulff continues.

4:00 p.m.    Voir dire by Ms. Nielsen.

4:25 p.m.    Voir dire by Mr. Beller.

Court instructs jury.  Jury excused until June 7, 2022 at 8:45 a.m.

Court will reconvene at 8:00 a.m. tomorrow.

**ORDERED:  Defendants are permitted to file a response to [1369] on or before June 7, 2022 by noon.**

**ORDERED:  Bond is continued as to all defendants.**

**5:08 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    6:24