IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 7, 2022 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,     Leslie Wulff
                                                Kevin Hart
                                                Daniel Loveland
                                                Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,     Michael Tubach
                                                Anna Pletcher
                                                Brian Quinn

2. MIKELL REEVE FRIES,     Richard Kornfeld
                                                David Beller
                                                Kelly Page

3. SCOTT JAMES BRADY,     Bryan Lavine
                                                Laura Kuykendall

4. ROGER BORN AUSTIN,     Michael Feldberg
                                                Laura Carwile
                                                Julie Withers

8. WILLIAM WADE LOVETTE,     John Fagg, Jr.
                                                Dru Nielsen
                                                Frank Schall

    Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 2**

**8:05 a.m.**     **Court in session.**

Defendants present on bond.

Jury panel is not present.

Discussion regarding the preliminary jury instructions.  Defendant Jayson Jeffrey Penn's objection is overruled.

The parties exercise their for-cause challenges on the 35 prospective jurors.

Government's oral motion to challenge jurors 100461800, 100428752, 100428593, and 100438638 for cause.

Argument by counsel.

**ORDERED:   Government's oral motion to challenge jurors 100461800, 100428752, 100428593, and 100438638 for cause is denied.**

Defendants' oral motion to challenge jurors 100460582, 100449646, and 100465974 for cause.

Argument by counsel.

**ORDERED:   Defendants' oral motion to challenge jurors 100460582, 100449646, and 100465974 for cause is granted as to jurors 100460582 and 100449646 and denied as to juror 100465974.**

| | |
|---|---|
| **8:38 a.m.** | **Court in recess.** |
| **9:30 a.m.** | **Court in session.** |

Jury panel present.

Court advises the jurors that jurors 100460582 and 100449646 will be excused.

9:34 a.m. to 9:38 a.m.     Bench conference.

Voir dire by the Court.

9:40 a.m. to 9:50 a.m.     Bench conference.

Voir dire by the Court continues.

10:01 a.m. to 10:09 a.m.    Bench conference.

Voir dire by the Court continues.

10:12 a.m.    Voir dire by Ms. Wulff.

10:20 a.m.    Voir dire by Mr. Beller.

10:31 a.m.    Voir dire by the Court continues.

10:36 a.m. to 10:39 a.m.    Bench conference.

Voir dire by the Court continues.

10:46 a.m.    Voir dire by Ms. Wulff continues.

10:47 a.m.    Voir dire by Mr. Beller continues.

10:52 a.m. to 10:54 a.m.    Bench conference.

Court advises the jurors regarding peremptory challenges.

10:56 a.m.    The prospective jurors are excused until 11:45 a.m.

**10:58 a.m.    Court in recess.**
**11:48 a.m.    Court in session.**

Jury panel present.

The parties exercise their peremptory challenges.

Jurors excused for cause:

1) 100446024
2) 100429610
3) 100452371
4) 100454026
5) 100457637
6) 100469534
7) 100453904
8) 100465718
9) 100452977
10) 100426512
11) 100464426
12) 100434768
13) 100429228
14) 100444134
15) 100435555
16) 100458870
17) 100460582
18) 100449646
19) 100428533
20) 100469140
21) 100456119

Plaintiff's challenges:

1) 100459642
2) 100428593
3) 100438638
4) 100428752
5) 100444612
6) 100424998
7) 100443179
8) 100461800

Defendants' challenges:

1) 100465974
2) 100450834
3) 100465650
4) 100439470
5) 100435571
6) 100463590
7) 100453584
8) 100457830
9) 100430082
10) 100463091
11) 100454446
12) 100427803

15 jurors selected to try the case:

1) 100431130
2) 100441614
3) 100427243
4) 100429904
5) 100434675
6) 100443648
7) 100458834
8) 100454138
9) 100456892
10) 100451561
11) 100465050
12) 100452017
13) 100434778
14) 100440998
15) 100445194

12:10 p.m.    Jury sworn.

Remaining jurors are excused.

Court's remarks to jurors regarding protocol.

12:20 p.m.     Jury excused.

Discussion regarding time for opening statements and advising the jurors regarding the trial schedule.

**12:25 p.m.     Court in recess.**
**1:39 p.m.      Court in session.**

Jury present.

Court advises the jury that trial will not be held the week of June 20, 2022.

Court reads preliminary jury instructions.

1:56 p.m.     Opening statement by Government by Mr. Hart.

2:16 p.m.     Opening statement by Defendant William Wade Lovette by Ms. Nielsen.

2:36 p.m.     Opening statement by Defendant Jayson Jeffrey Penn by Mr. Tubach.

2:58 p.m.     Opening statement by Defendant Roger Born Austin by Mr. Feldberg.

**3:19 p.m.     Court in recess.**
**3:40 p.m.     Court in session.**

3:41 p.m.     Jury present.

3:45 p.m.     Opening statement by Defendant Mikell Reeve Fries by Mr. Kornfeld.

Defendant Brady reserves his opening statement.

Government's witness, Sara Fisher, called and sworn.

4:09 p.m.     Direct examination of Ms. Fisher by Mr. Loveland.

4:23 p.m. to 4:26 p.m.     Bench conference.

4:26 p.m.     Continued direct examination of Ms. Fisher by Mr. Loveland.

**Government's Exhibits 1921, 1922, 1923, 1924, 1926, 1927, 1928, 1929, 1941, 1942, 1943, 1944, 1945, 1946, 1947, 1957, 1958 are admitted.**

4:47 p.m. to 4:52 p.m.     Bench conference.

4:52 p.m.   Continued direct examination of Ms. Fisher by Mr. Loveland.

4:58 p.m.   Jury excused until June 8, 2022 at 8:30 a.m.

Discussion regarding the numerical order of the alternate jurors.

The Court will not make any advanced rulings as to Mr. Bryant's testimony.

Discussion regarding Government's Exhibit 63 and Government's summary charts.

Court will reconvene at 8:15 a.m. tomorrow.

**ORDERED:  Bond is continued as to all defendants.**

**5:27 p.m.   Court in recess.**

Trial continued.
Total time in court:    6:05