IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Emily Buchanan

Date: June 9, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

8. WILLIAM WADE LOVETTE,

   Defendants.

*Counsel:*

Leslie Wulff
Kevin Hart
Daniel Loveland
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Laura Kuykendall
Michael Feldberg
Laura Carwile
Julie Withers
John Fagg, Jr.
Dru Nielsen
Frank Schall

**COURTROOM MINUTES**

**JURY TRIAL – DAY 4**

**8:31 a.m.    Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Government's witness, Robert Bryant, resumes.

8:33 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

9:03 a.m. to 9:07 a.m.     Bench conference.

9:08 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

9:09 a.m. to 9:12 a.m.     Bench conference.

9:12 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

**Exhibit 1066 is admitted.**

9:24 a.m. to 9:30 a.m.     Bench conference.

9:30 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

9:33 a.m. to 9:38 a.m.     Bench conference.

9:39 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

**10:10 a.m.     Court in recess.**
**10:28 a.m.     Court in session.**

Jury present.

10:30 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

10:36 a.m. to 10:41 a.m.     Bench conference.

10:41 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

**Exhibits 1882, 1919 are admitted.**

**Exhibit 1890 as redacted is admitted.**

**Exhibit 1891 is admitted.**

**11:57 a.m.     Court in recess.**
**1:32 p.m.     Court in session.**

Jury present.

1:35 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

1:40 p.m. to 1:45 p.m.     Bench conference.

1:45 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

1:48 p.m. to 1:51 p.m.     Bench conference.

1:51 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

1:57 p.m. to 2:06 p.m.     Bench conference.

2:06 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

2:07 p.m. to 2:13 p.m.     Bench conference.

2:14 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

**Exhibits 9140, 9139, 3039, 979 are admitted.**

2:58 p.m.     Cross examination of Mr. Bryant by Mr. Beller.

2:59 p.m. to 3:01 p.m.     Bench conference.

3:01 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

**3:12 p.m.     Court in recess.**
**3:33 p.m.     Court in session.**

Jury not present.

Mr. Torzilli raises an issue regarding the cross examination of Mr. Bryant.

3:35 p.m.     Jury present.

3:36 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

3:42 p.m. to 3:46 p.m.     Bench conference.

3:47 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

3:50 p.m. to 3:53 p.m.     Bench conference.

3:53 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

4:37 p.m. to 4:42 p.m.     Bench conference.

4:42 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

**Exhibit 1055 is admitted.**

4:54 p.m.      Jury excused until June 13, 2022 at 8:30 a.m.

**ORDERED:   Bond is continued as to all defendants.**

**4:55 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:10