# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB   Date: 06/28/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Michael Ledford | 6/27/2022 - 5 hours (COMPLETE) |
| Kent Kronauge | 6/28/2022 - 2 hours (COMPLETE) |
| Edward Snyder | 6/28/2022 - 4.5 hours (COMPLETE) |
| Greg Finch | 6/29/2022 - 3.75 hours |
| Mike Brown | 6/29/2022 - 1 hour |
| Bruce Bagshaw | 6/29/2022 - 45 minutes |
| Marcus Shelton | 6/29/2022 - 30 minutes |
| Brenda Ray | 6/30/2022 - 2 hours |
| Rich Eddington | 6/30/2022 - 3.5 hours |