IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN, and
WILLIAM WADE LOVETTE,

    Defendants.

---

## VERDICT FORM

---

We, the jury, upon our oaths, unanimously find the defendant, **JAYSON JEFFREY PENN**, in the count charged:

    **X** Not Guilty

    ___ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **MIKELL REEVE FRIES**, in the count charged:

    **X** Not Guilty

    ___ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **SCOTT JAMES BRADY**, in the count charged:

**X** Not Guilty

___ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **ROGER BORN AUSTIN**, in the count charged:

**X** Not Guilty

___ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **WILLIAM WADE LOVETTE**, in the count charged:

**X** Not Guilty

___ Guilty

Dated this 7th day of July, 2022.

FOREPERSON